AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| REINIER FUENTES <br><br><br> *Plaintiff(s)* <br><br> v. <br><br> CLASSICA CRUISE OPERATOR, LTD., INC., a foreign profit corporation <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CLASSICA CRUISE OPERATOR, LTD., INC., a foreign profit corporation
c/o Registered Agent
CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FLORIDA 33325

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MICHAEL T. FLANAGAN, ESQ.
FLANAGAN PERSONAL INJURY & WRONGFUL DEATH LAW FIRM, P.A.
2 ALHAMBRA PLAZA, SUITE # 620
CORAL GABLES, FLORIDA 33134
(305) 638-4143 TEL
(305) 397-2636 FAX

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*