UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO. 0:19-cv-60883-WJZ

REINIER FUENTES,

    Plaintiff,
vs.

CLASSICA CRUISE OPERATOR LTD., INC.,
a Foreign Profit Corporation

    Defendant.
_____/

## DEFENDANT'S MOTION FOR BRIEF EXTENSION OF TIME TO RESPOND TO DISCOVERY

Defendant, Classica Cruise Operator Ltd., Inc. ("CCO") by and through its undersigned counsel, and pursuant the applicable Federal Rules of Civil Procedure, hereby files the above-titled Motion and in support thereof, states as follows:

1. This is an action for an alleged incident involving a physical altercation between passengers on a cruise vessel operated by Defendant.

2. On June 11, 2019, Plaintiff served her initial Request for Production and Interrogatories on CCO.

3. CCO requested fourteen (14) day extension to respond to the discovery, but counsel for Plaintiff responded via email that he would only consent to the extension if CCO agreed "to provide the information requested in Interrogatory 12, 13, 14, and 15 without objection."

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave., Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

4. The parties set up a time for July 15, 2019, to discuss the interrogatories in question and counsel for Plaintiff agreed to an extension until July 15, 2019 so the parties could evaluate whether the Motion for Extension of Time would be necessary. While an agreement was reached as to interrogatories 14 and 15, the parties were not able to reach an agreement as to interrogatories 12 and 13. Counsel for CCO offered to serve the objections to Interrogatories 12 and 13 immediately in order to avoid any delay and mitigate against the concerns raised by Plaintiff's counsel that the extension would only prolong him receiving objections. However, Counsel for Plaintiff advised the undersigned to file the motion for extension as he would not voluntarily agree to the extension given the parties did not work out any potential objections to the interrogatories.

5. The undersigned has been working diligently to complete the responses to the discovery but is still working on gathering responsive information and documents, and has been unable to complete the responses.

6. CCO respectfully requests a brief fourteen (14) day extension of time, up to and including July 25, 2019, in order to serve its responses to the discovery requests.

7. This request is being made in good faith and not for the purposes of delay.

8. No other deadlines will be affected by the relief requested and CCO does not anticipate needing any further extensions.

9. CCO respectfully submit that in view of the limited relief sought, neither party will suffer prejudice if the Court grants this motion.

10. Fed. R. Civ. P. 6(b)(1) provides the Court may, for good cause, extend the time if a request is made before the original time or its extension expires. CCO would show that although working diligently on this matter, additional time is required to complete and serve its responses to discovery.

11. The undersigned counsel hereby certifies that she has conferred with Plaintiff's counsel in accordance with S.D. Fla. Local Rule 7.1 (A)(3) and counsel for plaintiff objects to the relief requested.

**WHEREFORE**, Defendant, Classica Cruise Operator Ltd., Inc. respectfully requests this Court grant its Motion for Extension of Time up to and including July 25, 2019, to serve its Responses to Plaintiff's Initial Request for Production and Interrogatories, and whatever other relief this Court deems just and proper.

Respectfully submitted,

/s/ Annalisa Gutierrez
Jerry D. Hamilton, Esq.
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
William F. Clair
Florida Bar No. 693741
wclair@hamiltonmillerlaw.com
Annalisa Gutierrez
Florida Bar No. 97940
agutierrez@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue
Suite 1200
Miami, Florida 33131-2332
Telephone: 305-379-3686
Facsimile: 305-379-3690
***Attorneys for Defendant***

- 3 -

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave., Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

CASE NO.: 0:19-cv-60883-WJZ

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

<u>/s/ Annalisa Gutierrez, Esq.</u>
Annalisa Gutierrez, Esq.

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Ave.,  Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

CASE NO.: 0:19-cv-60883-WJZ

## SERVICE LIST

| | |
|---|---|
| FLANAGAN PERSONAL INJURY & WRONGFUL DEATH LAW FIRM, P.A.<br>Michael T. Flanagan, Esq.<br>Florida Bar No. 0091072<br>mtf@Florida-Justice.com<br>mtsassistant@Florida-Justice.com<br>Lauren DeFabio Flanagan, Esq.<br>Florida Bar No. 84121<br>ldf@Florida-Justice.com<br>2 Alhambra Plaza, Suite 620<br>Coral Gables, Florida 33134<br>Telephone: (305) 638-4143<br>Fax:  (305) 397-2636<br>***Attorney for Plaintiff*** | Jerry D. Hamilton, Esq.<br>Florida Bar No. 970700<br>jhamilton@hamiltonmillerlaw.com<br>William F. Clair<br>Florida Bar No. 693741<br>wclair@hamiltonmillerlaw.com<br>Annalisa Gutierrez<br>Florida Bar No. 97940<br>agutierrez@hamiltonmillerlaw.com<br>HAMILTON, MILLER & BIRTHISEL, LLP<br>150 Southeast Second Avenue<br>Suite 1200<br>Miami, Florida 33131-2332<br>Telephone:   305-379-3686<br>Facsimile:    305-379-3690<br>***Attorneys for Defendant*** |