UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO. 0:19-cv-60883-WJZ

REINIER FUENTES,

    Plaintiff,

vs.

CLASSICA CRUISE OPERATOR LTD., INC.,
a Foreign Profit Corporation

    Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant, CLASSICA CRUISE OPERATOR, LTD., INC. ("Defendant"), by and through the undersigned attorneys, and in compliance with Fed. R. Civ. P. 7.1 hereby files its Certificate of Interested Parties and Corporate Disclosure as follows:

1. Complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    a. Classica Cruise Operator, Ltd. Inc., Defendant

    b. Reinier Fuentes, Plaintiff

    c. Michael T. Flanagan, Esq., attorney for Plaintiff

    d. Jerry D. Hamilton, Esq., William F. Clair, Esq., Annalisa Gutierrez, Esq. and Hamilton, Miller & Birthisel, LLP, attorneys for Defendant.

### Corporate Disclosure Statement

The parent corporation of Classica Cruise Operator, Ltd., Inc., is Paradise Cruise Line Holdings SRL. No publicly held corporations own 10% or more of Defendant's stock.

CASE NO. 0:19-cv-60883-WJZ

Respectfully Submitted

/s/ Annalisa Gutierrez
Jerry D. Hamilton, Esq.
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
William F. Clair
Florida Bar No. 693741
wclair@hamiltonmillerlaw.com
Annalisa Gutierrez
Florida Bar No. 97940
agutierrez@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue
Suite 1200
Miami, Florida 33131-2332
Telephone:   305-379-3686
Facsimile:   305-379-3690
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ Annalisa Gutierrez
Annalisa Gutierrez

## SERVICE LIST

| | |
|---|---|
| FLANAGAN PERSONAL INJURY & WRONGFUL DEATH LAW FIRM, P.A.<br>Michael T. Flanagan, Esq.<br>Florida Bar No. 0091072<br>mtf@Florida-Justice.com<br>mtsassistant@Florida-Justice.com<br>Lauren DeFabio Flanagan, Esq.<br>Florida Bar No. 84121<br>ldf@Florida-Justice.com<br>2 Alhambra Plaza, Suite 620<br>Coral Gables, Florida 33134<br>Telephone: (305) 638-4143 | Jerry D. Hamilton, Esq.<br>Florida Bar No. 970700<br>jhamilton@hamiltonmillerlaw.com<br>William F. Clair<br>Florida Bar No. 693741<br>wclair@hamiltonmillerlaw.com<br>Annalisa Gutierrez<br>Florida Bar No. 97940<br>agutierrez@hamiltonmillerlaw.com<br>HAMILTON, MILLER & BIRTHISEL, LLP<br>150 Southeast Second Avenue<br>Suite 1200 |

2

CASE NO. 0:19-cv-60883-WJZ

| | |
|---|---|
| Fax: (305) 397-2636<br>*Attorney for Plaintiff* | Miami, Florida 33131-2332<br>Telephone:  305-379-3686<br>Facsimile:   305-379-3690<br>*Attorneys for Defendant* |

3

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690