UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-60883-WILLIAMS/VALLE

REINIER FUENTES,

      Plaintiff,

vs.

CLASSICA CRUISE OPERATOR, LTD., INC..

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF VESSEL INSPECTION

Plaintiff, REINIER FUENTES, by and through undersigned counsel, hereby gives all parties of record notice of his intent to inspect the vessel *Grand Classica,* which is the subject of this lawsuit on Wednesday, June 5, 2019 at 7:30 a.m.  Said date and time has been previously coordinated and agreed to by the Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2020, the foregoing document was served via electronic mail to the parties on the attached Service List.

FISCHER REDAVID, PLLC
*Counsel for Plaintiff*
4601 Sheridan Street, Suite 320
Hollywood, Florida 33021
Telephone: (954) 860-8434
Facsimile: (954) 860-8584

By:  */s/ John P. Fischer*
JOHN P. FISCHER, ESQ.
Florida Bar No: 99751
service@frtriallawyers.com

## <u>SERVICE LIST</u>

CASE NO. 19-CV-60883-WILLIAMS/VALLE

William F. Clair, Esq.
<u>wclair@hamiltonmillerlaw.com</u>
Annalisa Gutierrez, Esq.
<u>agutierrez@hamiltonmillerlaw.com</u>
HAMILTON, MILLER & BIRTHISEL
150 SE 2nd Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile:  (305) 379-3690
*Attorneys for Defendant*