UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-60883-WILLIAMS/VALLE

REINIER FUENTES,

    Plaintiff,
vs.

CLASSICA CRUISE OPERATOR, LTD., INC..

    Defendant.
_____/

## **PLAINTIFF'S AMENDED NOTICE OF RULE 34 VESSEL INSPECTION**

COMES NOW, the Plaintiff, REINIER FUENTES, , by and through undersigned counsel, pursuant Federal Rule of Civil Procedure 34, and hereby provides this request to have Defendant, CLASSICA CRUISE OPERATOR, LTD., INC., permit entry onto and into the Vessel, *Grand Classica*, which said defendant possesses or controls, so that the requesting party may inspect, measure, photograph, and video record the property or objects within it.

<u>Date, Time, and Manner of Inspection</u>

February 5, 2020 starting at 7:30 a.m. EST.  It is estimated that this inspection will not exceed two hours, although that is dependent on prompt access to needed parts of the facility.  This inspection consist of a walk-through of certain portions of the facility by John P. Fischer, Esq., counsel for the Plaintiff, Plaintiff Reinier Fuentes as well as Kim Petersen, Ronald Thomason and Alberty Papa, Plaintiff's testifying expert and consultation team, respectively.  It is anticipated that portions of it will be photo and/or video recorded.  There may be occasions where certain aspects of the facility are also measured.

<u>Each Item or Category of Items to be Inspected</u>

This request shall be read to encompass a desire to inspect the following:

-1-

- The Defendant's disembarkation procedure, as alleged by Plaintiff to have been assaulted during;
- The area where Plaintiff's assault was alleged to have occurred.

<u>Stipulation/Special Conditions</u>

The requesting party agrees not to disseminate, publish, or show any photograph, video record, or portion thereof, or any notes or documents generated during or related to this inspection, to any non-party to this litigation without the prior express consent of Defendant other than if such items or records are deemed to be necessary to use during any trial or hearing in this specific case.

Additionally, all reasonable attempts to avoid photographing or video recording any non-party passenger's face shall be made during this inspection, and any faces that are captured or recorded despite best efforts will be reasonably edited out of any final photograph or video record.

Finally, the requesting party agrees to adhere to this stipulation even after this litigation has concluded and to retain those records by undersigned counsel's office only insofar as Florida's rules governing professionalism and ethics require and/or the lifetime of any appeals or post-judgment legal proceedings related to this case.

Dated this 2nd day of February, 2020.

                                                                                              RESPECTFULLY SUBMITTED BY:

                                                                                              FISCHER REDAVID, PLLC
*Counsel for Plaintiff*
4601 Sheridan Street, Suite 320
Hollywood, Florida 33021
Telephone: (954) 860-8434
Facsimile: (954) 860-8584

By:  */s/ John P. Fischer*
     JOHN P. FISCHER, ESQ.
     Florida Bar No: 99751
     service@frtriallawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2020, the foregoing document was served on all counsel of record identified in the Service List in via electronic notification through the CM/ECF system or some other authorized form.

By:  */s/ John P. Fischer, Esq.*
JOHN P. FISCHER

## SERVICE LIST
CASE NO. 19-CV-60883-WILLIAMS/VALLE

William F. Clair, Esq.
wclair@hamiltonmillerlaw.com
Annalisa Gutierrez, Esq.
agutierrez@hamiltonmillerlaw.com
Johnathan Dunleavy, Esq.
jdunleavy@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL
150 SE 2nd Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile:  (305) 379-3690
*Attorneys for Defendant*