UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO. 0:19-cv-60883-WJZ

REINIER FUENTES,

    Plaintiff,
vs.

CLASSICA CRUISE OPERATOR LTD., INC.,
a Foreign Profit Corporation

    Defendant.
_____/

## DECLARATION OF GRANT PLUMMER

I, Grant Plummer, make this Declaration based upon my own personal knowledge and the business records of CLASSICA CRUISE OPERATOR LTD., INC. ("Classica Cruise") and attest to the truth of the facts that are stated below.

1. I am over twenty-one years of age and in all respects qualified to make this Declaration.

2. I am employed as Vice President, Human Resources, Ethics and Compliance for Paradise Cruise Line Management. I am authorized to make this Declaration on Classica Cruise's behalf.

3. Classica Cruise Operator is an operating company under Paradise Cruise Line Holdings, SRL (Barbados).

4. At the time of alleged incident at issue, the *Grand Classica* is a 2-night cruise ship voyage that travels from West Palm Beach, Florida to Grand Bahama, Bahamas. The *Grand Classica* is currently sailing from West Palm Beach, Florida to Nassau, Bahamas.

5. The *Grand Classica* caters to people of all ages and includes several different dining options, two swimming pools, live entertainment, kids' programs, a casino and spa, among many other things.

6. The *Grand Classica* began operating in April 2018.

7. The *Grand Celebration* is the fleet mate of the *Grand Classica.*

8. On May 11, 2018, there was an incident on the *Grand Celebration.* This incident involved a domestic dispute inside a cabin stateroom.

9. The May 11, 2018 incident aboard the *Grand Celebration* did not take place in line during the disembarkation process and did not involve two previously unfamiliar passengers.

10. I am familiar with the facts and circumstances of the incident involving Plaintiff on May 13, 2018 aboard the *Grand Classica.*

11. Prior to May 13, 2018, Classica Cruise has never had an incident occur in line during the disembarkation process that involved passengers getting into a physical altercation.

Under the penalties of perjury under the laws of the United States and the State of Florida, I declare that I have read the foregoing Declaration and the facts stated in it are true and correct.

Dated: February 21, 2020

_____
GRANT PLUMMER
Vice President, Human Resources, Ethics and Compliance
Paradise Cruise Line Management