UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-60883-WILLIAMS/VALLE

REINIER FUENTES,

    Plaintiff,

vs.

CLASSICA CRUISE OPERATOR, LTD., INC.,

    Defendant.

_____/

## PLAINTIFF'S WITNESS LIST

| PRESIDING JUDGE: Hon. Kathleen M. Williams | | | | | | PLAINTIFF'S ATTORNEY: John P. Fischer, Esq. Michael T. Flanagan, Esq. | DEFENDANT'S ATTORNEY: William Clair, Esq. Annalisa Gutierrez, Esq. | |
|---|---|---|---|---|---|---|---|---|
| TRIAL DATE(S): TBD | | | | | | COURT REPORTER: | COURTROOM DEPUTY: | |
| PLF. NO. | DEF. NO. | LIVE or BY DEPOSITION | DIRECT (est.) | CROSS (est.) | ADDRESS | DESCRIPTION OF WITNESS | | EXHIBIT(S) |
| 1. | | Live | 90 | 90 | c/o Fischer Redavid, PLLC | Reinier Fuentes - Plaintiff's Witness who has knowledge of liability and damages. | | |
| 2. | | Live | 45 | 30 | c/o Fischer Redavid, PLLC | Lilian Rodriuez – Plaintiff' wife who has knowledge of the incident and Plaintiff's damages | | |
| 3. | | Live | 60 | 60 | c/o Fischer Redavid, PLLC | Dr. Stephen Wender – Plaintiff's expert medical witness to testify regarding causation, permanency, disabilities sustained and reasonableness and necessity of past and future medical care and the costs thereof. | | |
| 4. | | Live | 90 | 90 | Security Dynamics | Kim E. Petersen. | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | 1620 West Oakland Park Blvd., Suite 200 Oakland Park, FL 33311 | Mr. Petersen is an expert in forensic security in the maritime context. He will testify regarding the foreseeability and preventability of the May 13, 2018 assault and battery and the security methods implemented by the Defendant on the vessel as it relates to reasonable security measures. | |
| 5. | | Live | 60 | 30 | South Florida International Orthopaedics, P.A. 925 NE 30th Terrace, Suite 102, Homestead, FL 33033 | Dr. Michael R. Gombosh. Dr. Gombosh was Plaintiff's treating surgeon who treated and evaluated Plaintiff following his injuries on May 13, 2018. He will testify regarding his treatment of the Plaintiff, his diagnosis, interpretations of films and surgeries performed. | |
| 6. | | Deposition | 60 | 30 | c/o Hamilton Miller & Birthisel, LLP 150 SE 2nd Ave, Suite 1200 Miami, FL 33131 | CSO Prajwal Moras. This is Defendant's employee on the vessel that has knowledge regarding the incident, training provided by the Defendant, procedures on the vessel for security and for the actions taken by the Defendant in preventing/responding to the incident | |
| 7. | | Deposition | 60 | 30 | c/o Hamilton Miller & Birthisel, LLP 150 SE 2nd Ave, Suite 1200 Miami, FL 33131 | Security Guard Azzad Sayyed. This is Defendant's employee on the vessel that has knowledge regarding the incident, training provided by the Defendant, procedures on the vessel for security and for the actions taken by the | |

|    |    |    |    |    |    |    |    |
|----|----|----|----|----|----|----|----|
|    |    |    |    |    |    | Defendant in preventing/responding to the incident |    |
| 8. |    | Deposition | 60 | 60 | c/o Hamilton Miller & Birthisel, LLP 150 SE 2nd Ave, Suite 1200 Miami, FL 33131 | Grant Plummer. This is Defendant's Corporate Representative who has knowledge, on behalf of Defendant, of the factual basis for affirmative defenses, training provided to employees, policies and procedures related to security measures aboard the vessel and the incident in question. |    |
| 9. |    | Live (if necessary) | 30 min | 15 | Riviera Beach Police Department 600 W Blue Heron Blvd. Riviera Beach, Florida 33404 | Police Officer Bethea, W. M. (5909) This individual may have information regarding the investigation of Plaintiff's alleged incident. |    |