UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO. 0:19-cv-60883-KMW

REINIER FUENTES,

    Plaintiff,
vs.

CLASSICA CRUISE OPERATOR LTD., INC.,
a Foreign Profit Corporation

    Defendant.
_____/

**<u>CLASSICA CRUISE OPERATOR LTD., INC.'s TRIAL WITNESS LIST</u>**

    Defendant, CLASSICA CRUISE OPERATOR LTD., INC., (CLASSICA CRUISE), by and through undersigned counsel and pursuant to the Court's [DE 21] Scheduling Order, hereby files its Trial Witness List as follows:

CASE NO. 0:19-cv-60883-KMW

| Presiding Judge:<br>Hon. Kathleen M. William | | FISHER REDAVID, PLLC<br>John P. Fischer, Esq.<br>Service@fritriallawyers.com<br>Florida Bar No. 99751<br>4601 Sheridan Street, Suite 320<br>Hollywood, Florida 33021<br>Telephone: (954) 860-8484<br>Fax: (954) 860-8584<br>***Attorney for Plaintiff*** | Jerry D. Hamilton, Esq.<br>Florida Bar No. 970700<br>jhamilton@hamiltonmillerlaw.com<br>William F. Clair<br>Florida Bar No. 693741<br>wclair@hamiltonmillerlaw.com<br>Annalisa Gutierrez<br>Florida Bar No. 97940<br>agutierrez@hamiltonmillerlaw.com<br>HAMILTON, MILLER & BIRTHISEL, LLP<br>150 Southeast Second Avenue<br>Suite 1200<br>Miami, Florida 33131-2332<br>Telephone: 305-379-3686<br>Facsimile: 305-379-3690<br>***Attorneys for Defendant*** |
|---|---|---|---|
| Trial Date(s): | | Court Reporter | Courtroom Deputy |

| PLF. No | DEF NO | Live or By Deposition | Direct | Cross | Redirect | Address | Description of Witness | Exhibits |
|---|---|---|---|---|---|---|---|---|
| | 1 | Deposition | 60 min | 0 min | 0 min | c/o Fischer Redavid, PLLC 4601 Sheridan Street, Suite 320 Hollywood, Florida 33021 | Reiner Fuentes<br><br>This witness is likely to have discoverable information regarding the alleged incident as set forth in the operative complaint and regarding the damages alleged to have resulted therefrom. | 7; 19; 22-31; 34-35 |
| | 2 | Live (if not called by Plaintiff) | 30 min | 30 min | 15 min | c/o Fischer Redavid, PLLC 4601 Sheridan Street, Suite 320 | Lilian Dominguez<br><br>This individual may have knowledge regarding the incident as set forth in the Complaint and regarding the damages alleged to | 37 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Hollywood, Florida 33021 | have resulted therefrom. | |
| | 3 | Live | 15 min | 15 min | 5 min | c/o Miami Dade Police Department 9105 NW 25th Street, Doral FL 33172 | Officer S. Vietez, Jr. or records custodian Miami-Dade Police Department<br><br>This individual may have knowledge regarding complaints lodged against Plaintiff | 37; 17 |
| | 4 | Live | 45 min | 60 min | 20 min | 1131 31st Street SW Naples, Florida 34117 | Clynt S. Hadley<br><br>This individual may have knowledge regarding the incident as set forth in the complaint, and regarding the damages alleged to have resulted therefrom. | |
| | 5 | Live | 20 min | 30 min | 10 in | Riviera Beach Police Department 600 W Blue Heron Blvd. Riviera Beach, Florida 33404 | Police Officer Bethea, W. M. (5909) or Corporate Representative<br><br>This individual may have information regarding the investigation of Plaintiff's alleged incident. | 1 |
| | 6 | Live | 15 min | 30 min | 5 min | P.O. Box 55246, St. | George Place Ethos Risk Management | 31 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Petersburg, fl 33732 | This individual has knowledge of surveillance conducted on Plaintiff | |
| | 7 | Live | 60 min | 90 min | 30 min | c/o Hamilton Miller & Birthisel, LLP 150 SE 2nd Ave., Ste. 1200 Miami, FL 33131 | Grant Plummer or Corporate Representative  This witness may have information regarding the operation of the Grand Classica, any onboard investigation of the alleged incident, the lack of any substantially similar incidents or complaints, and other relevant matters within the corporate knowledge of the Defendant. | 2-6; 8-14; 32-33 |
| | 8 | Live via zoom | 40 min | 60 min | 15 min | Palmetto General Medical Plaza 7100 West 20th Avenue, Suite 101 Hialeah, Florida 33016 | Dr. Kenneth Easterling  Dr. Easterling is a board certified Orthopedic Surgeon. He is expected to be called by Classica Cruise Operator Ltd., Inc., to testify as a medical expert. | 15; 20; 21; 36 |
| | 9 | Live (via deposition if not within jurisdiction) | 40 min | 60 min | 20 min | c/o Hamilton Miller & Birthisel, LLP | Staff Security Officer Prajwal Moras This individual may have information regarding training as well as the alleged | 32 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 150 SE 2nd Ave., Ste. 1200 Miami, FL 33131 | incident | |
| | 10 | Live (via deposition if not within jurisdiction) | 40 min | 60 min | 20 min | | c/o Hamilton Miller & Birthisel, LLP 150 SE 2nd Ave., Ste. 1200 Miami, FL 33131 | Security Guard Azzad Sayyed This individual may have information regarding training as well as the alleged incident | 33 |
| | 11 | Live | 60 min | 90 min | 30 min | | International Maritime Security Associates, Inc. 757 S.E. 17th Street Suite 1240 Fort Lauderdale, Florida 33316 | Cory Ranslem  Mr. Ranslem is a security and maritime risk management expert with over 25 years of tactical security services. He is expected to be called by Classica Cruise Operator Ltd., Inc., to rebut the testimony of Plaintiff's security expert. He is expected to opine on the security measures and reasonableness of the actions taken by Defendant. | 16; 18 |

CASE NO. 0:19-cv-60883-KMW

Defendant hereby reserves the right to supplement this disclosure.

Respectfully submitted,

**/s/ William F. Clair**
William F. Clair (Florida Bar No. 693741)
HAMILTON, MILLER & BIRTHISEL, LLP
*Attorneys for Defendants*
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:   (305) 379-3686
Facsimile:    (305) 379-3690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 10, 2020, I electronically filed the foregoing document with the Clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**/s/ William F. Clair**

CASE NO. 0:19-cv-60883-KMW

## SERVICE LIST

REINIER FUENTES vs. CLASSICA CRUISE OPERATOR, LTD., INC.

CASE NO. 0:19-cv-60883-KMW

| **FLANAGAN PERSONAL INJURY & WRONGFUL DEATH LAW FIRM, P.A.**<br>Michael T. Flanagan, Esq.<br>Lauren DeFabio Flanagan, Esq.<br>2 Alhambra Plaza<br>Suite # 620<br>Coral Gables, Florida 33134<br>Telephone: (305) 638-4143<br>Facsimile: (305) 397-2636<br>mft@florida-justice.com<br>mtfassistant@florida-justice.com<br>ldf@florida-justice.com<br><br>*Attorneys for Plaintiff* | **HAMILTON, MILLER & BIRTHISEL, LLP**<br>Jerry D. Hamilton, Esq.<br>jhamilton@hamiltonmillerlaw.com<br>William F. Clair, Esq.<br>wclair@hamiltonmillerlaw.com<br>Jonathan H. Dunleavy, Esq.<br>jdunleavy@hamiltonmillerlaw.com<br>Annalisa Gutierrez, Esq.<br>agutierrez@hamiltonmillerlaw.com<br>150 Southeast Second Avenue<br>Suite 1200<br>Miami, Florida 33131-2332<br>Tel: (305) 379-3686<br>Facsimile: (305) 379-3690<br><br>*Attorneys for Defendant* |