UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO. 0:19-cv-60883-KMW

REINIER FUENTES,

    Plaintiff,
vs.

CLASSICA CRUISE OPERATOR LTD., INC.,
a Foreign Profit Corporation

    Defendant.
_____/

## NOTICE OF FILING DEPOSITION DESIGNATIONS

Plaintiff, Reinier Fuentes, and Defendant CLASSICA CRUISE OPERATOR LTD., INC., ("CCO"), pursuant to this Court's Paperless Order lifting stay (ECF No. 66) and Scheduling Order (ECF No. 21) hereby file their Deposition Designations, with Defendant's designations marked in yellow and Plaintiff's designations marked in blue, as follows:

Exhibit A –Deposition of Plaintiff, Reiner Fuentes

Exhibit B–Deposition of Lilian Dominguez

Exhibit C–Deposition of Grant Plummer

Exhibit D–Deposition of Prajwal Moras

Exhibit E–Deposition of Azzad Sayyed

                                              Respectfully submitted,

                                              /s/ *Annalisa Gutierrez*
                                              Jerry D. Hamilton, Esq.
                                              Florida Bar No. 970700
                                              jhamilton@hamiltonmillerlaw.com
                                              William F. Clair
                                              Florida Bar No. 693741
                                              wclair@hamiltonmillerlaw.com

CASE NO. 0:19-cv-60883-KMW

Annalisa Gutierrez, Esq.
Florida Bar No.: 97940
agutierrez@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
*Attorneys for Classica Cruise Operator Ltd., Inc.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

**/s/ Annalisa Gutierrez**
Annalisa Gutierrez, Esq.

CASE NO. 0:19-cv-60883-KMW

## SERVICE LIST

FISHER REDAVID, PLLC
John P. Fischer, Esq.
Service@fritriallawyers.com
Florida Bar No. 99751
4601 Sheridan Street, Suite 320
Hollywood, Florida 33021
Telephone: (954) 860-8484
Fax:  (954) 860-8584
*Attorney for Plaintiff*

Jerry D. Hamilton, Esq.
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
William F. Clair
Florida Bar No. 693741
wclair@hamiltonmillerlaw.com
Annalisa Gutierrez
Florida Bar No. 97940
agutierrez@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue
Suite 1200
Miami, Florida 33131-2332
Telephone:     305-379-3686
Facsimile:     305-379-3690
*Attorneys for Defendant*