```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2
                   Case No: 19-CV-60883-WILLIAMS/VALLE
 3

 4    REINIER FUENTES,

 5

 6          Plaintiff,

 7    vs.

 8    CLASSICA CRUISE OPERATOR, LTD., INC.,

 9
            Defendant.
10    _____/

11

12                           JEANNIE REPORTING
                             580 VILLAGE BOULEVARD, SUITE 140
13                           WEST PALM BEACH, FLORIDA
                             FEBRUARY 3, 2020
14                           11:03 A.M.

15

16

17        VIDEOTAPED DEPOSITION OF GRANT A. PLUMMER

18

19

20        Taken before Andrea Denise West, Registered

21    Professional Reporter, Florida Professional Reporter and

22    Notary Public in and for the State of Florida at Large,

23    pursuant to a Notice of Taking Deposition filed in the

24    above-styled cause.

25
```



**JEANNIE REPORTING   (305) 577-1705**

```
1    APPEARANCES:

2

3    ON BEHALF OF THE PLAINTIFF(S):

4        FISCHER REDAVID, PLLC
         BY: JOHN P. FISCHER, ESQUIRE,
5            4601 SHERIDAN STREET
             SUITE 320
6            HOLLYWOOD, FLORIDA 33021
             (954)860-8434
7

8

9    ON BEHALF OF THE DEFENDANT(S):

10

         HAMILTON, MILLER & BIRTHISEL
11       BY: JONATHAN H. DUNLEAVY, ESQUIRE,
             150 SOUTHEAST 2ND AVENUE
12           SUITE 120
             MIAMI, FLORIDA 33131
13           (305)379-3686

14

15

16

17   ALSO PRESENT:

18       Jordan Bruce, Videographer

19

20

21

22

23

24

25
```



**JEANNIE REPORTING  (305) 577-1705**

```
 1                    I N D E X

 2

 3   WITNESS:                                      PAGE

 4   GRANT A. PLUMMER

 5   Direct Examination by MR. FISCHER              5
     Cross Examination by MR. DUNLEAVY             --
 6

 7

 8

 9                E X H I B I T S

10

11   _____              Description          PAGE

12   Exhibit No. 1    Notice of Deposition        5

13   Exhibit No. 2    Answers to Interrogatories  10

14   Exhibit No. 3    Responses                   87

15   Exhibit No. 4    ISPS Part A                121

16   Exhibit No. 5    Response to Plaintiff's Second

17                    Request for Production     136

18   Exhibit No. 6    List of Prior Incidents    144

19

20

21

22

23

24

25
```



**JEANNIE REPORTING   (305) 577-1705**

```
 1              THE VIDEOGRAPHER:  We're now on the video
 2         record.  Today's date is February 3, 2020.
 3         The time is 11:03 a.m.  This begins media one
 4         in the video deposition of Grant Plummer taken
 5         in the matter of Reinier Fuentes versus
 6         Classica Cruise Operator, Limited.
 7              This deposition is being conducted at
 8         Jeannie Reporting located at 580 Village
 9         Boulevard, West Palm Beach, Florida.  The
10         court reporter is Andrea West and the
11         videographer is Jordan Bruce, both on be --
12         both on behalf of Jeannie Reporting.
13              Will counsel please announce their
14         appearances and whom they represent.
15              MR. FISCHER:  John Fischer on behalf of
16         The Plaintiff, Reinier Fuentes.
17              MR. DUNLEAVY:  Jonathan Dunleavy on
18         behalf of The Defendant.
19    Thereupon,
20                   GRANT A. PLUMMER
21    after having been first duly sworn, was examined and
22    testified as follows:
23              THE WITNESS:  I do.
24                   DIRECT EXAMINATION
25
```



**JEANNIE REPORTING   (305) 577-1705**

```
 1   BY MR. FISCHER

 2        Q    Good morning, sir.  Could you please state

 3   your name for the record?

 4        A    Grant Plummer.

 5        Q    And are you an employee of The Defendant,

 6   Classica Cruise Operator, Limited, Incorporated?

 7        A    Yes.  Actually, Paradise Cruise Line

 8   Management.

 9        Q    Okay.

10        A    Classica Cruise Operator is an operating

11   company for the vessel.

12        Q    So you're an employee of Paradise Cruise --

13        A    Line Management.

14        Q    -- Line Management.

15             All right.  You understand you're here to

16   appear as a corporate representative for Classica

17   Cruise Operator, Limited, Incorporated?

18        A    Yes.

19        Q    All right.  Prior to today's deposition --

20   and we'll mark this as Plaintiff's Exhibit 1.

21             THE REPORTER:  Just mark a 1.  I'll put a

22        sticker on at the end.

23                  (Whereupon, Plaintiff's Exhibit No. 1

24             was marked for identification.)

25
```



**JEANNIE REPORTING   (305) 577-1705**

```
 1    BY MR. FISCHER
 2         Q    The -- we provided a notice of corporate
 3    representative deposition as well as this is an amended
 4    one, the last one to change the time.
 5              Have you seen this document or the prior
 6    document filed before today's deposition?
 7         A    Yes.
 8         Q    Are you prepared, as we sit here today, to
 9    discuss all of the areas of inquiries, numbers 1
10    through 30 on behalf of Classica Cruise Operator,
11    Limited, Incorporated?
12         A    Yes.
13         Q    Okay.  In preparation of your appearance here
14    today as a corporate representative deposition, or
15    excuse me, as a corporate representative for this
16    deposition, who, if anybody, did you speak with from
17    Classica Cruise Operator, Limited, Incorporated to
18    familiarize yourself with the areas of inquiry in
19    Plaintiff's Exhibit 1?
20         A    I spoke with the staff captain and the chief
21    of security.
22         Q    Okay.  Who is the staff captain?
23         A    Captain Maros.
24              THE REPORTER:  Can you spell that?
25              THE WITNESS:  M-A-R-O.  I'll do my best.
```



**JEANNIE REPORTING   (305) 577-1705**

```
 1   BY MR. FISCHER
 2        Q    And you said the chief of security.  What is
 3   his name?
 4        A    Alok, A-L-O-K.
 5        Q    Is that first name or last name?
 6        A    That's the first name.
 7        Q    What's his last name?
 8        A    I'm not even sure how to spell his last name.
 9        Q    Okay.  And that is the staff captain in -- of
10   what vessel?
11        A    The Grand Classica.
12        Q    And that is the chief of security of what
13   vessel?
14        A    Grand Classica.
15        Q    Okay.  Besides speaking with these two
16   individuals in preparation for your deposition today as
17   the corporate representative, did you speak with anyone
18   else?
19        A    Our counsel.
20        Q    Whose counsel?
21             MR. DUNLEAVY:  Us, us.
22             THE WITNESS:  You.
23   BY MR. FISCHER
24        Q    Okay.  Did your lawyers speak to you in terms
25   of your preparation for today's deposition?
```



**JEANNIE REPORTING   (305) 577-1705**

```
 1        A     Yes.
 2    * Q     And did they advise you on certain things
 3   relative towards your knowledge as a corporate
 4   representative for purposes of today's deposition?
 5             MR. DUNLEAVY:  I'm going to object and
 6        instruct him not to answer.  That's going into
 7        attorney/client privilege as to what our
 8        discussion was.
 9             MR. FISCHER:  Madam Court Reporter, mark
10        that.  There is no attorney/client privilege
11        in the preparation of a corporate
12        representative so we'll take that in front of
13        the Judge.
14   BY MR. FISCHER
15        Q     Did you review any documents in your
16   preparation for purpose of your testimony here today in
17   the areas -- to testify regarding the areas of inquiry
18   noted in Plaintiff's Exhibit 1?
19        A     Yes.
20        Q     What documents did you review?
21        A     The answers to the interrogatories, a police
22   report.
23        Q     Okay.  Anything else?
24        A     That -- that was pretty much it.
25        Q     When you say pretty much, was that it or was
```

1   that -- was there something else you reviewed?

2        A    I'm trying to remember if there was one other

3   thing, but I don't recall right now.

4        Q    In your preparation to testify today, did you

5   review the incident report created by The Defendant?

6        A    The incident report?

7        Q    Correct.

8        A    No, I did not.

9        Q    Okay.  So just so I'm clear, so prior to

10  today's deposition as the corporate representative, you

11  did not review The Defendant's created incident report

12  regarding my -- the incident that occurred as the

13  subject of the lawsuit on May 13, 2018?

14            MR. DUNLEAVY:  Objection to form.

15  BY MR. FISCHER

16       Q    You can answer.

17       A    I'm sorry, can you ask the question again,

18  please?

19       Q    Sure.  I just want to make it clear that in

20  terms of your preparation for the deposition today as

21  the corporate representative to possess the knowledge

22  in the areas designated in Plaintiff's Exhibit 1, that

23  you did not review the incident report created by The

24  Defendant surrounding the incident involving my client

25  of May 13, 2018?

 **JEANNIE REPORTING   (305) 577-1705**

1      A    Not for preparation.  I've seen the -- the

2  report.

3      Q    Okay.  But in terms of the preparation for

4  the deposition, you did not review it?

5      A    No.

6      Q    Well, is that a no, you did not review it or

7  yes, you did not review it?

8      A    Yes, I did not review it.

9      Q    Okay.  All right.

10                 (Whereupon, Plaintiff's Exhibit No. 2

11                 was marked for identification.)

12            MR. FISCHER:  I want to mark as

13       Plaintiff's Exhibit 2 a copy of the answers to

14       interrogatories filed by The Defendant on

15       May 2nd, 2019.

16            MR. DUNLEAVY:  This was the -- this is

17       the complaint or the answer to the complaint?

18       You said interrogatories or answer.

19            MR. FISCHER:  Did I say interrogatories?

20       All right.  I apologize.  Let me correct that

21       for purposes of the record.

22  BY MR. FISCHER

23       Q    Let me -- I want to show you what I'm going

24  to mark as Plaintiff's Exhibit 2 which is The

25  Defendant's answer and affirmative defenses to

 **JEANNIE REPORTING   (305) 577-1705**

1    Plaintiff's complaint filed on May 2nd, 2019.  Before

2    I -- I just want to mark that now, I'll come back to it

3    in a moment.

4              How long have you been with Paradise Cruise

5    Line Management?

6         A    Since September of 2017.

7         Q    Okay.  What is your role in that entity?

8         A    Vice president, human resources, ethics and

9    compliance.

10        Q    And prior to September 2017, where did you

11   work?

12        A    Drake International.

13        Q    What is that?

14        A    It's a Canadian company that managed shore

15   operations for some of the cruise lines.

16        Q    Okay.  Now, in terms of -- does Classica

17   Cruise Operator Limited, Incorporated work beneath

18   Paradise Cruise Line Management in terms of the

19   hierarchy of the responsible entities?  Meaning, does

20   Paradise Cruise Line Management control or direct the

21   operations of Classica Cruise Operator, Limited,

22   Incorporated?

23        A    Yes.

24        Q    Okay.  Now, is there an entity above Paradise

25   Cruise Line Management, meaning like the Bahamas

   **JEANNIE REPORTING   (305) 577-1705**

1    Paradise Cruise Lines, for instance?

2         A    Yes.

3         Q    Okay.  In terms of the regulatory compliance

4    with various code sections, and we're going to go

5    through each one in detail, which entity is responsible

6    for reporting instances of crime to various

7    governmental authorities here in the United States?

8         A    I'm sorry, will you please ask the question

9    again?

10        Q    Sure.  Which -- when in terms -- if a crime

11   is committed aboard the vessel and we're going to --

12   we'll stick with the Grand Classica for right now --

13   does Classica Cruise Operator, Limited, Incorporated

14   have the responsibility or obligation to report those

15   instances to the governmental authorities; i.e., for

16   instance, the Federal Bureau of Investigation?

17        A    It depends on the nature of the -- the

18   incident.

19        Q    Okay.  And give me an example of things that

20   should be reported to the Federal Bureau of

21   Investigation regarding crimes committed aboard the

22   vessel, and in this scenario we're using the Grand

23   Classica.

24        A    Some types of things that would be reportable

25   would be a death.

   **JEANNIE REPORTING   (305) 577-1705**

1      Q      Okay.

2      A      Suspicious homicide.

3      Q      Okay.

4      A      Sexual assault.

5      Q      Okay.

6      A      Theft of over $10,000.  And also if there's a

7   serious injury involving loss of a body part or

8   something like that.

9      Q      So an assault where a serious bodily injury

10   was sustained, that would have to be reported?

Leading
Foundation

11      A      Correct.

12      Q      Okay.

13             MR. DUNLEAVY:  Objection.

14   BY MR. FISCHER

15      Q      And what -- what governmental entities are

16   those instances required to be reported to?

17      A      To the FBI.

18      Q      All right.  And that is based upon what body

19   of law?

20      A      There's a -- we follow the Vessel Safety and

21   Security Act of 2010.

22      Q      The CVSSA for short?

23      A      Yes.

24      Q      The cruise vesicle -- the Cruise Vessel

25   Security and Safety Act of 2010, correct?


**JEANNIE REPORTING   (305) 577-1705**

1     A     Yes.

2     Q     Okay.  All right.  Does The Defendant,

3  Classica Cruise Line Operator, Limited, Incorporation,

4  its operation of the Grand Classica also comply or

5  maintain an application of the International Ship and

6  Port Facility Code?

7          MR. DUNLEAVY:  And I'm going to object.

8          Counsel, can you show me where in your notice

9          this was an area of inquiry?

10         MR. FISCHER:  So in your -- well, we can

11         go through a multitude of them.  You've

12         responded to the answer -- to -- well, it's

13         encompassed in the security protocol that I've

14         asked him to inquire for the training for

15         individuals that's required under that code,

16         the policies and procedures that are in place.

17         So if they don't apply it, then it would have

18         no application.

19             Additionally, you're alleging in your

20         affirmative defenses that he has no notice of

21         this condition, and the various code

22         provisions require security to be for various

23         personnel under those provisions so I think it

24         goes to your affirmative defenses as well

25         so...

**JEANNIE REPORTING   (305) 577-1705**

```
1          MR. DUNLEAVY:  So you're saying No. 1

2       where it says our answers and affirmative

3       defenses?

4          MR. FISCHER:  And the factual basis

5       supporting thereof, No. 12, 13, all policies

6       and procedures regarding the prevention of

7       physical assaults.  ISPS has code provisions

8       that are found in there.  If they use those,

9       that would be a part of those policies and

10      procedures.

11         There's -- there are various reporting

12      requirements so whether they maintain

13      meetings, logs, all that which is required

14      both under ISPS and CVSSA, it would be

15      encompassed in that area so I can ask.  If you

16      want --

17         MR. DUNLEAVY:  If you can answer, go

18      ahead.

19         MR. FISCHER:  Sure.

20   BY MR. FISCHER

21      Q    Does the Classica Cruise Operator, Limited,

22   Incorporated maintain compliance, an application of the

23   International Ship and Port Facility Code, ISPS for

24   short?

25      A    I believe so.
```



**JEANNIE REPORTING   (305) 577-1705**

1      Q      Okay.  With respect to the reporting

2   requirements of CVSSA -- and are you okay if I refer to

3   it as CVSSA for short?

4      A      That's fine.

5      Q      Okay.  With regard to the CVSSA reporting

6   requirements, which entity is actually responsible for

7   communicating or reporting to the Federal Bureau of

8   Investigation?

9      A      Normally the ship.

10     Q      And when you say the ship --

11     A      Captain, staff captain, from that level.

12     Q      Okay.  But would that be reported by Classica

13  Cruise Operator, Limited, Incorporated or Bahama Cruise

14  Lines, for instance; do you know?

15     A      On behalf of Classica Cruise Operator.

16     Q      Okay.  As part of the CVSSA, there is a

17  statistical compilation every quarter that includes the

18  reporting from each vessel or each cruise line, and

19  that's maintained by the federal government; is that

20  true?

21     A      Yes.

22     Q      Okay.  And it's listed as the Bahamas

23  Paradise Cruise Line in the governmental statistical

24  compilation of the incidents.

25             Do you know -- have any reason why it would



**JEANNIE REPORTING   (305) 577-1705**

1    list Bahamas Paradise Cruise Line and not Classica

2    Cruise Operator, Limited, Incorporated?

3         A    Bahamas Paradise Cruise Line is a d/b/a.

4         Q    Okay. So the documents that refer to it as

5    Bahamas Paradise Cruise Line is with regard to the

6    statistical compilation of instances, that would refer

7    to The Defendant, Classica Cruise Operator, Limited,

8    Incorporated?

9         A    Correct.

10        Q    Okay. With respect to -- you mentioned the

11    reporting regarding instances of assaults with serious

12    bodily injury. Who makes the determination as to

13    whether or not it's a serious bodily injury?

14        A    The officers onboard.

15        Q    Okay. Is there a criteria created by The

16    Defendant, Classica Cruise Operator, Limited,

17    Incorporated, of what would constitute a serious bodily

18    injury?

19        A    Something very extreme, serious. As I said,

20    like a loss of limb.

21        Q    Okay.

22        A    Something very serious.

23        Q    Okay. Is that -- is that written down or

24    codified anywhere?

25        A    It's in the -- I believe it's part of the VSS

 **JEANNIE REPORTING  (305) 577-1705**

```
 1    -- the CVSSA.

 2          Q    So the definition of CVSSA regard --

 3          A    We follow the guidelines in that --

 4          Q    Okay.

 5          A    -- and the reporting structure.

 6          Q    So in terms of the determination for The

 7    Defendant as to what constitutes a serious bodily

 8    injury, you would defer to the definition or the

 9    requirements in the CVSSA?

10          A    Yes.

11          Q    Okay.  And as we sit here today, do you know

12    what those -- what those guidelines are?

13          A    I just read the -- the categories so an

14    injury resulting in a loss of limb, a death, suspicious

15    homicide --

16          Q    Okay.

17          A    -- theft of greater than $10,000.

18          Q    Sure.

19          A    Those types of incidents.

20          Q    So is the only incident that has -- would be

21    considered a serious bodily injury, would that be a

22    loss of limb?

23          A    Yes.

24          Q    What about a compound fracture with the bone

25    protruding from the arm, would that constitute a
```

Foundation



**JEANNIE REPORTING   (305) 577-1705**

```
 1    serious bodily injury?

 2              MR. DUNLEAVY:  Objection, form.  Now

 3         you're asking him medical advice or whether --

 4         whether it's a medical condition.

 5              MR. FISCHER:  All right.  Jonathan, you

 6         can object to the form of the question.  It's

 7         proper to preserve.  Please don't help the

 8         witness.

 9              THE WITNESS:  No, my discussions with the

10         chief of security, that would not.

11    BY MR. FISCHER

12         Q    Okay.  And that is why the incident of

13    May 13, 2018 was not reported to any governmental

14    authority?

15         A    Yes.

16         Q    Okay.  So you would agree with me that the

17    incident of May 13, 2018 involving my client who

18    sustained a compound fracture to his arm was not

19    reported to the federal government, correct?

20         A    Correct.

21         Q    And that was based upon what?

22         A    It didn't conform with the guidelines given

23    by the CVSSA 2010.

24         Q    With regards to what constitutes a serious --

25         A    What's reportable.  Uh-huh.
```

Foundation

**JEANNIE REPORTING   (305) 577-1705**

1      Q      With what constitutes a serious bodily

2   injury?

3      A      Yes.

4      Q      Okay.  All right.  Let's go back to what

5   we've marked as Plaintiff's Exhibit 2, and I want to go

6   through the -- the affirmative defenses that were filed

7   on behalf of The Defendant, Classica Cruise Operator,

8   Limited, Incorporated.  I'm going -- I'm going to go

9   through one -- each one in succession and I'm going to

10  ask that you provide me the factual basis for each

11  affirmative defense.

12          Starting with affirmative defense No. 1,

13  Plaintiff has failed to state a cause of action for

14  which relief may be granted.  Can you please state the

15  factual basis for that affirmative defense?

16     A      Okay.  I've read it.  I'm sorry.  Will you

17  please repeat the question?

18     Q      Sure.  Can you provide me The Defendant's

19  factual basis for affirmative defense No. 1?

20     A      Well, it just says it was an incident between

21  two passengers that was created because of their own

22  conduct.

23     Q      Okay.

24     A      And there was nothing that the cruise line

25  could have done to prevent something like that.


**JEANNIE REPORTING   (305) 577-1705**

1    Q    Okay.  Anything else?

2    A    No.

3    Q    All right.  Next one is the second

4    affirmative defense alleges that Plaintiff's damages

Foundation

5    were caused either in whole or in part by his own

6    negligence.

7         Can you please provide me the factual basis

8    for affirmative defense No. 2?

9    A    This particular incident was initiated

10   because a -- a comment was made to a guest that was

11   perceived to have been cutting in the line.  And as a

12   result of that, an altercation ensued based upon that

13   comment.

14   Q    Okay.  So -- and the comment you're alleging

15   was made by The Plaintiff?

16   A    Correct.

17   Q    And what was the comment that was made?

18   A    About somebody cutting in the line.

19   Q    Okay.  Besides this comment, anything else, a

20   factual basis for affirmative defense No. 2?

21   A    No.

22   Q    Okay.  Turning to the third affirmative

23   defense, please provide me the factual basis for

24   affirmative defense No. 3.

25   A    Well, exactly as it appears, that it was an

 **JEANNIE REPORTING   (305) 577-1705**

1    altercation between Mr. Fuentes and Mr. Hadley, and

2    it's a result of their actions.

3         Q    Okay.

4         A    Had nothing to do with the cruise line.

5         Q    All right.  Is the third affirmative defense,

6    are you alleging that Clint Hadley acted intentionally

7    or acted negligently?  It's unclear from the

8    affirmative defense.

9         A    I'm not stating either way.

10        Q    Okay.  Okay.  Well, it says in whole or in

11   part by the acts so as we sit here today, is it The

12   Defendant's position that the -- these acts were done

13   negligently, intentionally or both?

14        A    I was not there that particular day, and I

15   can't get in these gentlemen's heads.

16        Q    Sure.

17        A    So I don't know what they were thinking at

18   the time.

19        Q    Sure.

20        A    But all I know, it was an action that was

21   precipitated by some remarks by Mr. Fuentes and it got

22   out of hand, and we're here where we are today.

23        Q    Okay.  Well, and I appreciate that and I know

24   you weren't there, but you're the corporate

25   representative of The Defendant charged with the

   **JEANNIE REPORTING   (305) 577-1705**

1    responsibility to have all of the knowledge of the

2    cruise line, and The Defendant is raising an

3    affirmative defense regarding the actions of Clint S.

4    Hadley; do you see that, sir?

5         A    Correct, yes, I see it.

6         Q    So can you -- can you tell me in terms of

*Foundation*

7    your third affirmative defense that was alleged by The

8    Defendant, are you saying that the conduct of Clint S.

9    Hadley was negligent?

10             MR. DUNLEAVY:  Objection.  Asked and

11        answered.

12   BY MR. FISCHER

13        Q    For affirmative defense No. 3, are you saying

*Foundation*

14   that he acted negligently?

15        A    Clint Hadley?

16        Q    Yes.

17        A    I'm saying that he -- he behaved in an

18   aggressive manner toward Mr. Fuentes.

19        Q    Do you not know the basis for the third

20   affirmative defense whether The Defendant is alleging

21   that he acted negligently or intentionally?

22             MR. DUNLEAVY:  Objection.  Asked and

23        answered.

24             THE WITNESS:  I don't know if it were --

25        if it was intentional.  As I said, I was not

```
 1        there.
 2   BY MR. FISCHER
 3        Q    Okay.  Is it The Defendant's position that
 4   they don't have knowledge as to whether Clint S. Hadley
 5   acted intentionally?
 6        A    We have no knowledge of the motivation, per
 7   se, other than it was precipitated by a comment made by
 8   Mr. Fuentes.
 9        Q    Right.  But how was it that Clint Hadley
10   acted in affirmative defense No. 3 which The Defendant
11   has alleged is the basis for absolving itself of
12   responsibility?  How is it that he acted causing the
13   incident which supersedes any negligence of The
14   Defendant as alleged in affirmative defense No. 3?
15             MR. DUNLEAVY:  Objection.  Asked and
16        answered.
17             THE WITNESS:  He -- he attacked
18        Mr. Fuentes.
19   BY MR. FISCHER
20        Q    Okay.  Was that done intentionally or
21   negligently?
22        A    On Mr. Hadley's part?
23        Q    Correct.
24        A    I'm not in Mr. Hadley's head.  I have no way
25   of knowing.
```

Foundation (line 9-10)

Foundation (line 24-25)



**JEANNIE REPORTING   (305) 577-1705**

1    Q    Right.   But as — as — remember — do you

2 understand what an — an affirmative defense is The

3 Defendant's burden to proof at trial?

4    A    Yes.

5    Q    Okay.   So what is The Defendant's position

6 regarding this attack that you just alleged?   Was it

7 done negligently or was it done intentionally?

8         MR. DUNLEAVY:   Objection.   Asked and

9    answered.

10 BY MR. FISCHER

11    Q    What is Defendant's position?

12    A    I'm saying it was done aggressively.

13    Q    Okay.   What does that mean?

14    A    That means that Mr. Hadley was the aggressor

15 after Mr. Fuentes made a comment and a — a fight

16 ensued.

17    Q    Okay.   Anything else?

18    A    I consider that aggression.

19    Q    Okay.   Anything else regarding affirmative

20 defense No. 3?

21    A    No.

22    Q    Okay.   With respect to the fourth affirmative

23 defense, can you provide me the factual basis for

24 affirmative defense No. 4?

25    A    Okay.   As it says, there was no condition

**JEANNIE REPORTING   (305) 577-1705**

Relevance
Argumentative

Relevance
Argumentative

1    that the cruise line maintained that caused this

2    incident.

3         Q    Okay.  So the factual basis is -- for that

4    statement is what?

5         A    It's that two individuals took it upon

6    themself to settle some type of complaint they had with

7    one another.

8         Q    Okay.  So the allegation that no dangerous

9    condition existed, what's the factual basis for that

10   assertion?

11        A    Well, there were 1350 other guests on the

12   cruise and there were no other incidents with any of

13   them.

14        Q    Okay.

15        A    The disembarkation process is very organized.

16             THE REPORTER:  I'm sorry, the what

17        process?

18             THE WITNESS:  Disembarkation.

19   BY MR. FISCHER

20        Q    Okay.

21        A    And if people follow the -- the process that

22   we have in place, everything can go smoothly.

23        Q    Okay.  Any other facts for the assertion that

24   there was no dangerous condition that existed on the

25   vessel besides what you just described?

 **JEANNIE REPORTING   (305) 577-1705**

```
1        A     No.

2        Q     All right.  There's also -- it says

Speculation 3   alternatively, if a dangerous condition exists, that it

4    was open and obvious to The Plaintiff.  Can you

5    describe the factual basis for that?

6        A     Well, dangerous condition was I guess he

7    didn't realize how Mr. Hadley would react.

8        Q     Okay.  Is that it?

9        A     That's it.

10       Q     All right.  So but -- but you're -- but

11   you're saying there is no dangerous condition, correct?

12       A     There's no dangerous condition.

13       Q     Okay.  So the -- the alternatively where it

14   says, if a dangerous condition did exist, you -- it's

15   Defendant's position that there is no dangerous

16   condition, right?

17       A     Yes.

18             MR. DUNLEAVY:  Objection.  Asked and

19       answered.

20   BY MR. FISCHER

21       Q     Okay.  Then it also goes on here, it says,

22   again, still in affirmative defense No. 4, which may

Speculation 23   conflate some of the other affirmative defenses but it

24   says, it was the negligence of The Plaintiff in failing

25   to use his own senses.
```



**JEANNIE REPORTING   (305) 577-1705**

1          What's the factual basis for that assertion?

**Speculation**

2     A     Well, the factual basis is that in today's

3 world when you make a comment to somebody, you don't

4 know how they're going to react.

5     Q     Okay.

6     A     And I guess you need -- if you're going to

7 make -- open your mouth, you better be prepared for how

8 somebody is going to react to it.

9     Q     Right.   So The Defendant is aware that verbal

10 altercations could lead to a physical altercation,

11 correct?

12          MR. DUNLEAVY:   Objection.

13          THE WITNESS:   We have no idea with human

14     nature how two people are going to react to

15     something someone says.

16 BY MR. FISCHER

17     Q     Okay.   Well, you just described and said we

**Speculation**

18 don't know how people will react to responses in -- in

19 regards to affirmative defense No. 4, so give me the

20 spectrum of responses that The Defendant is aware of

21 that a person may have regarding a verbal altercation

22 or a statement about cutting in line.

23     A     There's a presence of plenty of people

24 throughout the disembarkation process that if someone

25 had a complaint of somebody cutting in line, they could



**JEANNIE REPORTING   (305) 577-1705**

```
 1    have gone to somebody in authority who could have

 2    handled it, instead of him attempting to handle it on

 3    his own.

 4         Q    Okay.

 5         A    And he chose not to do that.

 6         Q    Okay.  And -- and that information you

 7    described, that -- is that posted anywhere?

 8         A    Well, he would have seen the people all the

 9    way going -- we have people posted around the vessel.

10         Q    Right.

11         A    He would have seen them as he went down to

12    the -- the area where you disembark the ship.

13         Q    So in the area that this incident occurred,

14    you have people specifically posted to address cutting

15    in line?

16              MR. DUNLEAVY:  Objection.

17              THE WITNESS:  We have people in the -- in

18         the area.

19    BY MR. FISCHER

20         Q    But my question is very specific.  You just

21    described and said that The Plaintiff could go and ask

22    someone else to handle, address them cutting in line?

23         A    Yes.

24         Q    So before this incident, The Defendant's

25    aware that the -- that there are people during the
```

Argumentative (margin annotation at line 13)

Speculation (margin annotation at line 21)

Relevance (margin annotation at line 22)



**JEANNIE REPORTING   (305) 577-1705**

1    disembarkation procedure that may cut in front of other

2    people, right?

3              MR. DUNLEAVY:  Objection.

4              THE WITNESS:  I don't know that he would

5         have been aware that somebody would cut in

6         front of him.  I don't know.

7    BY MR. FISCHER

8         Q    So -- so the problem is you just said as the

9    corporate representative for The Defendant as a part of

10   its fourth affirmative defense that Plaintiff should

11   have used his common sense and sought out an employee

12   to address the issue of someone cutting in line.  And

13   when I asked you about whether or not how he would know

14   that, you said there's people all posted all over

15   the -- the ship to address that.

16             So my question then is back to that means

17   that The Defendant prior to this incident knows or is

18   aware of that individuals may cut in line during the

19   disembarkation procedure, correct?

20             MR. DUNLEAVY:  Objection.

21             THE WITNESS:  No, we have people to guide

22        the guests to the proper area to wait for the

23        disembarkation process to begin or to wait

24        until it's their turn to be called off.

25


**JEANNIE REPORTING   (305) 577-1705**

```
 1   BY MR. FISCHER

 2        Q    Okay.

 3        A    We have people at the stairwells.  We have

 4   people in the lobby.  We have people every step along

 5   the way that the guests can ask questions, receive

 6   directions on are they going to the proper location and

 7   so forth.

 8        Q    Okay.  So let me just make this kind of clear

 9   because I really need a yes or no answer.  So is it

10   your statement now that The Defendant does not know

11   prior to the incident of May 13, 2018 that individuals

12   may cut in line of other passengers during the

13   disembarkation procedure, so you don't know that?

14        A    I don't know what Mr. Fuentes knows --

15        Q    I know.

16        A    -- and what he doesn't at the time.

17        Q    And I appreciate that.  I'm not talking about

18   Mr. Fuentes.  I'm talking about Defendant, Classica

19   Cruise Operator, Limited, Incorporated who you are here

20   as the corporate representative, are you saying now

21   that The Defendant has no knowledge that passengers may

22   cut other passengers during the disembarkation

23   procedure prior to May 13, 2018?

24        A    We have no knowledge.

25        Q    You have no knowledge of that.  So how would
```

Argumentative
Speculation?



**JEANNIE REPORTING   (305) 577-1705**

Argumentative
Speculation

1     on Earth if The Defendant has no knowledge that this

2     actually happens, that The Plaintiff would then know to

3     contact somebody or an employee of The Defendant to

4     address that issue?

5               MR. DUNLEAVY:  Objection.

6               THE WITNESS:  Because he would have come

7          into contact with multiple employees along the

8          way to where he was waiting to disembark.

9     BY MR. FISCHER

10         Q     But that doesn't answer my question.  If The

Argumentative
Speculation
Relevance

11    Defendant has no knowledge that this can occur, that

12    means you don't provide passengers any type of insight

13    as to what to do in the disembarkation procedure when a

14    passenger cuts another passenger; is that correct?

15              MR. DUNLEAVY:  Objection.

16              THE WITNESS:  That's correct.

17    BY MR. FISCHER

18         Q     Okay.  So you gave no guidance or knowledge

Argumentative
Speculation
Relevance

19    or instruction to The Plaintiff on May 13, 2018 how to

20    address the issue of someone cutting in line, correct?

21         A     No, but I think we expect our guests to have

22    common sense.

23         Q     Okay.  So you're saying it's common sense

Argumentative
Speculation
Relevance

24    that someone can cut in line and they should contact an

25    employee, right?

**JEANNIE REPORTING   (305) 577-1705**

Argumentative
Speculation
Relevance

1     A    I'm saying if someone cuts in line and you're

2  unhappy about it, don't take it upon yourself, go to a

3  ship official and report it and have them deal with it.

4     Q    Sure.  So then it would be the same common

5  sense would be true for The Defendant as a ship

6  operator that during the disembarkation procedure,

7  passengers may cut other passengers, right?

8        MR. DUNLEAVY:  Objection.

9        THE WITNESS:  We have no way of knowing

10       what other guests are going to do until it

11       happens.

12  BY MR. FISCHER

13     Q    Sir, how can you sit here and say that it's

14  common sense for The Plaintiff to know how to handle

15  that situation but that same common sense can't be

16  applied to The Defendant?

17        MR. DUNLEAVY:  Objection.  Argumentative.

18  BY MR. FISCHER

19     Q    You can answer.

20     A    I'm just saying it's hard to say if a guest

21  is going to cut in line.  Sometimes you don't know

22  unless it happens.

23     Q    Okay.  So in the entire cruise operation of

Argumentative
Speculation
Relevance

24  The Defendant, they've never had an incident where

25  someone cut in line during the disembarkation

**JEANNIE REPORTING   (305) 577-1705**

1    procedure, this was the first time?

2              MR. DUNLEAVY:  Objection.

3              THE WITNESS:  Well, maybe somebody cut in

4        line at the buffet.  I have no idea.  I guess

5        they could -- it could happen.

6    BY MR. FISCHER

7        Q    Well, I'm talking about the disembarkation

8    procedure, not the buffet line.

9        A    I have no knowledge of that ever happening

10   prior.

11       Q    Okay.  So in affirmative defense No. 4 when

12   you said Plaintiff failed to use his own senses, are

13   you referring to common sense?

14       A    Well, that's one sense.

15       Q    Okay.  I want to back up because I didn't

16   really get a response because you indicated that

17   Reinier Fuentes should know that saying something to

18   someone could have very different responses.

19             So my question to you, sir, is that isn't The

Argumentative
Speculation
Relevance

20   Defendant aware that a statement made to an individual,

21   let's say, may lead to a verbal altercation of its

22   passengers?

23             MR. DUNLEAVY:  Objection.  Asked and

24        answered.

25             THE WITNESS:  It could.

    **JEANNIE REPORTING   (305) 577-1705**

BY MR. FISCHER

Q     Okay.  So you -- so before May 13, 2018, we can agree The Defendant had that knowledge that a statement made from one passenger to another could lead to a verbal altercation, correct?

A     It potentially could, just like it could if you're in line at the supermarket.

Q     Okay.  And sometimes -- and The Defendant is aware prior to May 13, 2018 that a verbal altercation could lead to a physical altercation, correct?

A     Anything can happen.

Q     I understand we're saying anything can happen.  I'm talking specifically, The Defendant that a -- has knowledge prior to May 13, 2018 that a verbal altercation could lead to a physical altercation, correct?

A     It could if you're dealing with two hot heads.  It very well could.

Q     Okay.  So Defendant maintains it has that knowledge, that a verbal altercation could result in a physical altercation, correct?

A     Correct.

Q     And that knowledge was in its possession prior to May 13, 2018, correct?

A     Correct, it's just human nature.

**JEANNIE REPORTING   (305) 577-1705**

Argumentative
Speculation
Relevance
Asked and
Answered

Argumentative
Speculation
Relevance
Asked and
Answered

**Relevance**

1    Q    Right.  And, in fact, two days prior on the

2    sister ship on May 11, 2018, there was a verbal

3    altercation that led to a physical altercation,

4    correct?

5         A    It does happen.

6         Q    No, no, I'm not talking about it does happen.

**Relevance**

7    We were provided by The Defendant, your counsel, in

8    discovery a list of various instances aboard the sister

9    ship and one of which was on May 11, 2018, that the --

10   there was a verbal altercation that led to a physical

11   altercation, just two days before our incident.

12        Are you aware of that, sir?

13        A    I've seen the list.

**Relevance**

14        Q    Okay.  So you're aware that just two days

15   before, you had a verbal altercation on the

16   Defendant -- one of The Defendant's vessels that lead

17   to a physical altercation, right?

18        A    If the May 11 is on the list, then, yes.

19        Q    Okay.  So -- so that means The Defendant in

**Relevance**

20   addition to what we talked about human nature and what,

21   had specific knowledge of a prior instance occurring

22   just two days before where a physical altercation

23   resulted or, excuse me, where a verbal altercation

24   resulted in a physical altercation, right?

25        A    Okay.



**JEANNIE REPORTING   (305) 577-1705**

Relevance

1          Q      Is that a yes?

2          A      Yes.

3          Q      Okay.  Now, on May 13, 2018, at the time that

4  there was a verbal altercation between Reinier Fuentes

5  and Mr. Hadley, there was an employee that was there,

6  wasn't there?

7          A      As I said, we have employees around the

8  immediate area.

9          Q      No, no, I'm talking about employees that were

10  attempting to defuse the situation.  There was an

11  employee there, wasn't it, before a physical

12  altercation occurred?

13          A      I'm aware that security was there to assist

14  in breaking up the altercation.

15          Q      Okay.  As we sit here today, does The

16  Defendant disclaim knowledge of the fact that a

17  employee, prior to any physical altercation occurring,

18  attempted to speak to both Mr. Hadley and Mr. Fuentes

19  before the physical altercation occurred?

20          A      I'm unaware of that.

21          Q      And you are unaware as the Classica Cruise

22  operator, you as The Defendant, are unaware of that

23  taking place?

24          A      That is correct.

25          Q      Okay.  So if Mr. Hadley and Mr. Fuentes

 **JEANNIE REPORTING   (305) 577-1705**

```
1    indicate that an employee of The Defendants attempted

2    to defuse the situation, they would be lying?

3         A    I'm not saying that.  I'm saying I'm unaware.

4         Q    Well, you are the -- you understand you're

5    here as The Defendant; do you understand that?

6         A    Yes, I know, you've reminded me a few times.

7         Q    Well, I want to make sure because I want to

8    make sure when you say I don't know or I can't -- you

9    know -- well, let me ask you this.  Do you have any

10   evidence to suggest that there wasn't an employee there

11   of The Defendants trying to defuse the situation?

12        A    No, I do not.

13        Q    Okay.  So you would defer to the --

14   Mr. Fuentes and Mr. Hadley as to whether or not there

15   was an employee attempting to defuse the situation?

16        A    Do you have a name of an employee?

17        Q    I'm asking you, sir.  Would you defer to

18   them?

19        A    Not necessarily.

20        Q    Okay.

21        A    Was the -- when the statement was made, was

22   it under oath?  I don't know.

23        Q    Well, as we sit here today, The Defendant

24   does not have any evidence to -- to refute that there

25   was an employee present at the time this or at -- in
```

Argumentative
Asked and
Answered

**JEANNIE REPORTING   (305) 577-1705**

1    the moments before the physical altercation occurred,

2    correct?

3         A    Correct.

4         Q    And you have no evidence to refute that at

5    the time there was simply a verbal altercation between

6    Mr. Fuentes and Mr. Hadley, that there was an employee

7    also there present in the immediate vicinity attempting

8    to defuse the situation?

9         A    I'm not aware of that.

10        Q    Okay.  But -- so you have no evidence to

11   refute that?

12        A    No, neither way.  I have no evidence either

13   way.

14        Q    Okay.  No evidence to confirm or deny; is

15   that true?

16        A    That's what I've just said.

17        Q    Okay.  So The Defendant is -- so you have no

18   knowledge as to what that employee of The Defendant

19   knew or didn't know, right?

20        A    Right.

21        Q    You have no evidence of what he said or

22   didn't say?

23        A    Because I'm not aware of any employee being

24   there at the time.

25        Q    Well, you don't -- you can't say one way or

**JEANNIE REPORTING   (305) 577-1705**

Argumentative
Asked and
Answered

Argumentative
Asked and
Answered

Argumentative
Asked and
Answered

Argumentative
Asked and
Answered

Argumentative
Asked and
Answered

```
 1   the other, right?

 2        A    Yes, we established that.

 3        Q    Okay.  So if the evidence in this case from

 4   other witnesses that there was an employee there and

 5   you have no evidence to refute that, you have no idea

 6   what he knew or didn't know, right?

 7        A    All I know is that I'm not aware of any

 8   employee being there at that time.

 9        Q    Okay.  And what is that knowledge based on?

10        A    Based on the report that I saw after the --

11   the incident happened.

12        Q    So the incident report indicates that there

13   was no employee present in the area attempting to

14   defuse the situation.

15        A    What I remember is that security got

16   involved.

17        Q    Okay.

18        A    Security was there and they tried to get

19   involved, and then they had to contact the -- the

20   police, shoreside authorities to come on.

21        Q    But you would agree with me the security, the

22   actual security employees didn't intervene until after

23   the physical altercation had already occurred, correct?

24        A    It was going on.

25        Q    Right.  But be -- but I'm focusing on the
```



**JEANNIE REPORTING   (305) 577-1705**

1    time before it occurred.  So in your review of the

2    incident report, you're saying that there was no notice

3    or no knowledge of any employee attempting to intervene

4    on behalf of The Defendant prior to the physical

5    altercation occurring; is that your testimony?

6         A    I have no knowledge of that.

7         Q    Okay.  When you say it's no knowledge, you're

8    say -- well, I want to make clear, you're saying it

9    wasn't documented in the incident report that there was

10   a -- an employee present in the moments before the

11   fight occurred?

12        A    Uh-huh.  I don't remember reading anything

13   myself in an incident report at that time --

14        Q    Okay.  So do you --

15        A    -- that there was somebody else there.

16        Q    -- do you even know in this lobby where

17   people congregate whether or not there was even

18   employees in the area?

19        A    As I've already stated, there were multiple

20   employees in the area.

21        Q    How do you know that?

22        A    How I know that, because we have a whole

23   process that we follow.

24        Q    How do you know the process was being

25   followed?

 **JEANNIE REPORTING   (305) 577-1705**

1      A    We have reports of the crew members that it

2  was being followed.

3      Q    Okay.  What kind of reports are these?

4      A    We've gotten reports.  I spoke with them.

5      Q    Okay.  So you -- so when you said they have

6  reports, do you mean you spoke to them when?  When did

7  you speak to them?

8      A    We have -- we have cruise staff, we have

9  youth staff that are in the stairwells that are guiding

10  people to where they need to go to disembark the vessel

11  in strategic locations.  We have other youth staff and

12  cruise -- cruise staff in the lobby area to assist with

13  other guests who are congregating because that's our

14  meeting point to leave the ship.  We also have security

15  at the gangway and they swipe the -- the cruise cards

16  for each guest when they disembark so we know when all

17  the guests are off the ship and we're at zero count.

18      Q    Okay.

19      A    So we have -- we have multiple people around.

20      Q    I mean, I understand how the system was

21  designed to work, but I'm talking about the specific

22  time that the incident occurred on May 13, 2018, in the

23  area where the passengers were congregating in the

24  lobby where there's the guest services and the shore

25  excursion services, I -- I believe that's the desk, the

  **JEANNIE REPORTING   (305) 577-1705**

1    reception desk and maybe the guest services desk.

2            And you said that you knew that they were

3    there because you spoke to them.  Who did you speak to?

4        A    Somebody with guest relations.

5        Q    Okay.  Do they have a name?

6        A    Maribel.

7        Q    Maribel.  What's her last name?

8        A    I'm sorry, I don't know.  I know them -- we

9    have so many crew that I know most of them by their

10   first names.

11       Q    Okay.  Anybody else that you spoke to?

12       A    No.

13       Q    So this one individual is the only person you

14   spoke to to confirm whether or not there were employees

15   in this -- in the lobby where the passengers were

16   congregating for purposes of the disembarkation on

17   May 13, 2018?

18       A    We have the -- you know, this is a very

19   structured environment on the ship.  There are SOPs in

20   place.  We have crew members.  There's a -- there's a

21   certain hierarchy of who they report to, and it's very

22   well organized and very well structured.

23       Q    Okay.  I appreciate --

24       A    So --

25       Q    -- I appreciate that but back to my question.


**JEANNIE REPORTING   (305) 577-1705**

```
 1        A    -- so as the corporate rep I'm stating with

 2   conviction that all those individuals were in place

 3   that day.

 4        Q    Okay.  And I'm asking you when you say there

 5   was employees present in that area, you said you spoke

 6   to Maribel, and I asked you is that the only person you

 7   spoke to and your answer is yes, right?

 8             MR. DUNLEAVY:  Objection.

 9             THE WITNESS:  That's right.

10   BY MR. FISCHER

11        Q    Okay.  Now, in that particular area where

12   this incident occurred, passengers congregate there

13   sometimes before disembarkation, correct?

14        A    No.

15        Q    They never -- they've never been in that area

16   before?

17        A    They don't congregate there.

18        Q    Have passenger --

19        A    Which area are you asking about specifically?

20        Q    Where the area occurred -- the incident

21   occurred.

22        A    The incident occurred in a hallway.

23        Q    The incident did not occur in a hallway.  The

24   incident occurred in the lobby area where the guest

25   services desk is.
```



**JEANNIE REPORTING   (305) 577-1705**

```
1          A     They were in a hallway.

2          Q     So you have -- you have -- you have the

3    incident occurring in a completely different location.

4                Where did the incident occur?

5          A     Well, it's part of the lobby area.

6          Q     I'm sorry?

7          A     Where the guests get off is by the lobby

8    area.

9          Q     Right, there's a --

10         A     It's all in the same general area.

11         Q     There's -- there's a lobby area and then

12   there's a hallway --

13         A     Right.

14         Q     -- and then you can go through the -- exit

15   the lobby through the hallway into the -- and off the

16   ship, right?

17         A     Correct.

18         Q     So -- but in this instance, they were in the

19   lobby area where the incident occurred, not in the

20   hallway, correct?

21         A     Okay.  I saw a diagram and it looked to me

22   that they were in the hallway.

23         Q     Okay.  When you refer to a diagram, what

24   diagram are you referring to?

25         A     It was in an initial report I saw once it
```



**JEANNIE REPORTING   (305) 577-1705**

1   first happened, the description of what happened.

2         Q     Who made this diagram?

3         A     Probably the chief of security.  It was a

4   security report.

5         Q     And this was part of the incident report?

6         A     It's a security report.

7         Q     What's a security report?

8         A     It's not an incident report.  It's done by

9   chief of security.

10        Q     Okay.  What's the purpose of the security

11  report?

12        A     Just to document what happened.

13        Q     All right.  What kind of things are -- do --

14  are security reports created for?

15        A     Different issues that security has.

16        Q     All right.  Can you please --

17        A     I guess.

18        Q     -- can you provide those to me, a list of

19  those?

20        A     Obviously, this would be one.

21        Q     Okay.

22        A     If we have a loud and unruly guest --

23        Q     Okay.

24        A     -- what have you.

25        Q     So physical altercation, loud and unruly



**JEANNIE REPORTING   (305) 577-1705**

```
1   guest, anything else?

2        A    That's just off the top of my head now.

3        Q    Intoxicated passengers, would that be

4   addressed?

5        A    If they created a disturbance.

6        Q    Okay.  And what are these security reports?

7   What's done with them?

8        A    They're maintained on the ship.

9        Q    For how long?

10       A    About six months.

11       Q    Okay.  Is that pursuant to a particular

12  policy?

13       A    Company policy.

14       Q    Okay.  Is it written down anywhere?

15       A    I -- I don't have it in writing.

16       Q    So the retention of six months is just

17  something that's an oral policy?

18       A    That's what I've been told, yes.

19       Q    Okay.

20       A    Uh-huh.

21       Q    Is there any requirement for security logs to

22  be taken in accordance with CVSSA?

23       A    No.

24       Q    Is there any requirement of the security

25  reports or logs to be created with respect to the ISPS?
```



**JEANNIE REPORTING   (305) 577-1705**

1     A     No.

2     Q     Okay.  You're -- you're aware that ISPS Part

3 A Section 10 -- and the reason I ask is because in some

4 of your responses to discovery, you -- The Defendant

5 attempted to claim documents were confidential.

6 There's a reporting requirement of which the records

7 are supposed to be maintained regarding these instances

8 for a period of time.

9           Are you aware of that?

10    A     I think you were requesting some security

11 information --

12    Q     Right.

13    A     -- that's confidential in nature.

14    Q     Well, we're -- we're going to get to that in

15 a moment but I'm just saying, are you -- are you

16 familiar with the ISPS Part A Section 10 regarding

17 security reporting requirements?

18    A     No, not fully versed.

19    Q     Okay.  All right.  Let's go to affirmative

20 defense No. 5.  Can you provide me the factual basis

21 for affirmative defense No. 5?

22    A     What's your specific question?

23    Q     What's the factual basis for affirmative

24 defense No. 5?

25    A     We had no notice that there was a dangerous


**JEANNIE REPORTING   (305) 577-1705**

1    condition.

2         Q    Okay.  Provide me the facts that support that

3    you didn't have notice.

4         A    Everything was going orderly.  As I said, the

5    disembarkation process is very structured.  We have

6    policies and procedures in place.  We have crew in

7    place at specific strategic locations to direct the

8    guests to keep everything orderly.

9         Q    Okay.  Any other facts -- and we'll start

10   with that you had no actual notice that a physical

11   altercation was going to occur.  Any other facts to

12   support that affirmative defense that you had no actual

13   notice that a physical altercation was going to occur?

14        A    We had no way of knowing that a physical

15   altercation would occur.

16        Q    Okay.  Provide me the factual basis for that

17   assertion.

18             MR. DUNLEAVY:  Objection.  Asked and

19        answered.

20             THE WITNESS:  I just did.  We have it --

21        we have it very structured.  It's -- do I need

22        to repeat myself?

23   BY MR. FISCHER

24        Q    Well, I need to -- well, my question after

25   that was, is there any other facts besides that, and

   **JEANNIE REPORTING   (305) 577-1705**

1    you said we had no idea.  That's why I went -- had to

2    go back and ask you again.

3            So besides the orderly nature of the

4    disembarkation procedure that you allege, is there any

5    other facts to support the affirmative defense that you

6    had no actual notice that a physical altercation was

7    going to occur?

8        A    Other than the fact that we've never had a

9    physical altercation during the disembark process.

10       Q    Okay.  But you have had physical

11   altercations -- well, I think we're getting ahead of

12   ourselves.  Okay.  So for actual notice, your statement

13   is that with regard to actual notice that a physical

14   altercation was going to happen between The Plaintiff

15   and Mr. Hadley, the fact is that you've never had a

16   physical allocation during a disembarkation procedure

17   before.  Any other facts?

18       A    In addition to the fact that I've stated

19   multiple times that we have a complete disembarkation

20   process and policy that we follow, and that we have

21   crew members posted at strategic locations around the

22   vessel to guide and direct guests to the location where

23   they need to be to disembark in an orderly process.

24       Q    Anything else?

25       A    That would be it.

 **JEANNIE REPORTING   (305) 577-1705**

```
1        Q    Okay.  Now, let's go to constructive notice.

2   Do you under -- do you understand -- or strike that.

3            What's the factual basis for the -- the

4   assertion under your fifth affirmative defense that you

5   had no constructive notice of the potential for a

6   physical alteration between Reinier Fuentes and

7   Mr. Hadley?

8        A    Would you please define constructive notice

9   for me?

10       Q    It's not my affirmative defense.  You were --

11  you were supposed --

12       A    I thought you started to but then you changed

13  your --

14       Q    No.  Well, I didn't -- I mean, let me back

15  up.

16            You as The Defendant were tasked -- when I

17  say you, I mean the corporate representative were

18  tasked with familiarizing yourself with the affirmative

19  defenses in -- in preparation of the deposition today.

20  So what I need to know is, what is your factual basis

21  to assert under your fifth affirmative defense that you

22  had no constructive notice of the -- any dangerous

23  condition; i.e., that Mr. Fuentes and Mr. Hadley were

24  going to get into a physical alteration?

25            MR. DUNLEAVY:  Objection.  Form, and the
```



**JEANNIE REPORTING   (305) 577-1705**

```
1        witness has asked you to rephrase it or

2        explain it.

3             MR. FISCHER:  It's not my job to do his

4        job.

5   BY MR. FISCHER

6        Q    Can you provide me the factual basis for your

7   affirmative defense?

8        A    The factual basis is that we've never had an

9   incident like this at disembarkation.

10       Q    Okay.  But you have had physical altercations

11  aboard the vessel?

12       A    We've established that, yes.

13       Q    Okay.  So with respect to constructive

14  notice, despite having knowledge of the fact that

15  physical altercations aboard your vessels have

16  occurred, you're simply saying because we haven't had

17  it occur during the disembarkation process, that's why

18  there's no constructive notice?

19             MR. DUNLEAVY:  Objection.

20  BY MR. FISCHER

21       Q    Is that fair?

22       A    That's what I just said.

23       Q    Okay.  So that's a -- that's a fair

24  summation; is that a yes?

25       A    That's what I said, yes.
```

Relevance
MIL
Inadmissible

Argumentaive
Leading
Relevance
MIL
Inadmissible



**JEANNIE REPORTING   (305) 577-1705**

```
 1        Q    Okay.  Anything else?

 2        A    Not unless you have further questions.

 3        Q    Okay.  Well, I'm asking any other facts

 4   regarding the constructive notice, and I'm asking is

 5   there anything else?

 6        A    I have nothing else.

 7        Q    Okay.  You also indicate, it says, Defendant

 8   had no duty to warn.  Can you provide me the factual

 9   basis for that assertion in your fifth affirmative

10   defense?

11        A    We have no duty to warn because there's

12   nothing to warn about.

13        Q    Okay.  But we've established you -- The

14   Defendant had knowledge that physical altercations

15   aboard your vessels between passengers have occurred,

16   correct?

17        A    Well, we established that there were physical

18   altercations between passengers on a different vessel.

19        Q    Okay.  Just two days before?

20        A    As you say.  I don't have a list in front of

21   me with the dates but I -- I trust you.

22        Q    Okay.  So no reason to dispute that it

23   occurred on May 11, 2018?

24        A    No.

25        Q    Okay.  Do you run the ships differently in
```

Relevance
Argumentative
MIL
Inadmissible

Relevance
Argumentative
MIL
Inadmissible

Relevance
Argumentative
MIL
Inadmissible

Relevance
Argumentative
MIL
Inadmissible

**JEANNIE REPORTING    (305) 577-1705**

1    terms of their operation and security?

2         A    The ships aren't run differently, but they

3    have different passenger compliments and --

4         Q    Okay.

5         A    -- they're on different itineraries.

6         Q    Okay.  So despite having knowledge that

7    physical altercations have occurred on the sister ship

8    just two days before, your factual basis for -- that

9    you had no duty to warn is what?

10        A    That we've never had an altercation during

11   the disembarkation process.  It's very structured.  I

12   don't know what your talk -- you know, we're talking

13   about a specific area where these guests come down to.

14   It's very organized, very structured.  We have people

15   there guiding them throughout the process the whole

16   way.  There are people visible who are there to assist

17   them if they need anything.  We're making

18   announcements.

19        Q    Okay.  In the area of this lobby area,

20   there's no security posted there, correct?

21        A    There is security.

22        Q    In that room, there's a security officer or a

23   guard or anybody in that room?

24        A    Off the room.

25        Q    Okay.  So --

 **JEANNIE REPORTING   (305) 577-1705**

1        A    There's security who is at the -- at the
2   gangway.
3        Q    They're at the gangway, the two security
4   officers that are letting people go off the vessel,
5   correct?
6        A    Right.  Uh-huh.
7        Q    But in the particular room where -- in that
8   lobby area, there is no security posted there, correct?
9        A    There may or may not be.
10       Q    Well, do you know as we sit here today?
11       A    It depends on the events of the day.
12       Q    Okay.
13       A    If security feels that they need to be there,
14   they will be there.
15       Q    Okay.  So was there security in that room at
16   the time this incident occurred?
17       A    They were nearby.
18       Q    Well, nearby is not the same question.  Were
19   they in the room?
20       A    No, they were not in the room.
21       Q    Okay.
22       A    They were at the gangway.
23       Q    Are -- are the employees that are not
24   security guards or security officers, are they required
25   to or trained to intervene in in -- in verbal or physical



**JEANNIE REPORTING   (305) 577-1705**

```
 1    altercations?

 2         A    Not if they're not with security.

 3         Q    Okay.  So their job is to basically report it

 4    to security?

 5         A    Alert security.

 6         Q    How is that done?

 7         A    They have radio contact.

 8         Q    Okay.  Do you maintain a log or document

 9    anywhere when a radio call goes out for a particular

10    incident?

11         A    No.

12         Q    Why?

13         A    We have a lot of radio calls throughout the

14    course of a day.

15         Q    But I'm talking about --

16         A    It would be impossible to log them all.

17         Q    Sure.  But I'm talking about verbal and

18    physical altercations between passengers.  Do you have

19    a lot of those on the ship?

20         A    We don't have a lot of those on the ship.

21         Q    Okay.  So with respect to those, why are

22    those not documented?

23              MR. DUNLEAVY:  Objection.  Asked and

24         answered.

25              THE WITNESS:  They're just not
```



**JEANNIE REPORTING   (305) 577-1705**

1       documented.

2    BY MR. FISCHER

3       Q    Okay.  Let's go to affirmative defense No. 6.

4    Please provide me your factual basis for affirmative

5    defense No. 6.

6       A    So he had preexisting injuries.

7       Q    Okay.  Do you -- do you know the injuries

8    that Plaintiff has alleged to have occurred in this

9    case?

10      A    Yes.

11      Q    Okay.  Can you explain to me how a compound

12   fracture of the arm is preexisting?

13      A    Well, that may not be preexisting but there

14   were other things.  Something preexisting would have

15   been something that was an injury prior to that day --

16      Q    Okay.

17      A    -- that this particular injury was aggravated

18   by.

19      Q    Okay.  Please describe for me the injuries

20   that you allege that are preexisting.

21      A    He had several injuries.  I mean, he's had

22   injuries to his foot, I think he's had injuries to

23   different parts of his body over the years.  I mean, we

24   all have.

25      Q    Okay.  So besides the foot injury, do you

   **JEANNIE REPORTING   (305) 577-1705**

1    know whether or not The Plaintiff is making a claim for

2    the foot injury as a result of this incident?

3         A    I don't think so.

4         Q    Okay.  So as it relates to the injuries that

5    he's alleging to have sustained in this incident,

6    please tell me what injuries are preexisting.

7         A    I don't know the exact injuries that are

8    preexisting.

Foundation
Relevance
Speculation

Inadmissible
Outside Scope

9         Q    Okay.  With respect to the sixth affirmative

10   defense and the allegation that these injuries are

11   preexisting, what did you do to prepare for that -- to

12   answer these questions?

13        A    I mean --

14             MR. DUNLEAVY:  I'll object if it relates

15        to any conversations you had with your

16        attorneys but...

17             MR. FISCHER:  Again, that's not

18        objectionable, but I appreciate that.

19   BY MR. FISCHER

20        Q    What did you do to prepare for this?

21        A    Just in consultation with our counsel.

22        Q    Okay.  So you -- as we sit here today, you

23   don't know what injuries that The Defendant is alleging

24   to be preexisting, correct?

25        A    I do not.

Foundation
Relevance
Speculation
Inadmissible
Outside Scope

**JEANNIE REPORTING   (305) 577-1705**

1      Q    Okay.  Seventh affirmative defense, can you

2   please provide me the factual basis for your seventh

3   affirmative defense?

4      A    What about it?

5      Q    I need your factual basis for the seventh

6   affirmative defense.

7      A    Well, just as it says here.

8      Q    Okay.  What factual evidence do you have that

9   my client received monies paid towards his treatment

10  and/or medical care?

11     A    Well, I know we hired a medical expert.

12          THE REPORTER:  Hired a what?

13          THE WITNESS:  I know we hired a medical

14     expert.

15  BY MR. FISCHER

16     Q    Okay.  Did you talk to him to -- before today

17  in preparation for your deposition?

18     A    I have not.

19     Q    Did you review his reports in preparation for

20  your deposition today?

21     A    No.

22     Q    Did you review the reports of the competing

23  plaintiff's experts in this case?

24     A    No.

25     Q    Did you review any of the medical bills in

  **JEANNIE REPORTING   (305) 577-1705**

1    this case?

2         A    No.

3         Q    Did you review any of the medical records?

4         A    No, I have not.

5         Q    All right.  So what facts or evidence do you

6    have that any money that my client received was paid

7    in -- for his treatment and/or medical care?

8         A    As I said, I know we paid for a medical

9    expert.

10        Q    Okay.  So you have no facts regarding any

11   money as we sit here today or evidence that money was

12   paid towards -- for his treatment and/or medical care,

13   correct?

14        A    Correct.

15        Q    Okay.  Turning to affirmative defense No. 8.

16   You allege and invoke the terms of the condition of the

17   cruise ticket upon which Plaintiff alleged he boarded

18   the vessel and it is subject to the limitations, terms

19   and conditions contained therein.

20             Can you describe for me what limitations,

21   terms or conditions are applicable for -- in this

22   eighth affirmative defense?

23        A    So the ticket contract, it just -- there's a

24   lot of fine print in there and, you know, by which --

25   you know, how much we'll pay for a lost -- lost

 **JEANNIE REPORTING   (305) 577-1705**

1    luggage, if they're going to take legal action.  You

2    know, it gives a certain time line by which they need

3    to provide notice of legal representation.  It has the

4    entities to whom they need -- that need to be named in

5    there.  There are a lot of different things in the

6    contract.

7         Q    Okay.  So which ones?  Obviously, there's no

8    claim for lost luggage in this case.  So what is it in

9    terms of the facts of the ticket contract support the

10   eighth affirmative defense?

11        A    By which we need to be notified.

12        Q    Okay.

13        A    Make sure the proper entities are named in

14   the -- in the complaint --

15        Q    Okay.

16        A    -- and so forth.

17        Q    Do you have any facts to suggest that The

18   Plaintiff has a cause of action against the incorrect

19   entity or to the correct entity?

20        A    I don't know.  It sometimes happens.

21        Q    Well, I mean, I'm -- I'm asking specifically

22   about this case.  This is your affirmative defense.

23   Are you alleging that we --

24        A    Classic Cruise Operator is the correct

25   entity.



**JEANNIE REPORTING   (305) 577-1705**

1        Q     Okay.  Is there any facts or evidence that

2   you have to suggest that Plaintiff did not notify The

3   Defendant in a timely manner in accordance with his

4   cruise ticket contract?

5        A     No.

6        Q     And then do you have any facts or evidence to

7   suggest that The Plaintiff did not bring the lawsuit in

8   the time prescribed for in the cruise ticket contract?

9        A     No.

10       Q     Okay.  And the ninth affirmative defense, can

11  you please provide me the factual basis for the ninth

12  affirmative defense?

13       A     Well, the incident occurred onboard the

14  vessel that was tied up alongside in Riviera Beach.

15       Q     Okay.

16       A     The Maritime Law of the United States

17  applies.

18       Q     Is the Port of West Palm, is that

19  international navigable waters?

20       A     International?

21       Q     Yeah, that's what it says, occurred in or on

22  international navigable waters.

23       A     Well, Port of Palm Beach is not

24  international --

25       Q     All right.  That would be --

   **JEANNIE REPORTING   (305) 577-1705**

```
1        A      -- navigable waters.

2        Q      -- that would be the territorial waters of

3   the United States as well as the State of Florida,

4   correct?

5        A      Yes.

6        Q      Okay.  All right.  We can move on.

7               Affirmative defense No. 10.  Can you please

8   provide me the factual basis for your affirmative

9   defense No. 10?

10       A      My understanding is that where it says

11  Plaintiff failed to mitigate his damages, the -- he was

12  treated by paramedics at the time and they had strongly

13  recommended that he seek immediate treatment at the

14  hospital.

15       Q      Okay.  Anything else?

16       A      And we know that he -- he waited til later.

17  Just that.

18       Q      Just that?  So as with respect to affirmative

19  defense No. 10, the factual basis for that affirmative

20  defense is solely the allegation that he waited to go

21  to the hospital til later that day?

22       A      Right.

23       Q      Okay.  Affirmative defense No. 11, that might

24  be the same, but can you provide me the factual basis

25  for affirmative defense No. 11?
```



**JEANNIE REPORTING   (305) 577-1705**

```
 1        A     Was there a question there?

 2        Q     Yeah.  What's the factual basis for

 3   affirmative defense No. 11?

 4        A     Same as 10.

 5        Q     With respect to both affirmative defense No.

 6   10 and 11, what facts do you have to suggest that

 7   Plaintiff, by not going to the hospital immediately

 8   versus later that evening, exacerbated his injuries?

 9        A     Well, we don't know what he was doing.  I

10   mean, if he had gone to the hospital immediately, they

11   might have immobilized his arm.

12        Q     Right.  But what I'm saying is, with respect

13   to the facts for both 10 -- the 10th and 11th

14   affirmative defense, what facts do you have to support

15   that the delay from the time of disembarkation until

16   later that day when he went to the hospital exacerbated

17   his injury?

18        A     I don't, but the medical -- our medical

19   expert may have.

20        Q     Okay.  Again, in preparation for your 10th

21   and 11th affirmative defenses, did you speak with the

22   medical expert?

23        A     I did not.

24        Q     Okay.  Why not?

25        A     No particular reason.
```

Relevance
Foundation
Speculation
Expert Opinion

Relevance
Foundation
Speculation
Expert Opinion

Relevance
Foundation
Speculation
Expert Opinion

**JEANNIE REPORTING   (305) 577-1705**

Relevance
Foundation
Speculation
Expert Opinion

1    Q    As we sit here today, are you able to

2    articulate the factual basis for the assertion that the

3    delay of treatment from the time of disembarkation to

4    later that evening exacerbated his injury?

5    A    I'm saying that when you don't follow the

6    directives and guidance on behalf of trained medical

7    professionals, there's definitely a chance that -- yes.

Relevance
Foundation
Speculation
Expert Opinion

8    Q    Okay.  So what facts or what evidence do you

9    have to suggest that that delay exacerbated his injury?

10    A    Well, because they said that he should seek

11    immediate treatment.

Relevance
Foundation
Speculation
Expert Opinion

12    Q    Right.  I understand what they've said but

13    what I'm -- my question is very specific with regards

14    to your affirmative defense 10th and 11th.  You

15    understand The Defendant has taken the position that by

16    your testimony, that this delay in treatment

17    exacerbated his injuries, correct?

18    A    Yes.

Relevance
Foundation
Speculation
Expert Opinion

19    Q    Okay.  What is the factual basis for that

20    assertion that that delay exacerbated his injuries?

21    A    Because if he has a very serious injury, I

22    guess now with his shoulder or elbow, rather, had he

23    followed the -- the guidance of trained medical

24    professionals, it may not be as serious.  You know, his

25    condition may not be the same as it is today.

  **JEANNIE REPORTING   (305) 577-1705**

```
 1          Q      Okay.

 2          A      If he had sought treatment right away and

            there's a hospital from the port that is within a ten

 4   minute drive, if that, that it would have been better

 5   to have immediate treatment than to maybe exacerbate

 6   the problem.

 7          Q      Okay.  How was his injury made worse by

 8   getting treatment later that day versus at the time of

 9   disembarkation?

10          A      As --

11              MR. DUNLEAVY:  Objection.  Asked and

12   answered.  Go ahead.

13              THE WITNESS:  -- as I said, we don't know

14   what he did.  I mean, it was a number of hours

15   later.  Had he gone into the emergency room

16   ten minutes away from the port, you know, they

17   may have immobilized his arm to an extent that

18   they may have put him in immediate surgery.  I

19   don't know how they would have proceeded with

20   him, you know, depending on the nature of the

21   injury that they were looking at that moment,

22   but it could be that more immediate care could

23   have -- would have been much better for him.

24   BY MR. FISCHER

25          Q      Okay.  But as we sit here today, what is your
```

Argumentative
Relevance
Expert Opinion

Argumentative
Relevance
Expert Opinion

Argumentative
Relevance
Expert Opinion

**JEANNIE REPORTING   (305) 577-1705**

Argumentative
Relevance
Expert Opinion

1   factual basis for saying it could have made it better?
2   Like, what's --

3       A    Okay.  I guess I don't have any.

4       Q    Okay.

5       A    I'm giving you my opinion.

6       Q    Sure.  I'm just trying to --

7       A    So...

8       Q    That's fine.  Okay.  So there's no facts that

Argumentative
Relevance
Expert Opinion

9   you can -- can point me to that says how it was made
10  worse or made better if he had gotten care at the time
11  of disembarkation, correct?

12      A    Correct, I'm just going by my own experience.

13      Q    Okay.  Affirmative defense No. 12, can you

14  provide me the factual basis for affirmative defense

15  No. 12?

16      A    Well, the cruise line had nothing to do with

17  this particular incident.  It was done between two --

18  two guests and others got involved.  So, you know,

19  they're -- they're liable for the -- for the outcome.

20      Q    Okay.  When you -- when you state that his

21  actions should be considered by this court and the

22  percentage of fault attributed to such nonparty

23  tortfeasors, you're referring to negligence, correct?

24      A    I'm -- I'm referring to the fact that the

25  fight broke out between two individuals.  Those two



**JEANNIE REPORTING   (305) 577-1705**

1    individuals are responsible.

2         Q    Okay.

3         A    Not the cruise line.

4         Q    Okay.  And, again, similarly with affirmative

5    defense No. 3, you -- can you articulate whether the

6    facts are alleged that Clint Hadley acted intentionally

7    or that he acted negligently?

8         A    I guess it would be more intentional.

9         Q    Okay.

10        A    He hit him in the face.

11        Q    Okay.  Moving to the affirmative defense No.

12   13, can you provide me the factual basis for

13   affirmative defense No. 13?

14        A    You want my factual basis?

15        Q    Yes.

16        A    Well, just as I said, the -- we did not --

17   the cruise line did not create a dangerous or defective

18   condition.  We moved 1300 guests out there without

19   incident.

20        Q    Anything else?

21        A    No.

22        Q    Okay.  I'll turn you to affirmative defense

23   No. 14.  Can you provide me your factual basis for

24   affirmative defense No. 14?

25        A    Again, this whole incident was between two

Asked and Answered
Cumulative

```
1    individuals.

2            Q    Okay.

3            A    We're not responsible for their acts.

4            Q    All right.  You also said in here that -- you

5    said it was not reasonably foreseeable.  What's the

6    factual basis for the assertion that the physical

7    altercation was not reasonably foreseeable?

8            A    It was not reasonably foreseeable because we

9    have such a well organized plan for getting guests off

10   the vessel.

11           Q    Okay.  Anything else?

12           A    No.

13           Q    But, again, The Defendant is aware that just

14   two days before there was a verbal altercation that led

15   to a physical altercation aboard one of its vessels,

16   correct?

17           A    Correct, but not at disembarkation.

18           Q    So your assertion that it was not reasonably

19   foreseeable relates that it's not reasonably

20   foreseeable during the disembarkation process; is that

21   a fair statement?

22           A    I'm saying it's not reasonably -- reasonably

23   foreseeable.  You know, when you look at the amount of

24   guests that we have traveling, and the amount of

25   incidents that you described, it's a very small
```

Argumentative
Relevance
MIL
Inadmissible

Argumentative
Relevance
MIL
Inadmissible



**JEANNIE REPORTING   (305) 577-1705**

1   percentage of the amount of guests we have traveling on

2   our vessels.

3       Q    Okay.  So you're saying maybe it's two

4   parts -- let me back up.  So is the -- it's your

5   statement that it's not reasonably foreseeable because

6   it doesn't occur as frequently?  Like it -- it occurs

7   before but just not as frequently; is that a fair

8   statement?

9       A    There are a -- there are a lot of reasons,

10  you know, why these things happen.  These are not

11  just -- these can be domestic disputes between two

12  individuals traveling together.  There are a lot of

13  reasons, you know, why things occur.

14      Q    Okay.

15      A    And a lot of times there's alcohol involved.

16      Q    Okay.

17      A    And different things that could, you know,

18  but there are many, many reasons why something can

19  happen.  But, again, nothing is -- this is a very

20  structured process.  We have people around to answer

21  questions, to get them organized, to keep them

22  informed, and it's not something that we expect at

23  disembarkation or would ever anticipate.

24      Q    Okay.  Before May 13, 2018, have you had

25  those kind of domestic disputes between passengers as

   **JEANNIE REPORTING   (305) 577-1705**

1    you've described aboard the vessels?

2         A    It can happen.

3         Q    Is that -- so is that a yes?  Not it could;

4    I'm asking definitively.

5         A    That's a yes.

6         Q    Okay.  And then have you also before May 13,

7    2018 had alcohol-related incidents between passengers

8    aboard the -- The Defendant's vessels?

9         A    Yes, there have been.

10        Q    Okay.  Are those documented in any way?

11        A    I think you referred to a list.

12        Q    There are some that have been provided to me,

13   but in terms of the -- let's start with the domestic

14   disputes.  Are those documented in any way?

15        A    I'm familiar with one because one of them

16   happened to be a company employee.

17        Q    Okay.  And was that aboard the vessel?

18        A    Onboard the vessel.

19        Q    Okay.  When was that?

20        A    I don't remember the exact date.

21        Q    Was it within the last year?

22        A    No, it was prior to that.

23        Q    Two years?

24        A    I believe it's on your list, though.

25        Q    Okay.  We'll come to the list again in a



**JEANNIE REPORTING   (305) 577-1705**

Relevance
Iadmissible
MIL
Predicate
Foundation

```
 1    moment.  And then the alcohol-related disputes, that

 2    would be regarding the list that's provided, that's the

 3    ones that you were familiar with?

 4         A    Uh-huh.

 5         Q    Is that a -- is that a yes?

 6         A    Yes.

 7         Q    Okay.  Sorry.  If you -- if you --

 8         A    I understand.

 9         Q    Okay.

10         A    I know I'm not supposed to --

11         Q    I'm not trying to be --

12         A    -- I'm supposed to be clear with my response.

13         Q    I'm not trying to be rude so...

14              Okay.  All right.  Then the affirmative

15    defense No. 15, can you provide me with the factual

16    basis for that affirmative defense?

17         A    Well, if you -- if you initiate -- if you

18    confront somebody, then you need -- you're at risk for

19    whatever the consequences are.

20         Q    Sure.  Whose responsibility is it for the

21    security aboard the vessel, the Grand Classica?  Whose

22    responsibility is that?

23         A    Whose responsibility?  Could you --

24         Q    Correct.

25         A    -- rephrase that or clarify that?
```



**JEANNIE REPORTING   (305) 577-1705**

```
 1        Q     Sure.  Is The Defendant responsible for
 2  providing the security aboard the vessel on May 13,
 3  2018, or is it the passenger's responsibility to
 4  provide the security?
 5        A     The vessel.  The vessel provides the
 6  security.
 7        Q     And you have a --
 8        A     But we expect the -- all the -- the guests to
 9  act appropriate.  I mean, safe -- safety and security
10  is the responsibility of everyone onboard.
11        Q     Okay.  But in terms of providing for SSPs,
12  reporting, placement of guards, CCTV video, you would
13  agree with me that's the responsibility of The
14  Defendant, correct?
15        A     Yes.
16        Q     That's not the passenger's job?
17        A     No.
18        Q     Okay.  In this area, in the lobby area, is
19  there any CCTV provided?  Any --
20        A     There is.
21        Q     In the area where the incident occurred?
22        A     No, not where the incident occurred.
23        Q     Okay.  And this occurred on -- was it -- is
24  it level 5 or deck 5?
25        A     Deck 5.
```



**JEANNIE REPORTING   (305) 577-1705**

Relevance  1    Q    Okay.  How many videos do you have on deck 5?

2    A    I know there's at least one camera.

Relevance  3    Q    Okay.  So at least --

4    A    There's very -- there's very limited CCTV

5  camera onboard the vessel.

Relevance  6    Q    Why?  Why?

7    A    Why?

Relevance  8    Q    Yeah.

9    A    The vessel conforms with what was required in

10  1991 when it was completed.

Relevance  11    Q    Okay.  Has there been any renovations to the

12  vessel since 1991?

13    A    Yes, there has.

Relevance  14    Q    How many times?

15    A    I don't know.  That was done prior to our

16  ownership.

Relevance  17    Q    Okay.  Who owned it -- who owned the vessel

18  previously?

19    A    Costa Cruise Line.

Relevance  20    Q    Okay.  When did you obtain the vessel from

21  Costa Cruise Line?

22    A    It was April of 2018.

Relevance  23    Q    Okay.  When you took possession of the

24  vessel, did you do any changes or make any reservations

25  [sic] to the vessel?



**JEANNIE REPORTING   (305) 577-1705**

```
 1        A     No.

 2        Q     Okay.  And before, did you -- you mentioned,

 3   was it SSP or SOP?  Is that --

 4        A     SOP.

 5        Q     SOP.  Okay.  Regarding the security.  Was

 6   it -- did you say SOP or SSP?

 7        A     I said SOP.

 8        Q     Okay.  I wanted to be --

 9        A     But I thought I was talking about with

10   respect to the disembarkation procedures.

11        Q     Okay.  And I'm assuming that's standard

12   operating procedures?

13        A     Yes.

14        Q     Okay.  Do you also have an SSP, a safety and

15   security plan or security and safety plan?

16        A     Yeah, there's a plan.  Uh-huh.

17        Q     Okay.  Do you call it something different?

18        A     No, I guess you would say SSP.

19        Q     Okay.

20        A     Safety and security plan.

21        Q     All right.  Moving to affirmative defense No.

22   16, what's the factual basis for that affirmative

23   defense?

24        A     Well, just that The Plaintiff -- again, it

25   goes back to, you know, making that comment and not
```



**JEANNIE REPORTING   (305) 577-1705**

1    knowing how it was going to end up.

2         Q    Okay.  Anything else?

3         A    He should have known it could have gone

4    either direction.  Somebody could have been polite and

5    said, I'm sorry, or in this instance, it turned out

6    that somebody didn't take it -- wasn't well -- well

7    received on their --

8         Q    Okay.

9         A    -- end and they reacted violently.

10        Q    I want to go to the 17th affirmative defense

11   but to save us time, it appears that that might be the

12   same exact one as -- as No. 5, which we've already gone

13   through.  If you want to just -- or may -- actually,

14   it's a little different.

15             All right.  This affirmative defense No. 17

16   appears to be the same as affirmative defense No. 5,

17   but it adds this caveat that says, alternatively, that

18   such conduct was open and obvious to The Plaintiff.

19             That's -- that's what I see as the

20   difference; do you see that?

21        A    Yes, I see that.

22        Q    Okay.  Would -- would you -- I mean, we can

23   go back through it again, which -- but to save us all

24   time, for purposes of the other portion regarding the

25   notice issue that we've discussed in the fifth

 **JEANNIE REPORTING   (305) 577-1705**

1    affirmative defense, would you just reincorporate and

2    adopt the factual basis for affirmative defense No. 5

3    into that portion of affirmative defense No. 17?

4         A    Okay.  No, again, it's -- it was an -- an

5    incident, altercation between two individuals and we

6    were not there to see it, and The Plaintiff would be

7    the one to -- to know that he had instigated a

8    difficult situation for himself.

9         Q    Okay.  Well --

10        A    Not the cruise line.

11        Q    And it sounds to me like you want to go back

12   through it and I'm trying to -- to shortcut that.

13   My -- my question to you was, you're alleging that you

14   had no constructive or actual notice in affirmative

15   defense No. 17 which is the same thing that was said in

16   the fifth affirmative defense.  The only difference is

17   that it says, alternatively, that conduct was open and

18   obvious, which is not found in the fifth affirmative

19   defense.

20        A    Right.  I mean --

21        Q    So -- let me finish real quick.  And -- and

22   we -- I'm -- we can go back through it again regarding

23   the actual or constructive notice, or we can say for

24   purposes of the factual basis of the fifth affirmative

25   defense that we discussed at length, we can just

   **JEANNIE REPORTING   (305) 577-1705**

1    reincorporate that here, and then I can just simply ask

2    you about the open and obvious nature; does that

3    seem --

4         A    Correct.

5         Q    -- does that -- can you -- does that seem

6    fair?

7         A    That's fine.

8         Q    Okay.  With respect to the additional portion

9    that talks about the conduct being open and obvious to

10   The Plaintiff, can you describe for me the factual

11   basis for that affirmative defense?

12        A    Well, as I said, when you open your mouth to

13   somebody, you never know how they're going to react.

14   So he had to know that this person might not appreciate

15   what he had to say and might react in -- in another

16   manner.

17        Q    Okay.  But what is about it that -- about

18   Mr. Hadley before the statement was made that would

19   indicate to The Plaintiff that a physical altercation

20   was going to ensue?  Like what facts do you have for

21   that?

22        A    You never know.  Like I say, you never know

23   how somebody is going to react.  People aren't always

24   polite today.  You never know if they're going to pull

25   a gun out on you, you know.  That's why it's best not

*Asked and Answered*

*Argumentative*

*Asked and Answered*

*Argumentative*

Asked and
Answered
Argumentative

1    to say something sometimes.

2         Q    Okay.

3         A    Take it to the store manager.  Take it to one

4    of the crew onboard the -- the ship and have them deal

5    with it.

6         Q    Okay.

7         A    Sometimes it's better not to get involved

8    yourself.

9         Q    So it's pretty common knowledge, like, you

10   don't know how someone is going to respond and you say

11   something, anything can happen, including a physical

12   altercation?

13        A    Correct.

14        Q    Okay.  All right.  Going on to the 18th

15   affirmative defense.  What's the factual basis for the

16   assertion that The Defendant had no duty to prevent an

17   intentional assault?

18        A    We have no way of knowing.

19        Q    All right.  Anything else?

20        A    No.

21        Q    Okay.  The CVSSA, the Cruise Vessel Safety

22   and Security Act or Security and Safety Act, has

23   specific categories of incidents of things that are to

24   be reported that we've discussed before, and one of

25   which includes an assault.

    **JEANNIE REPORTING   (305) 577-1705**

1          Is it The Defendant's position that you have

2   no obligation for the prevention or deterrence of

3   physical assaults between passengers aboard its

4   vessels?

5        A    No, I would say no.

6        Q    So -- so when you say no -- so that is no --

7   well, and sometimes we get these double negatives so I

8   just want to make sure for the purpose of the record.

9   So your position is that The Defendant cruise line has

10  no obligation for the safety of its passenger to ensure

11  that they are not physically assaulted aboard its

12  vessels?

13       A    I'm saying that the cruise line takes

14  responsibility that we want to provide a safe

15  environment for all of our passengers and crew.

16       Q    Okay.  But in terms of the responsibility of

17  prevention and deterrence of physical altercations

18  aboard its vessels, is it The Defendant's position that

19  they have no responsibility for the prevention or

20  deterrence of physical assaults aboard its vessels?

21       A    No, I didn't say that.

22       Q    Okay.

23       A    You know, obviously the security, they do an

24  assessment every time a new group of passengers come

25  onboard, and they're assessing the conditions of all



**JEANNIE REPORTING   (305) 577-1705**

1    the, you know, the behavior of the crew, of the

2    passengers.  So they're assessing the behavior of the

3    passengers and they're walking around, they're going

4    around to different lounges and seeing how the guests

5    are interacting with one another and so forth, and they

6    can identify if they think there's anybody that looks

7    like they could become problematic later on.

8         Q    Okay.

9         A    And then that's on -- they're on their radar.

10        Q    Okay.

11        A    Yeah, so they're constantly assessing.

12        Q    Sure.  Well, let -- let's -- all right.

13   Let's start like real general.  Do you agree that The

14   Defendant should provide a safe cruise for its

15   passengers when aboard its vessel?

16             MR. DUNLEAVY:  Objection.  Form.

17             THE WITNESS:  As I said, our company as

18        well as all cruise lines, safety is of utmost

19        importance.

20   BY MR. FISCHER

21        Q    Okay.

22        A    Safety for the passengers, the crew and the

23   vessel.

24        Q    Right.  And as part of that safety, isn't it

25   true that pursuant to CVSSA, that you are required to

**JEANNIE REPORTING   (305) 577-1705**

1   have at least one crew member trained in crime

2   prevention?  Yes?

3        A    Yes.

4        Q    Crime detection, correct?

5        A    Yes.

6        Q    Evidence prevention, correct?  Or excuse me,

7   evidence preservation?

8        A    Yes.

9        Q    And also for reporting of criminal

10  activities, correct?

11       A    Correct.

12       Q    And you've already testified previously that

13  The Defendant complies with the CVSSA, right?

14       A    Right.

15       Q    So on that vessel on May 13, 2018, who was

16  the individual employee that complied with the CVSSA

17  and had the training in crime prevention, detection,

18  evidence preservation and the reporting of criminal

19  activities?

20       A    Well, the chief of security.

21       Q    And that was who?

22       A    Moras.

23            THE REPORTER:  Who?

24            THE WITNESS:  I believe Moras.

25

  **JEANNIE REPORTING   (305) 577-1705**

```
 1    BY MR. FISCHER

 2         Q    M-O-R-A-S.

 3         A    Thank you.

 4         Q    Yeah.  The first name is very difficult so I

 5    won't have to ask you but -- okay.

 6              So The Defendant recognizes, would you agree,

 7    that crime prevention aboard its vessels is important

 8    for the safety of its passengers, right?

 9         A    Yes.

10         Q    And crime prevention would include a physical

11    assault and battery, correct?

12         A    Correct.

13         Q    So The Defendant understands the importance

14    of preventing a crime such as an assault and battery,

15    correct?

16         A    Yes.

17         Q    All right.  So back to the -- the duty, so

18    The Defendant -- would you -- would you say that a

19    defendant has a responsibility for the purposes of the

20    safety of its passengers to do all that it can to

21    prevent crimes such as assault and batteries upon its

22    passengers while on the vessel?

23              MR. DUNLEAVY:  Objection.

24    BY MR. FISCHER

25         Q    Would you agree with that?
```

Legal
Conclusion;
Argumentative
Asked and
Answered



**JEANNIE REPORTING   (305) 577-1705**

Legal
Conclusion;
Argumentative;
Asked and
Answered
Leading

```
1        A      We -- we do everything we can to provide the

2   safest environment for all of our guests and

3   passengers, correct.

4        Q      Because -- because you understand that there

5   is a responsibility of the cruise line to prevent those

6   crimes in accordance with the CVSSA aboard its vessels?

7               MR. DUNLEAVY:   Form.

8   BY MR. FISCHER
```

Leading

Legal
Conclusion;
Argumentative;
Asked and
Answered

```
9        Q      Right?

10        A      Yes.

11        Q      Okay.  And -- strike that.

12               And then the last one is the 19th affirmative

13   defense, which states that the assault was not

14   reasonably foreseeable.  And I believe we covered that

15   in one of the affirmative defenses, but to the extent

16   we want to go back through it, can you provide me the

17   factual basis that this assault was not reasonably

18   foreseeable?

19        A      It was not foreseeable.  As I said, you know,

20   the security onboard, they're constantly assessing the

21   guests.  And these two gentlemen were not on the radar.

22   This is something that was just, you know, precipitated

23   by a comment.  It was a hot headed reaction to a

24   comment and it's nothing that could be -- could have

25   been predicted -- predicted that would happen.
```



**JEANNIE REPORTING   (305) 577-1705**

1    Q    Okay.  Was alcohol a factor in this incident?

2    A    I don't know --

3    Q    Okay.

4    A    -- whether it was.

5    Q    So the -- does The Defendant --

6    A    This was early in the morning.

7    Q    Sure.  Do you know how much Mr. Hadley had to

8  drink the day before?

9    A    I did not review his onboard charges.

10    Q    Does The Defendant have the onboard charges?

11    A    We may have them.

12    Q    Okay.  And -- and -- and I have to ask the

13  question because we went through this previously.  The

14  allegation that it was not reasonably foreseeable

15  regarding this incident, despite the fact that just two

16  days provide -- prior on the sister ship, you had a

17  verbal altercation that led to a physical altercation,

18  correct?

19    A    Correct.

20    Q    And previously you had said that it -- it was

21  not reasonably foreseeable because you haven't had an

22  issue during the disembarkation procedure; is that

23  still the same applicable as it is to affirmative

24  defense No. 19?

25    A    Correct.

 **JEANNIE REPORTING   (305) 577-1705**

1       Q    Okay.  Anything else?

2       A    No.

3       Q    All right.  Now let's get to the depo

4   questions.

5            THE REPORTER:  You said difficult

6        questions?

7            MR. FISCHER:  Depo questions.

8            THE REPORTER:  You have five minutes,

9        okay, six minutes.  Do you want to take a

10       break to change the video?

11           MR. FISCHER:  No, I mean...

12           THE REPORTER:  Okay.

13           MR. FISCHER:  I don't want to burn up

14       time.  Let's just keep going.

15           THE REPORTER:  Okay.

16   BY MR. FISCHER

17       Q    I want to talk about specifically the

18   incident in question.  Who was the individual

19   responsible for investigating the alleged incident?

20       A    It would be the chief of security.

21       Q    Okay.  And that would be Moras or no?

22       A    Moras.  I believe he was the chief.

23       Q    Who is Leonidas Patrinos?  Who is he?

24       A    He -- he -- does it say a job title next to

25   his name?

  **JEANNIE REPORTING    (305) 577-1705**

1    Q     Staff captain.

2    A     The staff captain?

3    Q     That's what it says.

4    A     Then he would be the staff captain.

5    Q     And what I'm referring --

6    A     I don't recognize the name, though.

7    Q     Sure.  But what -- and I'm referring to is

8    your answers to interrogatories that you answered on

9    behalf of The Defendant, and what I'll do is I'll just

10   go ahead and mark a copy as Exhibit No. 3.

11            THE WITNESS:  Do you need to mark any?

12            THE REPORTER:  He already put it on the

13        there I think.

14            THE WITNESS:  Okay.

15            THE REPORTER:  I'll put a sticker on it

16        later.

17                (Whereupon, Plaintiff's Exhibit No. 3

18            was marked for identification.)

19            MR. FISCHER:  And -- and I'm not sure

20        if -- if prior counsel received a -- a jurat

21        page and I don't know, John, if -- if we got

22        one, but could you do -- since I don't have

23        one and I don't know if one exists, can you

24        take a look at the responses which appear to

25        be filed on your behalf and confirm that this

1          is true and correct, what we've marked as

2          Plaintiff's Exhibit 3?

3                THE WITNESS:  Uh-huh.  I would say it's

4          true and correct.

5    BY MR. FISCHER

6          Q    Okay.  Turning to what appears to be Page 8,

7    we asked for the -- all the names of all the security

8    personnel aboard the vessel, and that is where Leonidas

9    Patrinos' name is listed as staff captain.

10               Do you see that, sir?

11         A    Yes.

12         Q    My understanding is that Mr. Patrinos was the

13   individual who performed the investigation surrounding

14   this incident.

15               Do you have something different?

16         A    Well, the chief of security reports in to the

17   staff captain.

18         Q    Okay.  So the chief of security then would

19   report it to the staff captain, and then does the staff

20   captain speak to anybody?

21         A    Maybe to the master and to the captain.

22         Q    Okay.

23         A    But it's all done at that level.

24         Q    So they were the ten security guards that

25   were present or the ten security affiliated staff posts

   **JEANNIE REPORTING   (305) 577-1705**

1   on the subject cruise, correct?

2        A    Yes.

3        Q    And you said there were 1300 or plus

4   passengers?

5        A    Yes.

6        Q    Is that a fair statement?  So roughly one

7   security guard for every 130, 140 people; is that about

8   approximately correct?

9        A    Yes.

10       Q    All right.  In terms of the chief security

11  officer, the safety officer, and these -- well, strike

12  that.

13            With respect to the -- I apologize, I'm --

14  I'm -- I'm failing to find the word that I need.

15  The -- excuse me.  Strike that.

16            With respect to the officers on the vessel,

17  that would be Moras as chief security officer, right?

18       A    Yes.  Uh-huh.

19       Q    It says Alelis and -- and I -- it's

20  A-L-E-L-I-S, who was a safety officer.  Is that

21  considered an officer?

22       A    Yes.

23       Q    All right.

24       A    For me.  Uh-huh.

25       Q    Patrinos was the staff captain, right?

 **JEANNIE REPORTING   (305) 577-1705**

```
 1        A     Yes, uh-huh.

 2        Q     Yadav, and that's Y-A-D-A-V, he was the

 3   assistant security officer.  So there were four

 4   officers of the ten security personnel?

 5        A     Yes.

 6        Q     With respect to these individual security

 7   officers, are they positioned around the vessel or are

 8   they walking or are they in a security room?  Where are

 9   they -- are they positioned within the vessel?

10        A     They're positioned all over the vessel.

11        Q     Okay.  But specifically the officers?

12        A     The officers?  Well, the -- the -- the staff

13   captain would be up on the bridge.

14        Q     Okay.  So he wouldn't have any real

15   interaction with the -- the persons unless there was an

16   incident he came to investigate later, correct?

17        A     Correct.

18        Q     All right.  Is there a security room aboard

19   the vessel?

20        A     There is.

21        Q     And who is positioned in the security room?

22        A     Usually the chief.

23        Q     Okay.  Anybody else with him?

24        A     Possibly the assistant.

25        Q     Okay.  So they may be not present on the
```



**JEANNIE REPORTING   (305) 577-1705**

```
 1    floor unless there's an incident that occurred --

 2         A    Uh-huh.

 3         Q    -- as well, correct?

 4         A    And then one is dedicated for the casino.

 5         Q    Well, I saw that, Mr. Per -- I'm going to say

 6    Pereira, P-E-R-E-I-R-A.

 7              Okay.  So the individuals responsible for

 8    walking the area generally would be limited to the six

 9    security guards that were present, correct?

10         A    Correct.

11         Q    Okay.  During the disembarkation procedure,

12    where are the security guards positioned aboard the

13    vessel?

14         A    There are definitely two at the gangway.

15         Q    Okay.

16         A    And then the others are around as needed.

17         Q    Okay.  So at the time of -- of this

18    incident -- strike that.

19              For purposes of the disembarkation procedure,

20    is it only on deck 5 that you can get off the vessel?

21         A    Passengers, yes.

22         Q    Okay.  So all passengers must come to deck 5

23    to disembark the vessel?

24         A    Correct.

25         Q    And at the time -- as you're aware of at --
```

1    for May 13, 2018, at the time of this incident, the one

2    that gives rise to this lawsuit, there may have only

3    been the two security guards at the gangway, correct?

4         A    Yes.

5         Q    All right.  So you don't -- as we sit here

6    today, you don't have any evidence to suggest that

7    there were any other security officers on deck --

8    strike that.

9              Any other security personnel on deck 5 but

10   those two security guards at the gangway?

11        A    I do not.

12             MR. FISCHER:  Okay.  All right.  Do you

13        want to take a break real quick, let him

14        change the video?  I'm going to use the

15        restroom too.

16             THE VIDEOGRAPHER:  This marks the end of

17        video one.  We're off the record at 12:51.

18                  (Whereupon, a brief recess was

19             taken.)

20             THE VIDEOGRAPHER:  We're now back on the

21        record at 1:00 o'clock.  This marks the

22        beginning of media two.  You may proceed.

23   BY MR. FISCHER

24        Q    All right.  I don't even know where I was.

25             THE REPORTER:  It's right there.

  **JEANNIE REPORTING   (305) 577-1705**

```
 1              MR. FISCHER:  Yeah, I'm just trying to

 2        get my thoughts again.

 3   BY MR. FISCHER

 4        Q     So at the time of the incident on May 13,

 5   2018, in that lobby area specifically, how many crew

 6   members were in that area?

 7        A     Well, guest relations is there.

 8        Q     Okay.

 9        A     The shore excursion desk is there.

10        Q     Okay.

11        A     So there could be five or six just there.

12        Q     Okay.  Do you know or are you guessing?

13        A     No, I -- I know from being on the ships.

14        Q     Well, but I'm saying specifically, do you

15   know how many people were present or employed in that

16   area on May 13, 2018?

17        A     Not specifically that date, but I can tell

18   you how many routinely are employed there.

19        Q     Okay.  So let's start with the idealistic

20   number of employees that would be there.  Tell me how

21   many ideal employees should be in that area at the

22   guest relations and the shore excursion desk?

23        A     Guest relations is a 24/7 day schedule so

24   there's always someone there.  Typically on that

25   morning because it's a busier time --
```



**JEANNIE REPORTING   (305) 577-1705**

```
1         Q     Okay.

2         A     -- there would be at least three people at

3   the desk --

4         Q     Okay.

5         A     -- for guest relations.

6         Q     Okay.

7         A     At the desk not including the guest relation

8   managers back in the office or where have you.

9         Q     All right.  All right.  What about shore

10  excursions?

11        A     Shore excursions --

12        Q     During the disembarkation process.

13        A     Right.  Shore excursion is not as busy but

14  they do have people coming to ask for questions, and we

15  do actually sell a couple of tours in West Palm

16  Beach --

17        Q     Okay.

18        A     -- so there could be some people, you know,

19  last minute bookings for that so there's -- there's

20  always somebody represented there.

21        Q     Okay.  So as we sit here today, at the time

22  the incident happened involving my client and

23  Mr. Hadley before the physical altercation occurred,

24  because there was a verbal discussion, how many

25  employees of The Defendant were in that lobby area?
```



```
 1          A    On that specific day, I don't know exactly
 2    that specific day.
 3          Q    Okay.  We do know that Maribel was there,
 4    correct?  You had spoken with her?
 5          A    I spoke with her the other day, last week.
 6          Q    Oh, last week, okay.
 7               Did she tell you that she was present at that
 8    time?
 9          A    No, no.
10          Q    What, if anything, did she tell you?
11          A    We just spoke about how, you know, the
12    embarcation, how it's set up in the lobby area.
13          Q    Okay.  How is it set up in the lobby area?
14          A    The -- the central area is to remain
15    relatively clear of the guests.  It's an area where
16    specific people will congregate, not the masses.
17          Q    Okay.
18          A    So anybody who purchased a concierge program,
19    that's part of the concierge program, it's a bundle of
20    amenities you get with that that's included.  You get
21    early off with that.  If -- we also sell something
22    called an express pass, so if you want to come off
23    early before everybody else, then you can pay a fee to
24    get an express pass.  And also anybody who needs
25    wheelchair assistance --
```



**JEANNIE REPORTING   (305) 577-1705**

1        Q      Okay.

2        A      -- would be in that but just limited to those

3    groups.

4        Q      Okay.  But not uncommon for passengers to be

5    in that lobby area that may not be in one of those

6    particular categories, correct?

7        A      Correct.  I mean, there could be but not

8    many.  We really want to keep that area clear.  There

9    could be somebody who has a -- a question about their

10   shipboard account --

11       Q      Sure.

12       A      -- they're going to guest relations but for

13   the most part, it's -- it's kept clear.

14       Q      Was Mr. Fuentes and his wife part of any of

15   those categories?

16       A      Not to my knowledge, no.

17       Q      Was Mr. Hadley and his group of -- of

18   individuals a part of that category?

19       A      No.

20       Q      Okay.  But they were still in the -- in the

21   lobby area, correct?

22       A      Well, my understanding is that they were in

23   the hallway.

24       Q      Okay.  And where is that information coming

25   from, that they were in the hallway?

   **JEANNIE REPORTING   (305) 577-1705**

```
1          A     I believe it was in the first security report
2     that I -- I mentioned before.
3          Q     Okay.
4          A     I believe that's where I read that.
5          Q     Okay.  So we've established you yourself
6     personally, you weren't onboard the Grand Classica at
7     the time of the incident on May 13, 2018, correct?
8          A     Correct.
9          Q     When did you first learn about the incident?
10         A     Shortly thereafter, maybe the -- the -- the
11    next day.
12         Q     Please describe your understanding as to how
13    the incident -- the details of the assault, like how it
14    occurred.
15         A     My understanding of how it occurred is that
16    there was a guest who -- the -- the guests were lined
17    up in the -- in the hallways.  So off the lobby, we
18    don't want a bunch of guests congregating in the lobby,
19    so we have it structured such that if you come down the
20    aft staircase on deck 5, you take the hallway down.  If
21    you take the forward staircase, you take the hallway
22    down and you meet to where the lobby is and then you
23    exit the vessel through security.
24         Q     Right.
25         A     And that's a way to keep them out of the
```



**JEANNIE REPORTING   (305) 577-1705**

1    lobby --

2           Q      Okay.

3           A      -- keep the lobby free and clear of

4    congestion.

5           Q      Okay.

6           A      And somebody cut in front of the line in

7    front of Mr. Fuentes, somebody who was traveling with

8    Mr. Hadley, and a comment was made by Mr. Fuentes about

9    this person cutting the line, and then the fight

10   ensued.

11          Q      Okay.  How much time passed between the

12   statement made by Mr. Fuentes and the physical

13   altercation?

14          A      To my knowledge, it was somewhat immediate.

15          Q      Okay.  What is that based upon, that

16   knowledge?

17          A      Based upon, you know, just a report, the

18   security report.

19          Q      Okay.  Was there a defense eyewitness to this

20   incident, an employee?

21          A      Not to my knowledge.

22          Q      Okay.

23          A      We don't have any witness statements from any

24   other passengers or -- or anything.

25          Q      Okay.  So the -- so let me just confirm.  So



**JEANNIE REPORTING   (305) 577-1705**

1    you have no passenger witness statements, correct?

2         A    Correct.

3         Q    Is it noted anywhere, statements, maybe if

4    they weren't handwritten but statements that were

5    actually made by a passenger regarding the incident,

6    any of that?

7         A    We don't have anything like that.

8         Q    Any crew member witness statements?

9         A    No.

10        Q    And then were there any notes about the -- in

11   general, about a conversation of a crew member who said

12   they witnessed it, if they didn't write it, but

13   anything like that?

14        A    No.

15        Q    Okay.  Any CCT video of the incident?

16        A    There are no cameras in that area.

17        Q    Okay.  So then without passenger witness

18   statements, crew member witness statements, no CCTV,

19   how is it then that the security personnel was able to

20   identify the time period from which the statement was

21   allegedly made by my client and the physical

22   altercation ensued?

23        A    Well, they were there at the time to speak

24   with the two individuals, Fuentes and Hadley.  They

25   were there when the security, you know, came from

  **JEANNIE REPORTING   (305) 577-1705**

```
 1   shoreside --

 2        Q    Okay.

 3        A    -- to help control the situation.  They were

 4   there to speak with the paramedics.

 5        Q    Okay.

 6        A    So it's just, you know, some knowledge

 7   through the chain of events.

 8        Q    Sure.  So let me ask you this question then.

 9   So the -- as -- as far as we know, the only witnesses

10   to the incident was Mr. Fuentes, right?

11        A    Yes.

12        Q    Mrs. Fuentes, correct?

13        A    Yes.

14        Q    Mr. Hadley, yes?

15        A    Yes.

16        Q    And the other individuals that were in his

17   entourage, right?

18        A    Yes.

19        Q    Okay.  So is the statement that The

20   Defendant's position is that it occurred immediately,

21   is it based upon the statements from those witnesses?

22        A    It's based upon a culmination of, you know,

23   everyone who was involved, you know, and -- and they --

24   you know, they themselves, you know, this is something

25   that just -- it was very fluid and it just kind of
```



**JEANNIE REPORTING   (305) 577-1705**

1    happened.

2         Q    Sure.  And The Defendant's position is that

3    they cannot say one way or the other whether an

4    employee attempted to intervene during the verbal

5    altercation portion of the incident between Mr. Fuentes

6    and Mr. Hadley, correct?

7         A    Correct.

8         Q    Okay.  If a defendant -- because there's

9    testimony that there was an employee there during the

10   verbal, that's evidence that's in this case, they said

11   they were wearing a white coat.

12             Who wears a white coat aboard the vessel?

13        A    A white coat.  A coat or -- or a shirt?

14        Q    Well, it does -- let me -- let me make it

15   easy.  Does -- do officers wear something different

16   than the stewards, cabin stewards?

17        A    Yes.

18        Q    Okay.  What does a cabin steward wear

19   generally?

20        A    It's, you know, pants and like a smock kind

21   of thing.

22        Q    When you say a smock, what is that, what do

23   you mean?  I don't know what that is.

24        A    Just like a pull-over shirt.  It just kind of

25   hangs straight.  It's got a couple pockets on it.

**JEANNIE REPORTING   (305) 577-1705**

```
 1        Q     Okay.  What color is it?

 2        A     I think it's blue but I'm not positive.

 3        Q     Okay.  What about an officer, what does an

 4   officer wear?

 5        A     Officers are -- their uniforms are white.

 6        Q     Okay.  They wear -- can you describe for me

 7   generally the uniform the officers wear?

 8        A     White trousers and a white shirt.

 9        Q     Okay.

10        A     And of course, they have bars with the

11   epaulettes.

12        Q     All right.  Similar to like a -- a Navy

13   officer in all white, correct?

14        A     Similar, uh-huh.

15        Q     Okay.  Do the individuals that work in either

16   the shore excursion or the guest relations, would they

17   be wearing anything white as well?

18        A     Guest relations would be in a white uniform.

19        Q     Okay.

20        A     The shore ex, they're in -- I think they're

21   khaki shorts and a blue -- a blue polo type -- type

22   shirt.

23        Q     Okay.  And for purposes of guest relations,

24   are there both male and female employees?

25        A     Yes.
```



**JEANNIE REPORTING   (305) 577-1705**

1    Q    Okay.  And in terms of officers, are there

2    both male and female officers aboard the vessel?

3    A    I've only seen male officers.

4    Q    Okay.

5    A    Now, when you say -- you mean on the bridge?

6    Q    I just -- that -- what -- what I'm alluding

7    to is anybody that could be in the area of deck 5

8    during the disembarkation process.

9    A    Because our -- our guest relations manager

10   is -- is female --

11   Q    Okay.

12   A    -- so.  And she would have been in a white

13   uniform.

14   Q    Okay.  And when you say white uniform,

15   describe for me what that entails.

16   A    Very similar to the officers on the bridge.

17   She has two stripes, I think.  So she has the epaulet

18   ports and the white slacks and --

19   Q    Okay.

20   A    -- white blouse.

21   Q    Okay.

22        THE REPORTER:  You're saying epaulet,

23   right?  Okay.

24        THE WITNESS:  Yes, epaulettes.

25        MR. FISCHER:  Don't ask me to spell it.



**JEANNIE REPORTING   (305) 577-1705**

```
 1              THE WITNESS:  E-P-A-U-L-E-T-T-E-S.

 2              MR. FISCHER:  Braver man than me.

 3              THE REPORTER:  I'll look it up.

 4   BY MR. FISCHER

 5        Q    All right.  So prior to -- I want to talk a

 6   little bit about the prevention of the physical

 7   altercation that occurred on May 13, 2018 under

 8   designation No. 7.

 9              How often does Classica Cruise Operator,

10   Limited, Incorporated conduct threat assessments aboard

11   its vessels?

12        A    Constantly, ongoing daily basis.

13        Q    Okay.  And what type of threat assessments

14   are being conducted?

15        A    It's with the staff captain and chief of

16   security, and again, they -- they review the passenger

17   compliment and, you know, how everyone is interacting

18   with one another and different behavior patterns and

19   things like that and...

20        Q    Okay.  Can you describe for me the ways in

21   which security information is provided between the

22   various ship departments -- strike that.  I'm confusing

23   myself.

24              Can you describe for me how The Defendant

25   provides its ship security departments with information
```



**JEANNIE REPORTING   (305) 577-1705**

1    of the number and type of CVSSA incidents that occur on

2    its vessels?

3         A    Please ask the question again?

4         Q    Sure.  Can you describe for me how The

5    Defendant provides its ship's security departments

6    aboard the two vessels with information of the number

7    and type of CVSSA incidents that occur on its vessels?

8         A    Well, the CVSSA, you're -- are you talking

9    about the ones that would be reported to the FBI?

10        Q    Correct.  That the CVSSA, specifically those.

11        A    Uh-huh, right.

12        Q    How is that information communicated between

13   the various ship departments?

14        A    It's communicated within the various ship

15   departments among the vessel.

16        Q    Okay.  But between vessels, how is that

17   information communicated?

18        A    Between vessels?

19        Q    Correct.

20        A    They could be communicating through email.

21        Q    Okay.  Could be or they do; do you know?

22        A    I don't know.  I mean, they could be.  There

23   is -- they do communicate between, you know, the vessel

24   on certain matters through email.

25        Q    Prior to May 13, 2018, when was the last time

Relevance



**JEANNIE REPORTING   (305) 577-1705**

1   that a threat assessment had been conducted of the

2   Grand Classica?

3        A    Well, again, as I say, the threat assessments

4   are done on a voyage by voyage basis.

5        Q    Well, what is your understanding of what I'm

6   referring to when I refer to a threat assessment?

7        A    Are you talking about the security that's

8   being employed onboard, the security measures?

9        Q    I think it's probably twofold.  Let me try to

10  break it down.  What I'm interested in is -- is the --

11  the various threat assessments aboard the -- the vessel

12  in its total, where specific instances may arise during

13  the vessel, let's say.  That would be one type of

14  threat assessment.

15            The other would be the ship's security

16  protocol to ensure I have a certain number of people in

17  this location at these times for various things because

18  we understand there may be situations involving unruly,

19  loud, disruptive, intoxicated passengers.

20            Does that make sense?

21        A    That part does.  I'm not sure about the first

22  one.

23        Q    Not about the first one.

24        A    If that makes sense.

25        Q    Okay.  Well, let's just stick with the one

 **JEANNIE REPORTING   (305) 577-1705**

1    that you understand.  In terms of the -- the second

2    part where we talk about the threat assessment you look

3    at of the positioning of various security personnel in

4    locations in certain times for -- really for safety of

5    the passengers, when was the last time prior to May 13,

6    2018 that a threat assessment of that type was

7    performed?

8              MR. DUNLEAVY:  Form.

9    BY MR. FISCHER

10        Q    You can answer.

11        A    Well, a threat assessment, I'm interpreting

12   what you're asking is, and my response will be based on

13   how I interpret what you're asking, but a threat

14   assessment is done on a voyage by voyage basis, you

15   know, at different -- you know, depending on how many

16   guests there are sailing, depending on, as I said, what

17   behaviors we've seen.  If there's anybody in particular

18   that they have their -- their eye on who made an

19   impression on them that require further monitoring in

20   their respect.

21             Do we have any special functions going on

22   onboard, you know, where there are a lot of people

23   congregating?  And it's all -- it's all done -- you

24   know, it's very fluid, it's all done on the spot.

25

**JEANNIE REPORTING   (305) 577-1705**

1      Q      Okay.  So what -- what steps did you take

2  during the disembarkation process on May 13, 2018 to

3  prevent the physical altercation that occurred between

4  my client and Mr. Hadley?

5      A      Well, we have the -- we have a very organized

6  process in place.  It starts from the day before, you

7  know, after the show, the cruise director makes an

8  announcement about the embarkation process and how it's

9  conducted, what time to be where and so forth.  The

10  cabin steward also briefs each guest at the cabin, you

11  know, points out where they're -- you know, they'll

12  leave on the bed the -- all about disembarkation and

13  customs, formalities and immigration and so forth, you

14  know, the morning upon arrival and what time you're due

15  to -- to disembark and where you need to be when and so

16  it starts there.

17      Q      Okay.

18      A      Then the morning of disembarkation, as I say,

19  we have people strategically placed in key spots

20  around, you know, to flow -- to control the flow of the

21  guests and to direct them and organize them where they

22  need to be before leaving the ship, making sure that

23  they have everything in hand that they need to present

24  to security as they step off.

25      Q      Okay.  Anything else?



**JEANNIE REPORTING   (305) 577-1705**

```
 1      A     Announcements are constantly being made
 2  keeping the guests apprized of where we are in the
 3  embarkation process.   Are there any delays.   And then
 4  they may make adjustments, you know, for that.   Also
 5  reminding the guests that there's no need to stand, you
 6  know, in line at the gangway, that we have the encore
 7  lounge and other areas that are open for the guests to
 8  wait quietly, you know, as comfortably with their
 9  luggage and even have food at the buffet and coffee in
10  different lounges that they can partake and await
11  comfortably until it's time that the ship is ready to
12  either clear for the first guest to come off or until,
13  you know, if it stops, then until it resumes.   But
14  they're all kept apprized of progress via -- via the PA
15  announcements.
16      Q     Sure.   With respect to security measures,
17  what security measures did you employ on March 13, 2018
18  during the disembarkation process to prevent a physical
19  altercation from occurring between my client and
20  Mr. Hadley?
21      A     Well, it's constant coordination with
22  shoreside and so we try to control the flow, you know,
23  with -- from the ship downstairs to the terminal, so
24  that's one way, you know --
25      Q     Okay.
```

**JEANNIE REPORTING   (305) 577-1705**

1    A    -- to keep it organized.

2    Q    Okay.

3    A    You know, and then, like I say, you just take

4    it as it comes.  You know, if we need to adjust,

5    adjustments are made.  But as far as security that

6    particular day, there was nothing, you know, that

7    alerted anyone that there was going to be any type of

8    an incident like this.

9    Q    Sure.  When the verbal altercation began

10   between my client and Mr. Hadley, what steps were taken

11   by The Defendant to prevent a physical altercation from

12   occurring?

13   A    To my knowledge, we were not aware at the

14   time that it was occurring.

15   Q    Okay.  And what is that information based

16   upon?

17   A    Based upon, you know, reports that -- that

18   I've read, you know, police report and the security

19   report.

20   Q    All right.  Well, you testified earlier that

21   you could not confirm or deny whether there was an

22   employee present during the verbal altercation portion

23   of this incident, correct; do you recall that

24   testimony?

25   A    Correct.

 **JEANNIE REPORTING   (305) 577-1705**

1      Q      So if there was an employee present during

2   the visible -- verbal altercation portion of the

3   incident as testified to other witnesses in this case,

4   what should that employee have done to prevent the

5   physical altercation from ensuing between my client and

6   Mr. Hadley?

7      A      Are we talking about that they were in place

8   well before the -- the incident?

9      Q      At the time there was a verbal altercation

10  only --

11     A      Uh-huh.

12     Q      -- what steps should have been taken by that

13  employee to prevent the physical altercation from

14  taking place?

15     A      Well, it depends, you know, in -- in speaking

16  with security, they evaluate, you know, the nature of

17  what's being said, how it's being said and do they

18  think that it's going to escalate.  They use -- they

19  use their judgment based upon their training, and, you

20  know, so that's -- that's how they proceed in those

21  cases.

22     Q      Okay.  What if individuals are alleged to be

23  hurling racial slurs at one another, would that be

24  something that would rise to the potential that a

25  physical altercation would ensue based upon the



**JEANNIE REPORTING   (305) 577-1705**

1    training that you just described?

2         A    Not necessarily.  Some people just like to

3    spout off.

4         Q    Okay.  So what --

5         A    You kind of have to -- I mean, they --

6    they're more versed with this, with body language and,

7    you know, things of that nature.  They're well versed

8    and trained to look for all these things.

9         Q    Okay.  So what -- and just -- just because in

10   this specific context I'm going to come back to

11   training later, but as it relates to what they're

12   trained to look for during a verbal altercation that

13   would precipitate into a physical altercation, what are

14   some of the things that they should be looking for?

15        A    Well, as I said, they're looking for body

16   language --

17        Q    Okay.

18        A    -- you know, intonation with the voice, how's

19   the, you know, the conversation if it's escalating and

20   what have you.

21        Q    All right.  Describe for me some of the body

22   language that you're -- that they're trained upon to

23   look for.

24        A    Well, they're trained upon it.  I'm not

25   trained upon it because I'm not a security person.

Relevance
Speculation

**JEANNIE REPORTING   (305) 577-1705**

```
 1    But, you know, if somebody raises their hand -- and I

 2    know I'm the corporate rep, but if somebody raises

 3    their hand or they start moving toward the person,

 4    there are different things that indicate, you know,

 5    something could potentially develop.  They're more

 6    experienced to pick up on those and identify those

 7    as -- as a potential threat.

 8         Q    Okay.  The training -- the body language you

 9    described, raising of a fist which is really -- is an

10    assault, besides that, what other than the body

11    language that the individuals are looking for to

12    determine that a verbal altercation is going to

13    precipitate into a physical altercation, per the

14    training that you described?

15         A    Uh-huh.  The training that they've had, they

16    come to us trained, the security officers, and so

17    they're trained in their home countries, many of whom

18    have been with military service.  They come from police

19    background.  And this is the type of training that

20    they -- they come to us with.

21         Q    Okay.  The -- you said officers.  Is it also

22    the security guards as well?

23         A    The guards, yeah.

24         Q    So is it --

25         A    All of them.
```



**JEANNIE REPORTING   (305) 577-1705**

1    Q    So all of them have this training?

2    A    The chief -- chief of security, assistant

3    chief of security and the guards, they all come to us

4    with training, certified -- certified training from

5    their home countries.

6    Q    Do you get copies of this training, this

7    certified training that you described, for these

8    individuals that are working aboard the vessel?

9    A    The management company does.

10   Q    What's -- and that management company is the

11   one that you work for?

12   A    No, the management company I'm referring to

13   is the technical management company of the vessel, and

14   that's CMI, Cruise Management International.

15   Q    So they have all of the training for all of

16   the security personnel that were aboard the vessel

17   May 13, 2018 as described in the answer to

18   interrogatory, which I believe is Plaintiff's

19   Exhibit 3, they would have that information?

20   A    Yes.

21   Q    Okay.

22   A    They hire the security personnel for the

23   vessels.

24   Q    Does The Defendant in this case, do they

25   provide any additional training or secure --


**JEANNIE REPORTING   (305) 577-1705**

1  certification to the -- these individuals?

2      A    They have ongoing training.  They -- they

3  have to be trained according to the way that, you know,

4  we do it on the vessel --

5      Q    Okay.

6      A    -- and so forth.

7      Q    So when you say they --

8      A    So there's company training involved.

9      Q    Okay.  So who -- so The Defendant in this

10  case, Classica Cruise Operator, Limited, Incorporated,

11  they provide specific training to the security as well,

12  correct?

13      A    Well, CMI because they -- they provide the

14  cruise the deck and engine and security personnel

15  aboard the vessels.

16      Q    Okay.  So The Defendant in this particular

17  lawsuit, the one named as The Defendant, the one

18  operating the vessel, does not actually provide

19  additional training to the security personnel aboard

20  its vessel, correct?

21      A    Yeah, the way it works on -- on the vessel is

22  it's divided, it's split.  We have -- we have the deck

23  and engine and security side of things, and that's

24  through the technical management company, CMI.  And we

25  in-house, internally, we do all the hotel side.  So all


**JEANNIE REPORTING   (305) 577-1705**

1    the cabin stewards, the executive chef, the dining

2    room, waiters, the cleaners, the -- you know, that's --

3    that's what we do.

4         Q    Okay.  Okay.  And I -- I'm -- I hate to

5    ask -- to reask the question.  So that means that The

6    Defendant in this case, Classica Cruise Operator,

7    Limited, Incorporated, does not provide additional

8    training to the security personnel aboard its vessels,

9    correct?

10        A    Correct.

11        Q    That's done through CMI, Cruise Management

12   International?

13        A    Yes.

14        Q    Is The Defendant in this matter aware of the

15   type of training that CMI, Cruise Management

16   International, provides to its security personnel?

17        A    They just have ongoing training as far as,

18   you know, like I said, the company way to doing things.

19        Q    Okay.

20        A    Certain forms, you know, when they make their

21   rounds, this, that and the other thing.  But they're

22   already trained as security agents --

23        Q    Okay.

24        A    -- as I said.

25        Q    But in --



**JEANNIE REPORTING   (305) 577-1705**

```
 1        A    So it's more training on, you know, the --

 2   the company way to do things.

 3        Q    Okay.  So for all of the individuals that

 4   were marked as being present on May 13, 2018, as we sit

 5   here today, can you tell me what training that they've

 6   received regarding the prevention and handling of

 7   physical assaults aboard the vessel specifically, like,

 8   what training they provided?

 9        A    The training -- the training that they're

10   provided, as I said, is within their home country so,

11   again, they're former military, former police officers

12   in their home countries.  They come with all the

13   required certifications necessary to work onboard for

14   security.  What they're -- you know, the training

15   that -- onboard would be just the company way of doing

16   things.  And one of the things that is key here is that

17   they're trained to use minimal force when they're

18   dealing with -- with guests.

19        Q    And I understand that, but you would agree

20   this case doesn't involve the force used by a security

21   personnel, correct?

22        A    Correct.

23        Q    All right.  This involves a prevention of a

24   crime by security personnel on the ship, correct?

25        A    Correct.
```



**JEANNIE REPORTING   (305) 577-1705**

1    Q    All right.  So when you say they have the

2  requisite certifications and training, based upon whose

3  authority do they have the requisite certificates of

4  training that you've described?

5    A    Well, CMI would verify because they're the

6  hiring entity for these individuals.

7    Q    Right.  Does the security training that

8  they're provided for, to your knowledge, comply with

9  the requirements of CVSSA?

10    A    Yes.  Otherwise, they wouldn't have them

11  onboard.

12    Q    Okay.  So your -- your statement is that

13  every single individual that worked aboard the vessel

14  complied with the training requirements of CVSSA,

15  correct?

16    A    Yes.

17    Q    All right.  As we sit here today, in looking

Relevance
18  at answer to No. 11, Page 8 of -- page number -- excuse

19  me, Exhibit No. 3, each one of these individuals, do

20  you know where their home country is and what, if any,

21  background or service they have, whether it's military

22  or -- or police that you've described; do you know?

23    A    I don't.  I know that they're -- most of them

24  are from India.

25    Q    Okay.

 **JEANNIE REPORTING   (305) 577-1705**

```
 1        A      Their home country.
 2        Q      All right.  Do you know what type of the
 3   actual training is provided to these individuals in
 4   their home country of India?
 5        A      No, I don't.
 6        Q      Okay.
 7        A      Just the two examples that I gave you.
 8        Q      Sure.
 9        A      And that was from one of the security guards,
10   you know, gave me that information.
11        Q      Is there also requirements for the training
12   of security personnel aboard the vessels in the
13   International Shipping Port Facility Security Code?
14        A      That's -- that's all done by CMI.
15        Q      Okay.  But does The Defendant, as we sit here
16   today -- strike that.
17               Can you describe in detail for me the ISPS
18   code and CVSSA security training and performance
19   requirements for your company's ship security officers?
20        A      No, because most of that information is
21   confidential, the training plan, the training and so
22   forth.
23        Q      Are you -- are you refusing to answer my
24   question?
25        A      I'm not refusing to answer your question, but
```



**JEANNIE REPORTING   (305) 577-1705**

1    I believe that you've received information from our

2    counsel as such that -- that this information is

3    confidential, and you were provided a copy of the CVSSA

4    and so forth that they conform to that.  But the

5    particulars is confidential, and that's based upon the

6    flag state and also the Bahamas maritime authority.

7         Q    Okay.  We can go through the ISPA [sic] Part

8    A code and address the confidentiality provision which

9    I've read and I'm now versed with, and your position of

10   counsel and you is incorrect but my question to you is,

11   can you describe for me in detail the -- the -- your

12   ISPS code and CVSSA training, is there certain

13   requirements for your company's ship security officers?

14           MR. DUNLEAVY:  To the extent that that

15        would require you to answer and release

16        confidential information, I'm instructing you

17        not to answer.  If you can answer it, go ahead

18        without divulging confidential information.

19           THE WITNESS:  As I said before, it's

20        confidential in nature.

21   BY MR. FISCHER

22        Q    All right.  Let's do this.  Have you read

23   ISPS Part A regarding the confidential nature of the

24   ship's security plan?  Have you reviewed that?

25        A    No.

   **JEANNIE REPORTING   (305) 577-1705**

1      Q    Okay.  So am I asking you questions right now

2   regarding the ship's security plan?

3      A    That was my understanding.

4      Q    Okay.  Did you understand my question to talk

5   about the ship's security plans or training of your

6   ship's security officers, which one do you -- did you

7   think I was talking about?

8      A    Well, the training goes hand in hand to the

9   security plan.

10          MR. FISCHER:  Okay.  I want to -- we're

11      going to mark this as Plaintiff's Exhibit 4.

12              (Whereupon, Plaintiff's Exhibit No. 4

13          was marked for identification.)

14   BY MR. FISCHER

15      Q    Since The Defendant is asserting that this is

16   confidential and you as the corporate representative

17   are here to testify regarding the factual basis

18   regarding that assertion, if you can turn to Section 9

19   of the ship security plan.  Let me know when you're

20   there.

21          Are you there, sir?

22      A    Yes.

23      Q    Do you see Sections 9.4 of the ISPS code,

24   Part A regarding the development of the ship security

25   plan?

 **JEANNIE REPORTING    (305) 577-1705**

1      A      Yes, I found it here.

2      Q      Okay.  And do you see that it -- it states

3  that the plan shall address at least the following, and

4  it lists 18 different subcategories?

5      A      Yes.

6      Q      Okay.  Can you point to me in that section

7  where it talks about training and drills and exercise

8  associated with the plan, that's under Section .9,

9  correct; do you see that, sir?

10     A      Yes.

11     Q      All right.  Is that what you were referring

12  to, that -- that portion of the security plan would be

13  confidential?

14     A      Yes.

15     Q      Okay.  Can you continue on, sir, to the next

16  page?  Well, actually, it's two pages, Section 9.8.1;

17  do you see that, sir?

18     A      Yes.

19     Q      Now, ignoring for a moment where it discusses

20  what is the contracting government -- or not the

21  contracting government.  Do you see the bottom of that

22  paragraph where it talks about the confidential nature

23  of the particular sections of 9.4?

24     A      Yes.

25     Q      Is .9 of that section listed as being



**JEANNIE REPORTING    (305) 577-1705**

1    confidential under the ISPS code Part A?

2         A    What was the number of the section again?

3         Q    .9.

4         A    .9.

5         Q    It's not listed, is it, sir?

6         A    No.

7         Q    And back to part 9 -- .9 under 9.4 of the

8    ship security plan, .9 is for the procedures for

9    training drills and exercise associated with the plan.

10   So, sir, would you agree with me that contrary to your

11   assertion under the ISPS code Part A, that the training

12   provided to ship security officers is not confidential?

13            MR. DUNLEAVY:  Objection.  Form.

14            THE WITNESS:  Well, it's not listed in

15       Section 9.8.1.

16   BY MR. FISCHER

17        Q    Okay.  So is it your position today you are

18   still going to refuse to discuss pursuant to ISPS code

19   Part A the training provided to the ship's security

20   personnel?

21            MR. DUNLEAVY:  Objection.

22            THE WITNESS:  The -- as I said, I'm

23       sorry -- as I said, the training is done by

24       CMI.

25

 **JEANNIE REPORTING   (305) 577-1705**

```
 1   BY MR. FISCHER

 2        Q    Okay.  What did you do prior to the

 3   deposition today to -- to speak with CMI, Cruise

 4   Management International, regarding the training

 5   provided to ship security personnel?

 6        A    Well, the -- the information that I received

 7   is that it's confidential.

 8        Q    Okay.  So, again, so you did nothing to speak

 9   with CMI, International -- Cruise Management

10   International regarding the training of the ship

11   security personnel?

12             MR. DUNLEAVY:  Objection.

13             THE WITNESS:  As I said, I spoke with

14        the -- one of the chief security officers and

15        he spoke with me a bit about, you know, how

16        they do the training.

17   BY MR. FISCHER

18        Q    Okay.  So --

19        A    And, again, it was mostly is the company way

20   of doing things and that they have -- you know, if

21   there's a new person coming in, you know, they spend

22   time with them.  They -- kind of a shadowing method

23   where they follow another security guard around and

24   learn the different responsibilities, you know, on the

25   ship.  And that's how the training was explained to me.
```

 **JEANNIE REPORTING   (305) 577-1705**

1    Q    Okay.  So back to my question, then.  Can you

2    please describe to me in detail the ISPS code security

3    training and performance requirements for your

4    company's ship security officers?

5    A    I just did, as I know it.

6    Q    Which is what?

7    A    Which --

8         MR. DUNLEAVY:  Objection.  Asked and

9         answered.

10        THE WITNESS:  -- which is what I just

11        said.

12   BY MR. FISCHER

13   Q    The shadowing, that's it?  That's what you're

14   referring to?

15   A    Well, that's what he explained to me.

16   Q    Okay.  So as we sit here today, the only

17   basis for the compliance with ISPS code training for

18   your company's ship security officers would be the

19   following and shadowing of other security personnel

20   aboard the vessel; is that your testimony?

21        MR. DUNLEAVY:  Objection.

22        THE WITNESS:  I didn't -- that's not my

23        testimony.  I said that --

24   BY MR. FISCHER

25   Q    All right.  Please clarify then if I've

**JEANNIE REPORTING   (305) 577-1705**

```
 1    misstated your testimony.

 2         A    I'm not saying I'm giving you the entire

 3    training.  I'm just telling you what he told me and

 4    what I know.

 5         Q    Okay.

 6         A    I'm not sure that I was given the entire

 7    training program.

 8         Q    Okay.  So as we sit --

 9         A    But I'm telling you what I know.

10         Q    Sure.

11         A    And what I know is that they shadow,

12    certainly if it's somebody new to the ship.  We have a

13    number of people who have done multiple contracts and

14    they come back, you know, from -- to the same ship.

15    But we also get new hires and they're definitely -- you

16    know, use the shadowing technique, train them with one

17    of the more senior officers or agents and learn the way

18    to do it on that particular ship.

19         Q    All right.  Please describe for me in detail

20    the training provided to the ship security personnel

21    for the prevention -- or excuse me -- the detection and

22    prevention of crimes such as assaults and batteries

23    aboard its vessels first in compliance with ISPS code.

24         A    Again, I feel like I'm redundant, but they do

25    a general assessment from the time of embarkation when
```



**JEANNIE REPORTING    (305) 577-1705**

1  the people are going on.

2      Q    I'm -- I'm sorry.  The training provided to

3  your ship security officers, that's my question.  I'm

4  not going back through the security you allege to have

5  performed aboard the vessel.

6          My question is very specific.  Describe for

7  me in detail the -- the training requirements of your

8  company's ship security officers for the crime,

9  detection and prevention such as an assault and battery

10 under the ISPS code.

11     A    Okay.  As I said, they already come to us

12 with certified training from their own home countries.

13     Q    Okay.  Please list all of the certified

14 training provided to each individual security officer

15 that were aboard the vessel on May 3rd, 2018 as listed

16 in your interrogatory responses marked as Plaintiff's

17 Exhibit 3.

18     A    And as I previously stated, these are

19 employees of CMI, and they're the ones who have that

20 information.

21     Q    Okay.  What -- before today, what did you do

22 to ascertain the training, programs and certificates

23 received by the individual security officers aboard the

24 vessel on May 13, 2018?

25          MR. DUNLEAVY:  Objection.  Asked and

  **JEANNIE REPORTING   (305) 577-1705**

1    answered.

2    BY MR. FISCHER

3    Q    What did you do to obtain this information

4    from CMI?

5    A    My contact at CMI, I was told that -- that

6    everything that related to the security plan and

7    everything is confidential.

8    Q    Okay.  And that was based upon the ISPS code

9    Part A, correct?

10    A    That was based upon they didn't give me a

11    basis.

12    Q    Okay.

13    A    I told you what they told me and that was

14    based upon flag state and based upon the -- the

15    Bahamian maritime authority.

16    Q    Okay.  So your not having that information is

17    based upon CMI, Cruise Management, telling you it was

18    confidential?

19    A    That's what I said.

20    Q    Okay.  So let's go then to the CVSSA.  Can

21    you please describe for me in detail the CVSSA security

22    training and performance requirements for your

23    company's ship security officers?

24    A    Again, the training is done by CMI.  All deck

25    and engine crew onboard are supplied by CMI.



**JEANNIE REPORTING   (305) 577-1705**

1    Q    Okay.  But can you please describe for me in

2    detail the security that's provided to the shipboard

3    officers pursuant to the CVSSA security requirements?

4    A    I cannot.

5    Q    Okay.  What did you do prior to today to

6    ascertain that information from CMI, Cruise Management

7    International, before today?

8    A    Again, I was told that this is confidential

9    information.

10    Q    So the training pursuant to the requirements

11    of the CVSSA, you were told that that was confidential?

12    A    You know, I would imagine that the Masad

13    don't go into how they train and, you know, and so

14    forth.  We're talking about an area that is -- you have

15    to be concerned about terrorism, not just two juvenile

16    delinquents getting into a fight because they spouted

17    off a few words and somebody cut somebody in line.

18         This is a very serious matter.  This is

19    something that combats terrorism and keeps the vessel

20    secure and the crew and all the passengers secure.

21    This is a very serious matter, and it's certainly not

22    anything that we want for public consumption.

23    Q    Okay.  Prior to the deposition today, when

24    asked questions related to the training provided to the

25    ship security officers, did The Defendant move for a

    **JEANNIE REPORTING   (305) 577-1705**

1    protective order to prevent the disclosure of that

2    information?

3              MR. DUNLEAVY:  Objection.

4              THE WITNESS:  I'm not sure what action

5         was taken on behalf of --

6    BY MR. FISCHER

7         Q    Okay.  Did you --

8         A    -- on behalf of counsel.

9         Q    -- did you -- did you seek an agreement from

10   The Plaintiff in my office to -- for confidentiality of

11   the documents that may or may not be related to the

12   ship's training protocols for the CVSSA?

13             MR. DUNLEAVY:  Objection.

14             THE WITNESS:  Again, keep in mind, this

15        is -- I'm not saying that this is proprietary

16        information, but this is information that, you

17        know, flag state and the Bahamian maritime

18        authority does not want released.

19   BY MR. FISCHER

20        Q    Okay.  And, again, based on what authority?

21        A    So it's not just, you know, us asking your

22   office for a confidentiality agreement.

23        Q    Sure.  And that's based upon what authority?

24        A    What do you mean what authority?

25        Q    You said they don't want it released.  That's

  **JEANNIE REPORTING   (305) 577-1705**

1   based upon what authority preventing you from releasing

2   it into a matter in litigation of which you received

3   the benefits of using the ports of the United States?

4        A    Well, because I would imagine you can

5   understand that port security is extremely important as

6   is vessel security.  We're talking about thousands and

7   thousands of lives, and it's not just Bahamas Paradise

8   Cruise Lines.  It's all the ships.

9        Q    Sure.

10       A    You know, you probably saw on the news the

11  Costa Smeralda, there was a potential fear that there

12  was Coronavirus virus onboard.  There were between

13  seven and 8,000 humans on that ship between passengers,

14  crew and so forth.  You know, this is a very serious

15  matter.

16       Q    Sure.  But that's more serious than the

17  prevention of physical assaults aboard the vessel

18  between passengers?

19            MR. DUNLEAVY:  Objection.  Argumentative.

20            THE WITNESS:  I'm saying the magnitude --

21  BY MR. FISCHER

22       Q    Okay.

23       A    -- of that -- I'm not saying it's more

24  serious.  The safety of all of our guests --

25       Q    So you understand the position --

   **JEANNIE REPORTING   (305) 577-1705**

```
 1        A     -- is important.

 2        Q     -- position was taken by The Defendant in

 3   this case that the incident was not foreseeable and

 4   they had no way of stopping it, correct; are you aware

 5   of that assertion?

 6        A     Our assertion --

 7        Q     Yeah.

 8        A     -- as The Defendant?

 9        Q     Correct.

10        A     Yes.

11        Q     And so what I'm inquiring as to what training

12   that you've been provided to, under various

13   governmental authorities that require you to do so

14   and -- for the prevention of crimes, such as assault

15   and batteries.

16              Now, I'm not really sure I get a clear answer

17   except that you're saying it's confidential so I want

18   to know are you prepared today, as we sit here today,

19   to describe the training provided -- the training

20   requirements provided to your security officers aboard

21   its vessels pursuant to the requirements of the CVSSA;

22   yes or no?

23        A     No.

24        Q     Okay.  And are you prepared to discuss the

25   training and performance requirements of your company's
```



**JEANNIE REPORTING   (305) 577-1705**

1    ship security officers as it relates to ISPS code?

2        A    No.

3        Q    Okay.  Do you have different security

4    training provided to the department such as the deck,

5    hotel and medical department pursuant to CVSSA?

6        A    No, not security.

7        Q    Okay.  How many CVSSA related security drills

8    were conducted onboard the Grand Classica prior to this

9    incident?

10       A    Again, that's confidential information.  The

11   whole security plan, anything related to security.

12       Q    So as we sit here today and -- and I have a

13   list of questions I have related to the training.  The

14   security plan, all that information, is it your

15   position today you are not going to answer that

16   question and say that it's going to be confidential?

17       A    Yes, and I think that was made aware to you

18   ahead of the deposition if I'm not mistaken.

19            MR. FISCHER:  You objected to the

20       discovery but when you actually read the

21       documents as we've already went through, some

22       of the areas are not deemed confidential

23       pursuant to the -- the assertion of the

24       objection in the -- in the answers to request

25       for production.

    **JEANNIE REPORTING   (305) 577-1705**

```
1              I'm going to -- I'm going to suspend the

2        deposition.  I'm going to go through some

3        additional questions, but I got to suspend the

4        deposition.  I'm not going to waste my time

5        until we can --

6              MR. DUNLEAVY:  Let's go ahead and suspend

7        it right now.

8              MR. FISCHER:  No, I got -- I'm going to

9        go through more other stuff.

10             MR. DUNLEAVY:  Well, either you're going

11       to suspend it or you're not going to suspend

12       it.

13             MR. FISCHER:  I'm going to -- I'm going

14       to mark this area --

15             MR. DUNLEAVY:  Sure.  Well, you can do

16       that.

17             MR. FISCHER:  And I'm going to --

18             MR. DUNLEAVY:  -- you can bring an

19       objection to the court.

20             MR. FISCHER:  -- and then I'm going to

21       suspend --

22             MR. DUNLEAVY:  No.

23             MR. FISCHER:  Yeah.

24             MR. DUNLEAVY:  No.

25             MR. FISCHER:  Absolutely.
```



**JEANNIE REPORTING   (305) 577-1705**

```
 1            MR. DUNLEAVY:  You can bring the
 2       objection to the court, but if you're going to
 3       suspend, then suspend right now.
 4            MR. FISCHER:  No.  I'll finish my
 5       questions and then I'll suspend the
 6       deposition, and then we go to the court and
 7       we'll come back.  That's how it's going to --
 8       it's my deposition.
 9  BY MR. FISCHER
10       Q    Do you have any policies and procedures
11  separate and apart from the ship's security plan for
12  the prevention or determent of physical assaults aboard
13  its vessels?
14       A    Would you rephrase the question?
15       Q    Sure.  You have a ship security plan
16  regarding the security aboard the vessel Grand
17  Classica, correct?
18       A    Correct.
19       Q    And we've already established you're not
20  going to answer questions about that under the guise of
21  confidentiality.  My question is, do you have any
22  additional policies and procedures separate and apart
23  from the ship security plan surrounding the prevention
24  or determent of physical assaults and/or altercations?
25       A    Not separate.
```

 **JEANNIE REPORTING   (305) 577-1705**

1    Q    Okay.  So any questions regarding the

2  policies and procedures related to the prevention and

3  handling of physical assaults, as we sit here today, is

4  it your testimony you will not be answering any of

5  those questions?

6    A    Correct.

7    Q    Let me ask you this, with your ship security

8  plan, does it include a CVSSA annex?

9    A    I'm not aware of an annex.

10        MR. FISCHER:  So we're going to mark

11      this, what are we at, 4 or 5?

12        THE REPORTER:  Five, I think.

13        MR. FISCHER:  All right.  This is 5.

14          (Whereupon, Plaintiff's Exhibit No. 5

15        was marked for identification.)

16        MR. FISCHER:  This is the response to

17      Plaintiff's second request for production

18      dated December 23rd, 2019.  You can give me

19      that, give that one to him.

20  BY MR. FISCHER

21    Q    And one of the areas of designation asked you

22  to -- with respect to all discovery responses in this

23  matter, on Page 5 in request for production No. 7, it

24  says, see response No. 1 as it pertains to a request

25  for the CVSSA annex.

1          Do you see that, sir?

2     A     Yes.

3     Q     So does the -- as you sit here today, are you

4  aware that a CVSSA annex exists for Defendant's vessel?

5     A     Okay.  I see it here.

6     Q     Okay.  So do you know as we sit here today

7  whether or not there is a CVSSA annex?

8     A     Maybe I know it as something else.

9     Q     Okay.  What do you know it as?

10    A     I don't know what the annex is so how would I

11 be able to tell you what I might know it as?

12    Q     Okay.  You said -- what is PCLO that's noted

13 in No. 7?  It says, your authority has not been granted

14 PCLO authorization.  What is PCLO?

15    A     PCLO is Paradise Cruise Line Operator.

16    Q     Okay.  That's not The Defendant in this

17 matter, correct?

18    A     Correct.

19    Q     Can you describe for me in detail how your

20 company educates its passenger on how to access ship

21 security personnel if needed?

22    A     If they don't see them roaming around, they

23 can go to guest relations.

24    Q     Okay.

25    A     Guest relations can -- can contact them.


**JEANNIE REPORTING   (305) 577-1705**

```
1    Also there's an emergency number like on land, you

2    know, that you dial to get immediate assistance.

3         Q    How is -- how is that information relied --

4    or relayed, excuse me, to the -- to the passengers

5    aboard the vessel?  Are they --

6         A    It's -- it's in the cabin.

7         Q    It's in the cabin.  Where in the cabin?

8         A    Where?  By the phone.

9         Q    Is this a booklet, is it a placard?  What is

10   it?

11        A    A placard.

12        Q    Okay.  Can you describe in detail the

13   company's policies and procedures on timeliness for

14   responding to passenger or crew security related

15   complaints or request for security assistance?

16        A    While onboard?

17        Q    While onboard.

18        A    I don't know of an exact time period, but

19   certainly it would be, you know, as immediate as

20   possible.

21        Q    Okay.  Is that written down anywhere?

22        A    No, but they know to react as quickly as

23   possible.  It would be similar to a medical emergency.

24   You know, they drop what they're doing and they go

25   immediately to where they've been called.
```



**JEANNIE REPORTING   (305) 577-1705**

```
 1        Q     How many requests for security assistance
 2   were documented in the ship security log for the cruise
 3   on which the incident occurred?
 4        A     I don't have that information.
 5        Q     Okay.
 6        A     I'm not aware of any.
 7        Q     So is it you're not aware of that information
 8   because it doesn't exist or that you don't know?
 9        A     I don't know and I don't know if it -- it
10   exists.
11        Q     Okay.  Please describe your understanding of
12   the ship's responsibility for reporting CVSSA incidents
13   to the FBI.
14             MR. DUNLEAVY:  Objection.  Asked and
15        answered.
16             THE WITNESS:  Depending on the nature of
17        the incident, the severity of the incident --
18   BY MR. FISCHER
19        Q     Okay.
20        A     -- it gets reported.
21        Q     Please describe your understanding of your
22   ship's responsibility for reporting CVSSA incident
23   information to MARAD.
24             THE REPORTER:  To what?
25             MR. FISCHER:  MARAD, M-A-R-A-D, all caps.
```



**JEANNIE REPORTING   (305) 577-1705**

```
 1                THE WITNESS:  Again, that's -- that

 2          depends on the situation.  That's done by the

 3          captain onboard.

 4     BY MR. FISCHER

 5          Q    Okay.  Anything else?

 6          A    No.

 7          Q    So the decision to report an incident, that's

 8     up to the captain of the vessel, correct?

 9          A    He's the one who reports it.

10          Q    Right.  But the decision of what incidents to

11     report or not, that's up to the captain, correct?

12          A    Correct.

13          Q    All right.  And then can you please describe

14     your understanding of the ship's responsibility for the

15     collection, control and provision of incident related

16     forensic evidence to the responding law enforcement

17     agency?

18          A    There is a policy onboard that goes to the

19     CVSSA, again, as to the -- the collection and

20     preservation of evidence.

21          Q    Okay.  Can you please describe in detail the

22     crowd control training requirements for your company's

23     ship security officers?

24          A    It's done onboard and the two -- the two

25     and -- the two groups that are involved with most of
```

Relevance
MIL



**JEANNIE REPORTING   (305) 577-1705**

1   crowd control are the cruise staff.  Are you talking

2   about onboard the vessel?

3        Q    I'm talking about onboard the vessel.

4        A    It's the cruise staff.  They've involved with

5   crowd control and then --

6        Q    Okay.

7        A    -- they're appointed at, you know, specific

8   areas.

9        Q    So are the security personnel aboard the

10  vessel provided with any type of training for crowd

11  control?

12       A    I'm sure they are, but I don't know what that

13  training is.  Again, it all goes back to whatever their

14  certification is from their home country with either

15  military or law enforcement.

16       Q    And that's, again, information that CMI,

17  Cruise Management International, would have?

18       A    Yes, they -- everything pertaining to

19  security.

20       Q    And, again, as it relates to crowd control

21  training or certifications, you didn't attempt to

22  obtain that information from CMI, Cruise Management

23  International?

24            MR. DUNLEAVY:  Objection.

25            THE WITNESS:  I did not.



**JEANNIE REPORTING   (305) 577-1705**

1   BY MR. FISCHER

2        Q     I'm sorry?

3        A     I did not.

4        Q     Okay.  Can you please describe in detail how

5   the company provides oversight of the performance of

6   the company's ship security personnel?

7        A     Well, the oversight would be by the staff

8   captain.

9        Q     Okay.

10       A     And onboard, all crew members, they are given

11  an evaluation.  Each contract is almost like they're a

12  new employee.  So they have a -- a 30 -- a 30-day

13  evaluation and a 90-day, and then they have an end of

14  contract.

15       Q     How long are the contracts?

16       A     It depends on the position.  Do you mean

17  specifically --

18       Q     Ship security.

19       A     Security, I think they're onboard for six

20  months.

21       Q     Okay.  Can you -- can you describe for me --

22  and, again, you may not be able to because of the

23  allegation of confidentiality, but can you describe the

24  process of assigning ship security officer patrols or

25  fixed duty stations during the ship embarkation or


**JEANNIE REPORTING   (305) 577-1705**

1    debarkation procedures?

2         A    No, I cannot.

3         Q    And that's base -- again, based upon the

4    confidentiality that you're asserting?

5         A    Correct.

6         Q    How many deck or hotel department officers

7    were assigned to duty positions in the passenger

8    debark -- disembarkation assembly area at the time of

9    this incident?

10        A    Most of the people who are assigned for the

11   disembark are not deck -- deck positions, they're hotel

12   staff.

13        Q    Okay.  So how many hotel department officers

14   were assigned to duty positions in the passenger

15   debarkation assembly area at the time of the incident?

16        A    There were about 12 people.

17        Q    Okay.

18        A    You know, they're positioned -- as I said, we

19   have two security officers at the gangway, we have the

20   forward and the aft stairwells that we have individuals

21   for cruise staff positioned at each deck and -- and

22   then we also have people at -- in the hallway at the

23   head of each line, as well as we have in the lobby area

24   as well for the concierge and disabled guests and

25   anyone with an express pass.


**JEANNIE REPORTING   (305) 577-1705**

```
 1              MR. FISCHER:  I'm going to attach this as

 2         Exhibit 6.

 3              (Whereupon, Plaintiff's Exhibit No. 6

 4         was marked for identification.)

 5              MR. FISCHER:  I'll give you that one.

 6         It's got the number on it.

 7              THE WITNESS:  Okay.

 8    BY MR. FISCHER

 9         Q    So we had asked for -- or predecessor counsel

10    had asked for the production of various incidents

11    aboard the Grand Classica and the Grand Celebration,

12    the sister ship, and this was the list that was

13    provided by counsel that we've marked as Plaintiff's

14    Exhibit 8 -- excuse me, 6.

15              Are you familiar with this list that's --

16    that was provided?

17         A    Yes, I've seen this list.

18         Q    Okay.  Is there any written documentation

19    with respect to any of these incidences?

20         A    No.

21         Q    Why not?

22         A    Why not?

23         Q    Yeah.  Is that pursuant to --

24         A    What type of written documentation?

25         Q    Was there an incident report created for each
```

Relevace
Inadmissible
MIL
Foundation
Predicate

Relevace
Inadmissible
MIL
Foundation
Predicate

**JEANNIE REPORTING   (305) 577-1705**

```
1    one of these instances?

2          A     There's a record of it.

3          Q     When you say a record, what do you mean?

4          A     Well, there's this list so there's --

5          Q     Well, I --

6          A     -- there's a record.

7          Q     So -- all right.  Let's do this.

8          A     It -- it depends on the severity of the

9    incident if there's something.

10         Q     Okay.  So is it -- so, for instance, starting

11   with the -- the bottom of the list, May 11, 2018, the

12   verbal argument leading to a physical altercation, was

13   an incident report created for that?

14         A     There may or may not be one.  It could be

15   just a record.

16         Q     As we sit here today -- well, strike that.

17               What's the difference between an incident

18   report and a record as you've described it?

19         A     A record is just a list.

20         Q     Okay.

21         A     Whereas an incident report would be a full

22   blown report, you know, taking statements and this and

23   that.

24         Q     Okay.  Do you have any facts regarding the

25   incident of May 11, 2018 that you can describe as to
```

Relevance
Inadmissible
MIL
Foundation
Predicate

**JEANNIE REPORTING   (305) 577-1705**

1    what happened?

2          A    No, I do not.

3          Q    For any of these incidents that are listed

4    here, can you tell me any facts about what happened?

5          A    The only one here that I know about is the

6    one from April 17th of 2018.

7          Q    And that was the domestic issue with a --

8          A    With an employee.

9          Q    Okay. I don't need to get into the details.

10         When you record this, do you record the --

11   the particular passengers that are involved in these

12   instances?

13         A    In that particular one, yes.

14         Q    When you say that particular one, do you mean

15   the one of April 17, 2018?

16         A    Yes, that made it to my attention because it

17   was an employee.

18         Q    Do you have any other type of documentation

19   indicating who the particular passengers were aboard

20   the vessel involved in these instances?

21         A    I do not.

22         Q    Did -- does The Defendant keep a log of the

23   employees that were involved or may have been witnesses

24   surrounding these instances?

25         A    If there's a record of it, and there was a

**JEANNIE REPORTING   (305) 577-1705**

Relevance
Inadmissible
MIL
Foundation
Predicate

1   witness, then there -- there could potentially be a --

2   of record of that if there's a report.

3          Q     Okay.  What do --

4          A     A lot of these things are guests that just

5   had too much to drink, they're in a bar and, you know,

6   as I say, security is -- they're trained even though

7   they have military training and they're trained to take

8   somebody down or maybe even take somebody out, on the

9   cruise ship.  They're designed -- their training is

10  designed around -- they're instructed, rather, or

11  taught that we want to use minimal force.  So whatever

12  they can do to just defuse the situation, minimal force

13  that is extreme would be to, you know, maybe tie

14  somebody's hands together or something like that,

15  confine somebody to their cabin, put -- station a guard

16  outside.  You know, it's a pleasure cruise.  It's not a

17  jail but, obviously, we have to keep order onboard, but

18  a lot of this is just, you know, somebody who got loud,

19  you know, and was talking loudly and aggressively.

20         Q     Right.

21         A     It's as simple as that.

22         Q     But although it says intoxicated or

23  aggressive behavior, I'll take, for example, January

24  13, 2018, you actually don't have any facts about what

25  happened as we sit here today, right?

 **JEANNIE REPORTING   (305) 577-1705**

```
 1        A     No, I just have, you know, the one about

 2   April 17.

 3        Q     Okay.  Now, you have a -- a policy regarding

 4   the guest conduct aboard the vessel, true?

 5        A     A guest conduct policy.

 6        Q     A guest conduct policy, right?

 7        A     Yes.

 8        Q     Okay.  And in this policy, there's various

 9   lists of things that are not permitted by a passenger

10   to -- to do on a vessel, correct?

11        A     Correct.

12        Q     And one of them is verbal abusive or

13   offensive language?

14        A     Yes.

15        Q     Would you consider a racial slur to be

16   verbally abusive?

17        A     I don't know.  I haven't heard the slur.

18        Q     I'm -- I'm just asking you in -- the racial

19   slur directed at anyone, would you consider that to be

20   verb -- verbally abusive?

21        A     I would.

22        Q     Okay.  Would you consider that to be

23   offensive language?

24        A     I -- I suppose.  I haven't heard the slur but

25   it -- I -- depending on what it was, yes.
```

**JEANNIE REPORTING   (305) 577-1705**

```
1        Q    Okay.  And as a result of any of these

2   actions, there can be consequences that could result in

3   intervention by security, right?

4        A    Yes.

5        Q    So the use of verbally abusive language in

6   and of itself under the guest conduct policy could

7   result in intervention by security, correct?

8        A    It could.

9        Q    Okay.  Or other management personnel, right?

10       A    They would get security.

11       Q    Okay.  But according to the policy, it could

12  be other management personnel?

13       A    It could be.

14       Q    Or law enforcement?

15       A    Yes.

16       Q    Okay.  So under Defendant's own policy,

17  verbally abusive or offensive language could result in

18  the intervention by security at that time, right?

19       A    It could if it's known to us.

20       Q    And you can detain an individual, right?

21       A    Yes.

22       Q    Quarantine them, correct?

23       A    Yes.

24       Q    Confine them to a stateroom, right?

25       A    Yes.
```



**JEANNIE REPORTING   (305) 577-1705**

```
 1        Q     And confine them to a holding cell?

 2        A     Correct.

 3        Q     So there's various things The Defendant could

 4   do with somebody who is being visibly -- verbally

 5   abusive pursuant to the guest conduct policy, right?

 6        A     Well, we wouldn't -- it -- you know, you're

 7   citing different examples of what could be done, but

 8   not all those would apply to verbal -- verbal conduct.

 9        Q     Okay.  You would agree with me that in the

10   guest conduct policy, you don't delineate where under

11   verbal conduct the consequences that may be imposed by

12   the cruise line, correct; you would agree with that?

13        A     Correct.

14        Q     So a reading of the guest conduct policy has,

15   these are the things you can't do and these are the

16   potential consequences, right?

17        A     Right, but there are other things that are in

18   there besides verbal abuse.

19        Q     Sure.

20        A     There are other types of misconduct in there

21   as well, and that's why all those avenues are -- are

22   mentioned.

23        Q     And, in fact, you could actually remove

24   somebody from the vessel --

25        A     We could.
```



**JEANNIE REPORTING   (305) 577-1705**

```
 1        Q      -- entirely?  And you could, you know, drop

 2   them off at a port of call and they have to worry and

 3   get their own way home if they violate the guest

 4   conduct policy, correct?

 5        A      Correct.

 6        Q      Okay.

 7        A      You see it in the news all the time lately,

 8   cruise lines are doing it.

 9        Q      And just to confirm, you don't have any

10   written statements by any witnesses of the incident of

11   May 13, 2018, whether passenger or a crew, correct?

12        A      Correct, only a police report.

13        Q      Right.  The one camera that you're aware of,

14   the CCTV camera, where is that -- that particular

15   camera located?

16        A      It's -- it's located in the lobby area.

17        Q      Which lobby area, the one where -- on deck 5?

18        A      Deck 5.

19        Q      Looking at what location?

20        A      I'm not sure what it views.  I do know that

21   it does not view where the guests were at the time that

22   the altercation took place.

23        Q      Okay.  So there's a blind spot in the CCTV

24   video of that particular camera placement in the lobby

25   of deck 5?
```



**JEANNIE REPORTING   (305) 577-1705**

1    A    I guess you could call it a blind spot.  It's

2    just not designed -- not positioned -- it was not

3    positioned to film that area.

4    Q    Okay.  After this incident of May 13, 2018,

5    did you add any additional cameras aboard the vessel?

6    A    Not to my knowledge, no.

7    Q    Okay.  When you took possession of the

8    vessel, why were no additional cameras put on the

9    vessel for purposes of security?

10    A    It just didn't make any alterations.  I mean,

11    we -- obviously, we have a lot of maritime authorities

12    and agencies that we need to conform to various laws.

13    If we were required to do so, I guess they would --

14    anything would be done that would be required to do so,

15    but since the ship was built in 1991, it conforms with

16    the, you know, the -- the regulations from that time.

17    Q    Okay.  In Plaintiff's Exhibit 3, specifically

18    on Page 6 on the answers to interrogatories, there

19    was -- under No. 7, I asked for anybody that may have

20    information related to the incident of May 13, 2018.

21    And three names were presented which was the chief

22    security Officer Moras, security guard Azzad,

23    A-Z-Z-A-D, and security guard Mangesh, M-A-N-G-E-S-H.

24         Were these the -- the only security guards

25    that responded to this particular incident of May 13,

 **JEANNIE REPORTING   (305) 577-1705**

```
 1   2018?
 2        A    Yes.
 3        Q    Okay.  So none of the other security guards
 4   that were listed on the No. 11 responded to the
 5   incident; these are the only ones?
 6        A    Yes.
 7        Q    Okay.  Do you know -- do you know if that
 8   CCTV camera in the lobby points towards the reception
 9   desk?
10        A    I do not.
11        Q    Do you --
12        A    I just inquired and I learned that it does
13   not focus on -- on the area --
14        Q    Right.
15        A    -- where this incident took place.
16        Q    But which way does it look?  I'm just -- I'm
17   trying to understand.
18        A    God, I wish I could tell you.  I didn't -- I
19   didn't get that far.
20        Q    Okay.  Does somebody have that information,
21   though?
22        A    Oh, of course.  Uh-huh.
23        Q    Okay.
24        A    I can -- I can get it for you.
25        Q    Did you, when I say you, The Defendant, is
```



**JEANNIE REPORTING   (305) 577-1705**

1    the CCTV video in the lobby able to see any of the --

2    prior to the incident, see any of the individuals,

3    whether that be Mr. Hadley, his associates, The

4    Plaintiff or his spouse, prior to the incident on that

5    date of May 13, 2018?

6        A    No, I don't know -- I don't know that there

7    is -- that anybody even looked for that.

8        Q    Okay.  Was it -- do you know whether or not

9    this particular CCT video in the lob -- in the lobby

10   area showed any of the responding security personnel

11   responding to the incident?

12       A    No, I do not.

13       Q    Do you --

14       A    I -- and I don't think so because the

15   responding law enforcement that came from shoreside

16   would have been in that area by the -- by the gangway

17   that was not captured by the -- the camera that's in

18   the lobby.

19       Q    Do you know whether or not that CCTV video

20   captured any of the other employees that were present

21   in the lobby at the time the alleged incident was --

22   occurred on May 13, 2018?

23       A    I don't know.  I mean, there would have been

24   other employees there, but I don't know what -- where

25   the camera focuses in the lobby.

 **JEANNIE REPORTING   (305) 577-1705**

1    Q    Do you -- does The Defendant maintain meeting

2    minutes when security instances are discussed onboard

3    the vessel?

4    A    In my understanding in speaking with the

5    chief of security is that they have a -- they have -- I

6    don't want to say informal but they have a recap of

7    events throughout the course of the day, they meet

8    daily and -- with the staff captain and chief of

9    security.

10    Q    Okay.

11    A    And they talk about what's going on on the

12    vessel and do they need to make any adjustments or is

13    there anybody in particular that they want to monitor,

14    keep an eye on and so forth.  But it's more of just a

15    conversation.

16    Q    Okay.  So no actual transcription of the

17    meetings that are held between the security personnel

18    aboard the vessel?

19    A    No.

20    Q    Does The Defendant maintain a log book

21    pursuant to CVSSA where all crimes are recorded,

22    whether or not they're alleged to be reportable to the

23    governmental entity?

24    A    No.

25    Q    Okay.  How long has The Defendant been



**JEANNIE REPORTING   (305) 577-1705**

```
 1   operating?

 2        A    The company?

 3        Q    Yeah.

 4        A    Since December of 2016.

 5        Q    Okay.  And the CVSSA was enacted in July of

 6   2010, correct?

 7        A    Correct.

 8        Q    So at the time, I don't want to say get --

 9   got into the cruise business, the CVSSA had already

10   been in force and effect for over six years, correct?

11        A    Correct.

12        Q    So at the time The Defendant was starting its

13   company, they were aware of some of the requirements

14   from the CVSSA upon the vessel despite it being a

15   foreign flagged ship, correct?

16        A    Yes.

17        Q    And it knew at that time that one of the

18   categories of incidents that needed to be reported was

19   physical assaults aboard the cruise ship with serious

20   bodily injury, correct?

21        A    Correct.

22        Q    So The Defendant was aware in accordance with

23   the CVSSA that on cruise ships, physical assaults and

24   batteries with -- with serious bodily harm occurred

25   with such -- with enough regularity that it was
```

Relevance

Asked and Answered Argumentative

**JEANNIE REPORTING   (305) 577-1705**

1    required to be documented to that governmental entity

2    according to CVSSA, correct?

3            MR. DUNLEAVY:  Objection.

4            THE WITNESS:  I wouldn't phrase it that

5        way.

6    BY MR. FISCHER

7        Q    How would you phrase it?

8        A    You can go online and you can see it.

9    It's -- I'm pretty sure it's -- I think these things

10   are public information.  I don't know but like the

11   health, you know, the public -- Department of Public

12   Health comes onboard and they do their inspection and

13   everything.  You know, these things are, you know,

14   public information.  These things don't happen with

15   regularity.  And you're -- you're talking about

16   something that's to be reported to the FBI, there are

17   certain -- certain criteria, certain guidelines to

18   follow on that, and those type of events do not happen

19   with regularity --

20       Q    Sure.

21       A    -- the ones that have to be reported to the

22   FBI.

23       Q    Right.  But prior to the 2016 with The

24   Defendant getting into the cruise line business, you're

25   aware that assault and batteries with serious bodily


**JEANNIE REPORTING   (305) 577-1705**

1   harm occur an cruise ship vessels, correct?

2          MR. DUNLEAVY:  Objection.

3          THE WITNESS:  I mean, a lot of things

4       happen onboard the vessel.

5   BY MR. FISCHER

6       Q    So --

7       A    We haven't -- we haven't -- we haven't had

8   any, you know, assault with serious bodily injury that

9   we've had to report to the FBI.

10      Q    And that's based upon the determination from

11  the captain?

12      A    Well, that's based upon the determination

13  from the guidelines in the CVSSA.

14      Q    Okay.  So I -- so since The Defendant did not

15  report this incident of May 13, 2018, its position is

16  that my client's compound fracture of his arm requiring

17  surgical intervention was not a serious bodily injury?

18          MR. DUNLEAVY:  Objection.

19          THE WITNESS:  It was not the type of

20      bodily injury that needs to be reported to the

21      FBI.

22  BY MR. FISCHER

23      Q    Okay.  Did my client, Mr. Fuentes, as a

24  result of the incident sustain a permanent injury?

25          MR. DUNLEAVY:  Objection.

  **JEANNIE REPORTING   (305) 577-1705**

1          THE WITNESS:  I would defer to the

2     medical examiner who -- who evaluated him.

3  BY MR. FISCHER

4     Q     Okay.  Well, he drafted a report in this

5  case.  Did you review that report prior to dep --

6  today's deposition?

7     A     No, I did not.

8     Q     Did you -- because one of the areas of

9  designation was the -- The Defendant's position

10  regarding the damages of my client, it's designation

11  No. 15 in this case.  So what did you do before today

12  regarding the position taken about The Defendant's

13  position regarding my client's injuries in this case?

14  What did you do to prepare for that designation?

15     A     As I said, I would defer to the medical

16  examiner who -- who examined Mr. Fuentes.

17     Q     Okay.  When you say you'd defer, what do you

18  mean?

19     A     Meaning the -- after the examination, the

20  evaluation by the -- the medical examiner and they

21  would determine.

22     Q     Okay.

23     A     Make that call.

24     Q     Okay.  All right.  Just so my -- I just want

25  to make clear for the record, I want to discuss with

1  you the specifics of the security plan, the safety and

2  security plan of The Defendant's vessel, but my

3  understanding is that you are going to refuse to answer

4  questions regarding the ship's security plan; is that

5  correct?

6      A    Based upon confidentiality, yes.

7      Q    Okay.  And, again, regarding the specific

8  training that's been provided to the ship security

9  officers and the certification, the requirements,

10  again, you are going to refuse to answer those

11  questions based upon that same confidentiality?

12      A    That's correct.

13          MR. FISCHER:  Okay.  All right.  At this

14      time, I'm going to suspend the deposition, and

15      you can ask any questions if you'd like.

16          MR. DUNLEAVY:  No.  No questions.  We'll

17      read.

18          THE REPORTER:  Are you ordering the

19      transcript at this time?

20          MR. FISCHER:  Yeah.  I need it expedited

21      too.

22          THE REPORTER:  What day do you need it

23      by?

24          MR. FISCHER:  What's today?

25          THE REPORTER:  Today is Monday, the 3rd.

   **JEANNIE REPORTING   (305) 577-1705**

1          MR. FISCHER:  Probably by -- just get it

2     to me by Wednesday.

3          THE REPORTER:  Okay.

4          MR. DUNLEAVY:  Copy.

5          THE REPORTER:  Copy, as well?

6          MR. DUNLEAVY:  Yes.

7          THE VIDEOGRAPHER:  We're off the video

8     record at 2:22.

9          THE REPORTER:  You need yours Wednesday

10    too?  I have to tell my office.

11         MR. DUNLEAVY:  Sure.

12

13             (Deposition suspended at 2:22 p.m.,

14         and the reading and signing having not

15         been waived.)

16

17

18

19

20

21

22

23

24         CERTIFICATE OF SHORTHAND REPORTER

25

 **JEANNIE REPORTING   (305) 577-1705**

```
 1   STATE OF FLORIDA      )
                           ):SS
 2   COUNTY OF PALM BEACH)

 3        I, Andrea Denise West, RPR, FPR, do hereby
     certify that I was authorized to and did
 4   stenographically report the deposition of GRANT A.
     PLUMMER, that a review of the transcript was
 5   requested, and that the foregoing transcript, pages
     1 through 161,  is a true record of my stenographic
 6   notes.

 7        I further certify that I am not a relative, employee,
     or attorney or counsel of any of the parties', nor am I a
 8   relative or employee of any of the parties' attorney or
     counsel connected with the action, nor am I financially
 9   interested in the action.

10        IN WITNESS WHEREOF, I hereunto set my hand and

11   affix my official seal of office this 5TH day of

12   February, 2020.

13

14

15

16   _____

17        ANDREA DENISE WEST, RPR, FPR

18

19

20

21

22

23

24             CERTIFICATE OF OATH

25   STATE OF FLORIDA
```

**JEANNIE REPORTING   (305) 577-1705**

```
 1                          :SS
     COUNTY OF PALM BEACH
 2

 3

 4

 5   I, the undersigned authority, certify that GRANT A. PLUMMER

 6   personally appeared before me and was duly sworn.

 7

 8   He produced a Driver's License as identification.

 9

10

11   WITNESS my hand and official seal this 3rd day of February,

12   2020.

13

14

15

16   _____
     ANDREA DENISE WEST, R.P.R.,F.P.R
17   Notary Public in and for
     the State of Florida
18   My Commission No. GG 338756
     Expires:  July 3rd, 2023
19

20

21              ANDREA DENISE WEST
                Notary Public - State of Florida
22              Commission # GG 338756
                My Comm. Expires Jul 3, 2023
23              Bonded through National Notary Assn.

24                   JURAT PAGE

25
```



**JEANNIE REPORTING   (305) 577-1705**

```
1   STATE OF FLORIDA       )

2   ) :SS
    COUNTY OF MIAMI-DADE  )
3

4

5   I, hereby certify that I have read the foregoing transcript

6   Pages 1 to 161 and find the same to be true and accurate.

7

8

9   Any corrections made by me are set forth on the errata page

10  attached hereto.

11

12

13  _____

14  GRANT A. PLUMMER

15

16  Sworn to and subscribed before me on this ___ day of

17  _____, 2020.

18

19  _____
    Notary Public in and for the
20  State of Florida at Large.
    My Commission No.:
21  My Commission expires:

22

23

24

25
```



1
                        JEANNIE REPORTING
              28 West Flagler Street, Suite 610
2                        Miami, FL  33130
                         (305) 577-1705
3
   February 5th, 2020
4
   GRANT A. PLUMMER
5  c/o Jonathan Dunleavy, Esq.
   Hamilton, Miller & Birthisel
6  150 SE 2nd Avenue, Suite 1200
   Miami, Florida 33131
7
   IN RE:
8  FUENTES VS. CLASSICA CRUISE
   CASE NO:
9  19-CV-60883-WILLIAMS/VALLE

10 Dear GRANT A. PLUMMER:

11 With reference to the examination of YOURSELF, deponent in
   the above-styled cause, taken on February 3rd, 2020 under
12 oath, please be advised that the transcript of the
   deposition has been transcribed and is awaiting your
13 signature.

14 Please arrange to conclude this matter at your earliest
   convenience.  We would suggest that you telephone this
15 office and arrange an appointment suitable for all
   concerned.

16

17 Sincerely yours,

18

19

20 

21 _____

22 ANDREA DENISE WEST, RPR, FPR
   Certified Court Reporter
23

24 cc:  All Counsel of Record

25

<u>ERRATA SHEET</u>

F.R.C.P. RULE 1.310 provides in part:

(e)"...Any changes in form or substance that the witness wants to make shall be entered upon a separate correction page by the officer with a statement of the reasons given by the witness for making them..."

PAGE/LINE        CHANGE/CORRECTION        REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

I, _____, do hereby certify that I have read the foregoing transcript of my deposition, given on _____and that together with any additions or corrections made herein, it is true and correct.


_____
   (Witness name)

MR. DUNLEAVY:
**[63]** 4/16
7/20 8/4 9/13
10/15 13/12
14/6 14/25
15/16 19/1
23/9 23/21
24/14 25/7
27/17 28/11
29/15 30/2
30/19 32/4
32/14 33/7
33/16 34/1
34/22 44/7
49/17 51/24
52/18 56/22
58/13 66/10
81/15 83/22
84/6 107/7
120/13 123/12
123/20 124/11
125/7 125/20
127/24 130/2
130/12 131/18
134/5 134/9
134/14 134/17
134/21 134/23
134/25 139/13
141/23 157/2
158/1 158/17
158/24 160/15
161/3 161/5
161/10
MR. FISCHER:
**[37]** 4/14
8/8 10/11
10/18 14/9
15/3 15/18
19/4 52/2
58/16 86/6
86/10 86/12
87/18 92/11
92/25 103/24
104/1 121/9
133/18 134/7
134/12 134/16
134/19 134/22
134/24 135/3
136/9 136/12
136/15 139/24
143/25 144/4
160/12 160/19
160/23 160/25
THE REPORTER:
**[22]** 5/20

6/23 26/15
59/11 82/22
86/4 86/7
86/11 86/14
87/11 87/14
92/24 103/21
104/2 136/11
139/23 160/17
160/21 160/24
161/2 161/4
161/8
THE
VIDEOGRAPHER:
**[4]** 3/18
92/15 92/19
161/6
THE WITNESS:
**[45]** 4/22
6/24 7/21
19/8 23/23
24/16 26/17
28/12 29/16
30/3 30/20
32/5 32/15
33/8 34/2
34/24 44/8
49/19 56/24
59/12 66/12
81/16 82/23
87/10 87/13
88/2 103/23
103/25 120/18
123/13 123/21
124/12 125/9
125/21 130/3
130/13 131/19
139/15 139/25
141/24 144/6
157/3 158/2
158/18 158/25

**$**

**$10,000 [2]**
13/6 18/17

**.**

**...Any [1]**
166/3
**.9 [6]** 122/8
122/25 123/3
123/4 123/7
123/8

**1**

**1.310 [1]**
166/2

**10 [9]** 3/13
48/3 48/16
63/7 63/9
63/19 64/4
64/6 64/13
**10th [3]**
64/13 64/20
65/14
**11 [12]** 36/2
36/9 36/18
53/23 63/23
63/25 64/3
64/6 118/18
145/11 145/25
153/4
**11:03 [1]**
1/14
**11:03 a.m [1]**
4/3
**11th [3]**
64/13 64/21
65/14
**12 [4]** 15/5
67/13 67/15
143/16
**120 [1]** 2/12
**1200 [1]**
165/6
**121 [1]** 3/15
**12:51 [1]**
92/17
**13 [41]** 9/13
9/25 15/5
19/13 19/17
31/11 31/23
32/19 35/2
35/9 35/14
35/24 37/3
42/22 43/17
68/12 68/13
70/24 71/6
73/2 82/15
92/1 93/4
93/16 97/7
104/7 105/25
107/5 108/2
109/17 114/17
117/4 127/24
147/24 151/11
152/4 152/20
152/25 154/5
154/22 158/15
**130 [1]** 89/7
**1300 [2]**
68/18 89/3

**1350 [1]**
26/11
**136 [1]** 3/17
**14 [2]** 68/23
68/24
**140 [2]** 1/12
89/7
**144 [1]** 3/18
**15 [2]** 72/15
159/11
**150 [2]** 2/11
165/6
**16 [1]** 75/22
**161 [2]** 162/5
164/6
**17 [5]** 76/15
77/3 77/15
146/15 148/2
**1705 [1]**
165/2
**17th [2]**
76/10 146/6
**18 [1]** 122/4
**18th [1]**
79/14
**19 [1]** 85/24
**19-CV-60883-WI**
**LLIAMS/VALLE**
**[2]** 1/2
165/9
**1991 [3]**
74/10 74/12
152/15
**19th [1]**
84/12
**1:00 o'clock**
**[1]** 92/21

**2**

**2010 [4]**
13/21 13/25
19/23 156/6
**2016 [2]**
156/4 157/23
**2017 [2]** 11/6
11/10
**2018 [47]**
9/13 9/25
19/13 19/17
31/11 31/23
32/19 35/2
35/9 35/14
35/24 36/2
36/9 37/3
42/22 43/17

53/23 70/24
1/7 93/3
74/22 82/15
92/1 93/5
93/16 97/7
104/7 105/25
107/6 108/2
109/17 114/17
117/4 127/15
127/24 145/11
145/25 146/6
146/15 147/24
151/11 152/4
152/20 153/1
154/5 154/22
158/15
**2019 [3]**
10/15 11/1
136/18
**2020 [7]** 1/13
4/2 162/12
163/12 164/17
165/3 165/11
**2023 [1]**
163/18
**23rd [1]**
136/18
**24/7 [1]**
93/23
**28 [1]** 165/1
**2:22 [2]**
161/8 161/13
**2ND [4]** 2/11
10/15 11/1
165/6

**3**

**30 [2]** 6/10
142/12
**30-day [1]**
142/12
**305 [2]** 2/13
165/2
**320 [1]** 2/5
**33021 [1]** 2/6
**33130 [1]**
165/2
**33131 [2]**
2/12 165/6
**338756 [1]**
163/18
**3686 [1]** 2/13
**379-3686 [1]**
2/13
**3rd [5]**

**3**

**3rd... [5]**
127/15 160/25
163/11 163/18
165/11

**4**

**4601 [1]** 2/5

**5**

**577-1705 [1]**
165/2
**580 [2]** 1/12
4/8
**5TH [2]**
162/11 165/3

**6**

**610 [1]** 165/1

**8**

**8,000 [1]**
131/13
**8434 [1]** 2/6
**860-8434 [1]**
2/6
**87 [1]** 3/14

**9**

**9.4 [3]**
121/23 122/23
123/7
**9.8.1 [2]**
122/16 123/15
**90-day [1]**
142/13
**954 [1]** 2/6

**:**

**:SS [3]** 162/1
163/1 164/2

**A**

**A-L-E-L-I-S
[1]** 89/20
**A-L-O-K [1]**
7/4
**A-Z-Z-A-D [1]**
152/23
**a.m [2]** 1/14
4/3
**able [5]** 65/1
99/19 137/11
142/22 154/1
**aboard [52]**
12/11 12/21

36/8 52/11
52/15 53/15
69/15 71/1
71/8 71/17
72/21 73/2
80/3 80/11
80/18 80/20
81/15 83/7
84/6 88/8
90/18 91/12
101/12 103/2
104/10 105/6
106/11 114/8
114/16 115/15
115/19 116/8
117/7 118/13
119/12 125/20
126/23 127/5
127/15 127/23
131/17 132/20
135/12 135/16
138/5 141/9
144/11 146/19
148/4 152/5
155/18 156/19
**about [63]**
18/24 21/18
28/22 30/13
31/17 31/18
33/2 34/7
36/6 36/20
37/9 42/21
44/19 47/10
53/12 54/13
56/15 56/17
59/4 61/22
75/9 78/2
78/9 78/17
78/17 86/17
89/7 94/9
95/11 96/9
97/9 98/8
99/10 99/11
102/3 104/6
105/9 106/7
106/21 106/23
107/2 108/8
108/12 111/7
121/5 121/7
122/7 122/22
124/15 129/14
129/15 131/6
135/20 141/2
141/3 143/16
146/4 146/5

147/24 148/1
155/17 157/15
159/12
**above [3]**
1/24 11/24
165/11
**above-styled
[2]** 1/24
165/11
**Absolutely [1]**
134/25
**absolving [1]**
24/11
**abuse [1]**
150/18
**abusive [6]**
148/12 148/16
148/20 149/5
149/17 150/5
**access [1]**
137/20
**accordance [4]**
47/22 62/3
84/6 156/22
**according [3]**
115/3 149/11
157/2
**account [1]**
96/10
**accurate [1]**
164/6
**act [5]** 13/21
13/25 73/9
79/22 79/22
**acted [9]**
22/6 22/7
23/14 23/21
24/5 24/10
24/12 68/6
68/7
**action [7]**
20/13 22/20
61/1 61/18
130/4 162/8
162/9
**actions [4]**
22/2 23/3
67/21 149/2
**activities [2]**
82/10 82/19
**acts [3]**
22/11 22/12
69/3
**actual [10]**
40/22 49/10

49/12 50/6
50/12 50/13
77/14 77/23
119/3 155/16
**actually [11]**
5/7 16/6 32/2
76/13 94/15
99/5 115/18
122/16 133/20
147/24 150/23
**add [1]** 152/5
**addition [2]**
36/20 50/18
**additional [8]**
78/8 114/25
115/19 116/7
134/3 135/22
152/5 152/8
**Additionally
[1]** 14/19
**additions [1]**
166/19
**address [8]**
29/14 29/22
30/12 30/15
32/4 32/20
120/8 122/3
**addressed [1]**
47/4
**adds [1]**
76/17
**adjust [1]**
110/4
**adjustments
[3]** 109/4
110/5 155/12
**adopt [1]**
77/2
**advice [1]**
19/3
**advise [1]**
8/2
**advised [1]**
165/12
**affiliated [1]**
88/25
**affirmative
[91]** 10/25
14/20 14/24
15/2 20/6
20/11 20/12
20/15 20/19
21/4 21/8
21/20 21/22
21/24 22/5

22/8 23/3
23/7 23/13
23/20 24/10
24/14 25/2
25/19 25/22
25/24 27/22
27/23 28/19
30/10 34/11
48/19 48/21
48/23 49/12
50/5 51/4
51/10 51/18
51/21 52/7
53/9 57/3
57/4 58/9
59/1 59/3
59/6 60/15
60/22 61/10
61/22 62/10
62/12 63/7
63/8 63/18
63/19 63/23
63/25 64/3
64/5 64/14
64/21 65/14
67/13 67/14
68/4 68/11
68/13 68/22
68/24 72/14
72/16 75/21
75/22 76/10
76/15 76/16
77/1 77/2
77/3 77/14
77/16 77/18
77/24 78/11
79/15 84/12
84/15 85/23
**affix [1]**
162/11
**aft [2]** 97/20
143/20
**after [8]**
4/21 25/15
40/10 40/22
49/24 108/7
152/4 159/19
**again [38]**
9/17 12/9
27/22 50/2
58/17 64/20
68/4 68/25
69/13 70/19
71/25 75/24
76/23 77/4

**again... [24]**
77/22 93/2
104/16 105/3
106/3 117/11
123/2 124/8
124/19 126/24
128/24 129/8
130/14 130/20
133/10 140/1
140/19 141/13
141/16 141/20
142/22 143/3
160/7 160/10

**against [1]**
61/18

**agencies [1]**
152/12

**agency [1]**
140/17

**agents [2]**
116/22 126/17

**aggravated [1]**
57/17

**aggression [1]**
25/18

**aggressive [2]**
23/18 147/23

**aggressively
[2]** 25/12
147/19

**aggressor [1]**
25/14

**agree [11]**
19/16 35/3
40/21 73/13
81/13 83/6
83/25 117/19
123/19 150/9
150/12

**agreement [2]**
130/9 130/22

**ahead [7]**
15/18 50/11
66/12 87/10
120/17 133/18
134/6

**alcohol [4]**
70/15 71/7
72/1 85/1

**alcohol-relate
d [2]** 71/7
72/1

**Alelis [1]**
89/19

**Alert [1]**
56/5

**alerted [1]**
110/7

**all [111]**
5/15 5/19 6/9
10/9 10/20
13/18 14/2
15/5 15/13
19/5 20/4
21/3 22/5
22/20 23/1
27/2 27/10
29/8 30/14
30/14 40/7
42/16 44/2
45/10 46/13
46/16 48/19
56/16 57/24
60/5 62/25
63/6 69/4
72/14 73/8
75/21 76/15
76/23 79/14
79/19 80/15
80/25 81/12
81/18 83/17
83/20 84/2
86/3 88/7
88/7 88/23
89/10 89/23
90/10 90/18
91/22 92/5
92/12 92/24
94/9 94/9
102/12 102/13
104/5 107/23
107/23 107/24
108/12 109/14
110/20 112/8
112/21 113/25
114/1 114/3
114/15 114/15
115/25 115/25
117/3 117/12
117/23 118/1
118/17 119/2
119/14 120/22
122/11 125/25
126/19 127/13
128/24 129/20
131/8 131/24
133/14 136/13
136/22 139/25
140/13 141/13

**142/10 145/7**
150/7 150/21
151/7 155/21
159/24 160/13
165/15 165/24

**allegation [5]**
26/8 58/10
63/20 85/14
142/23

**allege [4]**
50/4 57/20
60/16 127/4

**alleged [11]**
23/7 24/11
24/14 25/6
57/8 60/17
68/6 86/19
111/22 154/21
155/22

**allegedly [1]**
99/21

**alleges [1]**
21/4

**alleging [8]**
14/19 21/14
22/6 23/20
58/5 58/23
61/23 77/13

**allocation [1]**
50/16

**alluding [1]**
103/6

**almost [1]**
142/11

**Alok [1]** 7/4

**along [2]**
31/4 32/7

**alongside [1]**
62/14

**already [10]**
40/23 41/19
76/12 82/12
87/12 116/22
127/11 133/21
135/19 156/9

**also [22]**
2/17 13/6
14/4 27/2
27/21 39/7
42/14 53/7
69/4 71/6
75/14 82/9
95/21 95/24
108/10 109/4
113/21 119/11

**120/6 126/15**
138/1 145/22

**alterations
[1]** 152/10

**altercation
[69]** 21/12
22/1 28/10
28/21 34/21
35/5 35/9
35/10 35/15
35/15 35/20
35/21 36/3
36/3 36/10
36/11 36/15
36/17 36/22
36/23 36/24
37/4 37/12
37/14 37/17
37/19 39/1
39/5 40/23
41/5 46/25
49/11 49/13
49/15 50/6
50/9 50/14
51/6 51/24
54/10 69/7
69/14 69/15
77/5 78/19
79/12 85/17
85/17 94/23
98/13 99/22
101/5 104/7
108/3 109/19
110/9 110/11
110/22 111/2
111/5 111/9
111/13 111/25
112/12 112/13
113/12 113/13
145/12 151/22

**altercations
[11]** 28/10
50/11 52/10
52/15 53/14
53/18 54/7
56/1 56/18
80/17 135/24

**alternatively
[4]** 27/3
27/13 76/17
77/17

**although [1]**
147/22

**always [3]**
78/23 93/24

**94/20**
121/1
162/7 162/7
162/8

**amended [1]**
6/3

**amenities [1]**
95/20

**among [1]**
105/15

**amount [3]**
69/23 69/24
70/1

**and these [1]**
89/11

**and/or [4]**
59/10 60/7
60/12 135/24

**Andrea [6]**
1/20 4/10
162/3 162/17
163/16 165/22

**annex [6]**
136/8 136/9
136/25 137/4
137/7 137/10

**announce [1]**
4/13

**announcement
[1]** 108/8

**announcements
[3]** 54/18
109/1 109/15

**another [8]**
26/7 32/14
35/4 78/15
81/5 104/18
111/23 124/23

**answer [26]**
8/6 9/16
10/17 10/18
10/25 14/12
15/17 31/9
32/10 33/19
44/7 58/12
70/20 107/10
114/17 118/18
119/23 119/25
120/15 120/17
120/17 132/16
133/15 135/20
160/3 160/10

**answered [13]**
23/11 23/23
24/16 25/9

**A**

**answered...**
**[9]**   27/19
34/24 49/19
56/24 66/12
87/8 125/9
128/1 139/15
**answering [1]**
136/4
**answers [7]**
3/13 8/21
10/13 15/2
87/8 133/24
152/18
**anticipate [1]**
70/23
**any [84]**   8/15
16/25 19/13
24/13 26/12
26/23 32/12
37/17 38/9
38/24 39/23
40/7 41/3
47/21 47/24
49/9 49/11
49/25 50/4
50/17 51/22
53/3 58/15
59/25 60/3
60/6 60/10
61/17 62/1
62/6 67/3
71/10 71/14
73/19 73/19
74/11 74/24
74/24 87/11
90/14 92/6
92/7 92/9
96/14 98/23
98/23 99/6
99/8 99/10
99/15 107/21
109/3 110/7
114/25 118/20
135/10 135/21
136/1 136/4
139/6 141/10
144/18 144/19
145/24 146/3
146/4 146/18
147/24 149/1
151/9 151/10
152/5 152/10
154/1 154/2
154/10 154/20

155/12 158/8
160/15 162/7
162/8 164/9
166/19
**anybody [13]**
6/16 43/11
54/23 81/6
88/20 90/23
95/18 95/24
103/7 107/17
152/19 154/7
155/13
**anyone [4]**
7/17 110/7
143/25 148/19
**anything [30]**
8/23 21/1
21/19 25/17
25/19 35/11
35/12 41/12
47/1 50/24
53/1 53/5
54/17 63/15
68/20 69/11
76/2 79/11
79/19 86/1
95/10 98/24
99/7 99/13
102/17 108/25
129/22 133/11
140/5 152/14
**anywhere [6]**
17/24 29/7
47/14 56/9
99/3 138/21
**apart [2]**
135/11 135/22
**apologize [2]**
10/20 89/13
**appear [2]**
5/16 87/24
**appearance [1]**
6/13
**appearances**
**[2]**   2/1 4/14
**appeared [1]**
163/6
**appears [4]**
21/25 76/11
76/16 88/6
**applicable [2]**
60/21 85/23
**application**
**[3]**   14/5
14/18 15/22

**applied [1]**
33/16
**applies [1]**
62/17
**apply [2]**
14/17 150/8
**appointed [1]**
141/7
**appointment**
**[1]**   165/15
**appreciate [6]**
22/23 31/17
43/23 43/25
58/18 78/14
**apprized [2]**
109/2 109/14
**appropriate**
**[1]**   73/9
**approximately**
**[1]**   89/8
**April [4]**
74/22 146/6
146/15 148/2
**April 17 [2]**
146/15 148/2
**April 17th [1]**
146/6
**are [152]**   5/5
6/8 13/15
14/16 15/8
15/11 16/2
18/12 22/6
22/22 23/8
23/13 28/14
29/25 31/6
31/19 31/20
33/10 34/12
36/12 37/21
37/22 38/4
42/3 42/9
42/9 42/13
42/17 43/19
44/19 45/24
46/13 46/14
47/6 48/7
48/9 48/15
48/15 54/16
54/16 55/4
55/23 55/23
55/23 55/24
56/21 57/20
58/6 58/7
58/10 60/21
61/5 61/13
61/23 65/1

68/1 68/6
70/9 70/9
70/10 70/12
70/18 71/10
71/12 71/14
72/19 79/23
80/11 81/5
81/25 90/7
90/7 90/8
90/8 90/9
91/12 91/14
91/16 93/12
93/18 99/16
102/5 102/5
102/24 103/1
104/14 105/8
106/4 106/7
107/16 107/22
109/1 109/2
109/3 109/7
110/5 111/7
111/22 112/13
113/4 113/11
114/8 118/24
119/23 119/23
121/17 121/21
123/17 127/1
127/18 128/25
132/4 132/18
132/24 133/15
133/22 136/11
137/3 138/5
140/25 141/1
141/1 141/9
141/12 142/10
142/15 143/10
143/11 144/15
146/3 146/11
147/4 148/9
150/15 150/15
150/17 150/17
150/20 150/21
150/21 151/8
153/5 155/2
155/17 155/21
157/10 157/13
157/16 160/3
160/10 160/18
164/9
**area [56]**
14/9 15/15
29/12 29/13
29/18 30/22
37/8 40/13
41/18 41/20

42/12 42/23
44/5 44/11
44/15 44/19
44/20 44/24
45/5 45/8
45/10 45/11
45/19 54/13
54/19 54/19
55/8 73/18
73/18 73/21
91/8 93/5
93/6 93/16
93/21 94/25
95/12 95/13
95/14 95/15
96/5 96/8
96/21 99/16
103/7 129/14
134/14 143/8
143/15 143/23
151/16 151/17
152/3 153/13
154/10 154/16
**areas [10]**
6/9 6/18 8/17
8/17 9/22
109/7 133/22
136/21 141/8
159/8
**aren't [2]**
54/2 78/23
**argument [1]**
145/12
**Argumentative**
**[2]**   33/17
131/19
**arise [1]**
106/12
**arm [6]**   18/25
19/18 57/12
64/11 66/17
158/16
**around [13]**
29/9 37/7
42/19 50/21
70/20 81/3
81/4 90/7
91/16 108/20
124/23 137/22
147/10
**arrange [2]**
165/14 165/15
**arrival [1]**
108/14
**articulate [2]**
65/2 68/5

**A**

**as [187]**

**ascertain [2]**
127/22 129/6

**ask [19]** 9/17
12/8 15/15
20/10 29/21
31/5 38/9
48/3 50/2
78/1 83/5
85/12 94/14
100/8 103/25
105/3 116/5
136/7 160/15

**asked [22]**
14/14 23/10
23/22 24/15
25/8 27/18
30/13 34/23
44/6 49/18
52/1 56/23
66/11 88/7
125/8 127/25
129/24 136/21
139/14 144/9
144/10 152/19

**asking [13]**
19/3 38/17
44/4 44/19
53/3 53/4
61/21 71/4
107/12 107/13
121/1 130/21
148/18

**assault [15]**
13/4 13/9
79/17 79/25
83/11 83/14
83/21 84/13
84/17 97/13
113/10 127/9
132/14 157/25
158/8

**assaulted [1]**
80/11

**assaults [12]**
15/7 17/11
80/3 80/20
117/7 126/22
131/17 135/12
135/24 136/3
156/19 156/23

**assembly [2]**
143/8 143/15

**assert [1]**

51/21

**asserting [2]**
121/15 143/4

**assertion [16]**
26/10 26/23
28/1 49/17
51/4 53/9
65/2 65/20
69/6 69/18
79/16 121/18
123/11 132/5
132/6 133/23

**assessing [4]**
80/25 81/2
81/11 84/20

**assessment [9]**
80/24 106/1
106/6 106/14
107/2 107/6
107/11 107/14
126/25

**assessments [4]** 104/10
104/13 106/3
106/11

**assigned [3]**
143/7 143/10
143/14

**assigning [1]**
142/24

**assist [3]**
37/13 42/12
54/16

**assistance [4]**
95/25 138/2
138/15 139/1

**assistant [3]**
90/3 90/24
114/2

**associated [2]**
122/8 123/9

**associates [1]**
154/3

**assuming [1]**
75/11

**attach [1]**
144/1

**attached [1]**
164/10

**attack [1]**
25/6

**attacked [1]**
24/17

**attempt [1]**
141/21

**attempted [4]**
37/16 38/1
48/5 101/4

**attempting [6]**
29/2 37/10
38/15 39/7
40/13 41/3

**attention [1]**
146/16

**attorney [4]**
8/7 8/10
162/7 162/8

**attorney/clien
t [2]** 8/7
8/10

**attorneys [1]**
58/16

**attributed [1]**
67/22

**authorities
[5]** 12/7
12/15 40/20
132/13 152/11

**authority [12]**
19/14 29/1
118/3 120/6
128/15 130/18
130/20 130/23
130/24 131/1
137/13 163/5

**authorization
[1]** 137/14

**authorized [1]**
162/3

**AVENUE [2]**
2/11 165/6

**avenues [1]**
150/21

**await [1]**
109/10

**awaiting [1]**
165/12

**aware [29]**
28/9 28/20
29/25 30/5
30/18 34/20
35/9 36/12
36/14 37/13
39/9 39/23
40/7 48/2
48/9 69/13
91/25 110/13
116/14 132/4
133/17 136/9
137/4 139/6

139/7 151/13
156/13 156/22
157/25

**away [2]** 66/2
66/16

**Azzad [1]**
152/22

**B**

**back [23]**
11/2 20/4
30/16 34/15
43/25 50/2
51/14 70/4
75/25 76/23
77/11 77/22
83/17 84/16
92/20 94/8
112/10 123/7
125/1 126/14
127/4 135/7
141/13

**background [2]**
113/19
118/21

**Bahama [1]**
16/13

**Bahamas [7]**
11/25 16/22
17/1 17/3
17/5 120/6
131/7

**Bahamian [2]**
128/15 130/17

**bar [1]** 147/5

**bars [1]**
102/10

**base [1]**
143/3

**based [29]**
13/18 19/21
21/12 40/9
40/10 98/15
98/17 100/21
100/22 107/12
110/15 110/17
111/19 111/25
118/2 120/5
128/8 128/10
128/14 128/14
128/17 130/20
130/23 131/1
143/3 158/10
158/12 160/6
160/11

**basically [1]**
56/3

**basis [53]**
15/4 20/10
20/15 20/19
21/7 21/20
21/23 23/19
24/11 25/23
26/3 26/9
27/5 28/1
28/2 48/20
48/23 49/16
51/3 51/20
52/6 52/8
53/9 54/8
57/4 59/2
59/5 62/11
63/8 63/19
63/24 64/2
65/2 65/19
67/1 67/14
68/12 68/14
68/23 69/6
72/16 75/22
77/2 77/24
78/11 79/15
106/4 107/14
121/17 125/17
128/11

**batteries [5]**
83/21 126/22
132/15 156/24
157/25

**battery [3]**
83/11 83/14
127/9

**be [130]** 4/11
12/20 12/24
12/25 13/10
13/16 14/22
15/9 15/14
16/12 18/20
18/21 20/14
28/7 30/24
33/4 33/5
33/15 38/2
40/25 46/20
47/3 47/22
47/25 48/7
50/23 50/25
55/9 55/13
55/14 56/16
57/13 58/24
61/4 61/11

**B**

**be... [95]**
62/25 63/2
63/24 65/24
65/25 66/22
67/21 68/8
70/11 71/16
72/2 72/11
72/12 72/13
75/8 76/11
76/16 77/6
79/24 84/24
86/20 86/21
87/4 87/25
88/6 89/17
90/13 90/25
91/8 93/11
93/20 93/21
94/2 94/18
96/2 96/4
96/5 96/7
96/9 102/17
102/18 103/7
105/9 105/20
105/21 105/22
106/13 106/15
106/18 107/12
108/9 108/15
108/22 110/7
111/22 111/23
112/14 115/3
117/15 122/12
125/18 129/15
130/11 133/16
136/4 137/11
138/19 138/23
142/7 142/22
145/14 145/14
145/21 147/1
147/13 148/15
148/19 148/22
149/2 149/12
149/13 150/7
150/11 152/14
152/14 154/3
155/22 156/18
157/1 157/16
157/21 158/20
164/6 165/12
166/4

**BEACH [7]**
1/13 4/9
62/14 62/23
94/16 162/2
163/1

**because [40]**
20/21 21/10
31/9 32/6
34/15 34/16
38/7 39/23
41/22 42/13
43/3 48/3
52/16 53/11
65/10 65/21
69/8 70/5
71/15 84/4
84/4 85/13
85/21 93/25
94/24 101/8
103/9 106/17
112/9 112/25
115/13 118/5
119/20 129/16
131/4 139/8
142/22 146/16
154/14 159/8

**become [1]**
81/7

**bed [1]**
108/12

**been [30]**
4/21 11/4
21/11 30/5
44/15 47/18
57/15 66/4
66/23 71/9
71/12 74/11
76/4 84/25
92/3 103/12
106/1 111/12
113/18 132/12
137/13 138/25
146/23 154/16
154/23 155/25
156/10 160/8
161/15 165/12

**before [39]**
1/20 6/6 11/1
29/24 35/2
36/11 36/15
36/22 37/11
37/19 39/1
41/1 41/10
44/13 44/16
50/17 53/19
54/8 59/16
69/14 70/7
70/24 71/6
75/2 78/18
79/24 85/8

94/23 95/23
57/2 23/6
108/22 111/8
120/19 127/21
129/7 159/11
163/6 164/16

**began [1]**
110/9

**begin [1]**
30/23

**beginning [1]**
92/22

**begins [1]**
4/3

**behalf [14]**
2/3 2/9 4/12
4/15 4/18
6/10 16/15
20/7 41/4
65/6 87/9
87/25 130/5
130/8

**behaved [1]**
23/17

**behavior [4]**
81/1 81/2
104/18 147/23

**behaviors [1]**
107/17

**being [16]**
4/7 39/23
40/8 41/24
42/2 78/9
93/13 104/14
106/8 109/1
111/17 111/17
117/4 122/25
150/14 156/14

**believe [11]**
15/25 17/25
42/25 71/24
82/24 84/14
86/22 97/1
97/4 114/18
120/1

**beneath [1]**
11/17

**benefits [1]**
131/3

**besides [8]**
7/15 21/19
26/25 49/25
50/3 57/25
113/10 150/18

**best [2]** 6/25

78/25

**better [6]**
28/7 66/4
66/23 67/1
67/10 79/7

**between [33]**
20/20 22/1
37/4 39/5
50/14 51/6
53/15 53/18
56/18 67/17
67/25 68/25
70/11 70/25
71/7 77/5
80/3 98/11
101/5 104/21
105/12 105/16
105/18 105/23
108/3 109/19
110/10 111/5
131/12 131/13
131/18 145/17
155/17

**bills [1]**
59/25

**BIRTHISEL [2]**
2/10 165/5

**bit [2]** 104/6
124/15

**blind [2]**
151/23 152/1

**blouse [1]**
103/20

**blown [1]**
145/22

**blue [3]**
102/2 102/21
102/21

**boarded [1]**
60/17

**bodily [14]**
13/9 17/12
17/13 17/17
18/7 18/21
19/1 20/1
156/20 156/24
157/25 158/8
158/17 158/24

**body [8]** 13/7
13/18 57/23
112/6 112/15
112/21 113/8
113/10

**bone [1]**
18/24

**book [1]**
155/20

**bookings [1]**
94/19

**booklet [1]**
138/9

**both [9]** 4/11
4/12 15/14
22/13 37/18
64/5 64/13
102/24 103/2

**bottom [2]**
122/21 145/11

**BOULEVARD [2]**
1/12 4/9

**Braver [1]**
104/2

**break [3]**
86/10 92/13
106/10

**breaking [1]**
37/14

**bridge [3]**
90/13 103/5
103/16

**brief [1]**
92/18

**briefs [1]**
108/10

**bring [3]**
62/7 134/18
135/1

**broke [1]**
67/25

**Bruce [2]**
2/18 4/11

**buffet [3]**
34/4 34/8
109/9

**built [1]**
152/15

**bunch [1]**
97/18

**bundle [1]**
95/19

**burden [1]**
25/3

**Bureau [3]**
12/16 12/20
16/7

**burn [1]**
86/13

**busier [1]**
93/25

**business [2]**

**B**

business...
**[2]** 156/9
157/24
busy **[1]**
94/13

**C**

c/o **[1]** 165/5
cabin **[9]**
101/16 101/18
108/10 108/10
116/1 138/6
138/7 138/7
147/15
call **[5]** 56/9
75/17 151/2
152/1 159/23
called **[3]**
30/24 95/22
138/25
calls **[1]**
56/13
came **[3]**
90/16 99/25
154/15
camera **[9]**
74/2 74/5
151/13 151/14
151/15 151/24
153/8 154/17
154/25
cameras **[3]**
99/16 152/5
152/8
can **[107]**
6/24 9/16
9/17 14/8
14/10 15/15
15/17 19/6
20/14 20/18
21/7 23/6
23/6 25/23
26/22 27/4
31/5 32/11
32/24 33/13
33/19 35/3
35/11 35/12
45/14 46/16
46/18 48/20
52/6 53/8
57/11 59/1
60/20 62/10
63/6 63/7
63/24 67/9

67/9 67/13
68/5 68/12
68/23 70/11
70/18 71/2
72/15 76/22
77/22 77/23
77/25 78/1
78/5 78/10
79/11 81/6
83/20 84/1
84/16 87/23
91/20 93/17
95/23 102/6
104/20 104/24
105/4 107/10
109/10 117/5
119/17 120/7
120/11 120/17
121/18 122/6
122/15 125/1
128/20 129/1
131/4 134/5
134/15 134/18
135/1 136/18
137/19 137/23
137/25 137/25
138/12 140/13
140/21 142/4
142/21 142/21
142/23 145/25
146/4 147/12
149/2 149/20
153/24 153/24
157/8 157/8
160/15
can't **[5]**
22/15 33/15
38/8 39/25
150/15
Canadian **[1]**
11/14
cannot **[3]**
101/3 129/4
143/2
caps **[1]**
139/25
captain **[23]**
6/20 6/22
6/23 7/9
16/11 16/11
87/1 87/2
87/4 88/9
88/17 88/19
88/20 88/21
89/25 90/13

104/15 140/3
140/5 140/17
142/8 155/8
158/11
captured **[2]**
154/17 154/20
cards **[1]**
42/15
care **[5]**
59/10 60/7
60/12 66/22
67/10
case **[18]** 1/2
40/3 57/9
59/23 60/1
61/8 61/22
101/10 111/3
114/24 115/10
116/6 117/20
132/3 159/5
159/11 159/13
165/8
cases **[1]**
111/21
casino **[1]**
91/4
categories **[5]**
18/13 79/23
96/6 96/15
156/18
category **[1]**
96/18
cause **[4]**
1/24 20/13
61/18 165/11
caused **[2]**
21/5 26/1
causing **[1]**
24/12
caveat **[1]**
76/17
cc **[1]** 165/24
CCT **[2]** 99/15
154/9
CCTV **[9]**
73/12 73/19
74/4 99/18
151/14 151/23
153/8 154/1
154/19
Celebration
**[1]** 144/11
cell **[1]**
150/1
central **[1]**

95/14
certain **[11]**
8/2 43/21
61/2 105/24
106/16 107/4
116/20 120/12
157/17 157/17
157/17
certainly **[3]**
126/12 129/21
138/19
CERTIFICATE
**[2]** 161/24
162/24
certificates
**[2]** 118/3
127/22
certification
**[3]** 115/1
141/14 160/9
certifications
**[3]** 117/13
118/2 141/21
certified **[6]**
114/4 114/4
114/7 127/12
127/13 165/22
certify **[5]**
162/3 162/7
163/5 164/5
166/17
chain **[1]**
100/7
chance **[1]**
65/7
change **[4]**
6/4 86/10
92/14 166/7
CHANGE/CORRECT
ION **[1]** 166/7
changed **[1]**
51/12
changes **[2]**
74/24 166/3
charged **[1]**
22/25
charges **[2]**
85/9 85/10
chef **[1]**
116/1
chief **[22]**
6/20 7/2 7/12
19/10 46/3
46/9 82/20
86/20 86/22

88/16 88/18
89/10 89/17
90/22 104/15
114/2 114/2
114/3 124/14
152/21 155/5
155/8
chose **[1]**
29/5
citing **[1]**
150/7
claim **[3]**
48/5 58/1
61/8
clarify **[2]**
72/25 125/25
Classic **[1]**
61/24
CLASSICA **[35]**
1/8 4/6 5/6
5/10 5/16
6/10 6/17
7/11 7/14
11/16 11/21
12/12 12/13
12/23 14/3
14/4 15/21
16/12 16/15
17/1 17/7
17/16 20/7
31/18 37/21
72/21 97/6
104/9 106/2
115/10 116/6
133/8 135/17
144/11 165/8
cleaners **[1]**
116/2
clear **[12]**
9/9 9/19 31/8
41/8 72/12
95/15 96/8
96/13 98/3
109/12 132/16
159/25
client **[14]**
8/7 8/10 9/24
19/17 59/9
60/6 94/22
99/21 108/4
109/19 110/10
111/5 158/23
159/10
client's **[2]**
158/16 159/13

**C**

**Clint [7]**
22/6 23/3
23/8 23/15
24/4 24/9
68/6

**CMI [19]**
114/14 115/13
115/24 116/11
116/15 118/5
119/14 123/24
124/3 124/9
127/19 128/4
128/5 128/17
128/24 128/25
129/6 141/16
141/22

**coat [4]**
101/11 101/12
101/13 101/13

**code [20]**
12/4 14/6
14/15 14/21
15/7 15/23
119/13 119/18
120/8 120/12
121/23 123/1
123/11 123/18
125/2 125/17
126/23 127/10
128/8 133/1

**codified [1]**
17/24

**coffee [1]**
109/9

**collection [2]**
140/15
140/19

**color [1]**
102/1

**combats [1]**
129/19

**come [19]**
11/2 32/6
40/20 54/13
71/25 80/24
91/22 95/22
97/19 109/12
112/10 113/16
113/18 113/20
114/3 117/12
126/14 127/11
135/7

**comes [2]**
110/4 157/12

**comfortably
[2]** 109/8
109/11

**coming [3]**
94/14 96/24
124/21

**comment [12]**
21/10 21/13
21/14 21/17
21/19 24/7
25/15 28/3
75/25 84/23
84/24 98/8

**Commission [3]**
163/18
164/20 164/21

**committed [2]**
12/11 12/21

**common [8]**
30/11 32/22
32/23 33/4
33/14 33/15
34/13 79/9

**communicate
[1]** 105/23

**communicated
[3]** 105/12
105/14 105/17

**communicating
[2]** 16/7
105/20

**company [19]**
5/11 11/14
47/13 71/16
81/17 114/9
114/10 114/12
114/13 115/8
115/24 116/18
117/2 117/15
124/19 137/20
142/5 156/2
156/13

**company's [10]**
119/19
120/13 125/4
125/18 127/8
128/23 132/25
138/13 140/22
142/6

**competing [1]**
59/22

**compilation
[3]** 16/17
16/24 17/6

**complaint [6]**

**10/17 10/17
11/1 11/6
28/25 61/14**

**complaints [1]**
138/15

**complete [1]**
50/19

**completed [1]**
74/10

**completely [1]**
45/3

**compliance [5]**
11/9 12/3
15/22 125/17
126/23

**complied [2]**
82/16 118/14

**complies [1]**
82/13

**compliment [1]**
104/17

**compliments
[1]** 54/3

**comply [2]**
14/4 118/8

**compound [4]**
18/24 19/18
57/11 158/16

**concerned [2]**
129/15 165/15

**concierge [3]**
95/18 95/19
143/24

**conclude [1]**
165/14

**condition [16]**
14/21 19/4
25/25 26/9
26/24 27/3
27/6 27/11
27/12 27/14
27/16 49/1
51/23 60/16
65/25 68/18

**conditions [3]**
60/19 60/21
80/25

**conduct [16]**
20/22 23/8
76/18 77/17
78/9 104/10
148/4 148/5
148/6 149/6
150/5 150/8
150/10 150/11

**150/14 151/4
150/18**

**conducted [5]**
4/7 104/14
106/1 108/9
133/8

**confidential
[23]** 48/5
48/13 119/21
120/3 120/5
120/16 120/18
120/20 120/23
121/16 122/13
122/22 123/1
123/12 124/7
128/7 128/18
129/8 129/11
132/17 133/10
133/16 133/22

**confidentialit
y [8]** 120/8
130/10 130/22
135/21 142/23
143/4 160/6
160/11

**confine [3]**
147/15 149/24
150/1

**confirm [6]**
39/14 43/14
87/25 98/25
110/21 151/9

**conflate [1]**
27/23

**conform [3]**
19/22 120/4
152/12

**conforms [2]**
74/9 152/15

**confront [1]**
72/18

**confusing [1]**
104/22

**congestion [1]**
98/4

**congregate [4]**
41/17 44/12
44/17 95/16

**congregating
[5]** 42/13
42/23 43/16
97/18 107/23

**connected [1]**
162/8

**consequences
[4]** 72/19

**149/2 150/11
150/16**

**consider [4]**
25/18 148/15
148/19 148/22

**considered [3]**
18/21 67/21
89/21

**constant [1]**
109/21

**constantly [4]**
81/11 84/20
104/12 109/1

**constitute [2]**
17/17 18/25

**constitutes
[3]** 18/7
19/24 20/1

**constructive
[9]** 51/1
51/5 51/8
51/22 52/13
52/18 53/4
77/14 77/23

**consultation
[1]** 58/21

**consumption
[1]** 129/22

**contact [7]**
32/3 32/7
32/24 40/19
56/7 128/5
137/25

**contained [1]**
60/19

**context [1]**
112/10

**continue [1]**
122/15

**contract [7]**
60/23 61/6
61/9 62/4
62/8 142/11
142/14

**contracting
[2]** 122/20
122/21

**contracts [2]**
126/13 142/15

**contrary [1]**
123/10

**control [10]**
11/20 100/3
108/20 109/22
140/15 140/22

**C**

**control... [4]**
141/1 141/5
141/11 141/20
**convenience**
**[1]** 165/14
**conversation**
**[3]** 99/11
112/19 155/15
**conversations**
**[1]** 58/15
**conviction [1]**
44/2
**coordination**
**[1]** 109/21
**copies [1]**
114/6
**copy [5]**
10/13 87/10
120/3 161/4
161/5
**Coronavirus**
**[1]** 131/12
**corporate [16]**
5/16 6/2
6/14 6/15
7/17 8/3 8/11
9/10 9/21
22/24 30/9
31/20 44/1
51/17 113/2
121/16
**correct [134]**
9/7 10/20
13/11 13/25
17/9 19/19
19/20 21/16
23/5 24/23
27/11 28/11
30/19 32/14
32/16 32/20
35/5 35/10
35/16 35/21
35/22 35/24
35/25 36/4
37/24 39/2
39/3 40/23
44/13 45/17
45/20 53/16
54/20 55/5
55/8 58/24
60/13 60/14
61/19 61/24
63/4 65/17
67/11 67/12

67/23 69/16
69/17 72/24
73/14 78/4
79/13 82/4
82/6 82/10
82/11 83/11
83/12 83/15
84/3 85/18
85/19 85/25
88/1 88/4
89/1 89/8
90/16 90/17
91/3 91/9
91/10 91/24
92/3 95/4
96/6 96/7
96/21 97/7
97/8 99/1
99/2 100/12
101/6 101/7
102/13 105/10
105/19 110/23
110/25 115/12
115/20 116/9
116/10 117/21
117/22 117/24
117/25 118/15
122/9 128/9
132/4 132/9
135/17 135/18
136/6 137/17
137/18 140/8
140/11 140/12
143/5 148/10
148/11 149/7
149/22 150/2
150/12 150/13
151/4 151/5
151/11 151/12
156/6 156/7
156/10 156/11
156/15 156/20
156/21 157/2
158/1 160/5
160/12 166/20
**correction [2]**
166/4 166/7
**corrections**
**[2]** 164/9
166/20
**Costa [3]**
74/19 74/21
131/11
**could [56]**
5/2 20/25

28/10 28/25
29/17 34/5
34/5 34/5
34/18 34/25
35/4 35/6
35/6 35/10
35/15 35/17
35/18 35/20
66/22 66/22
67/1 70/17
71/3 72/23
76/3 76/4
81/7 84/24
84/24 87/22
93/11 94/18
96/7 96/9
103/7 105/20
105/21 105/22
110/21 113/5
145/14 147/1
149/2 149/6
149/8 149/11
149/13 149/17
149/19 150/3
150/7 150/23
150/25 151/1
152/1 153/18
**counsel [15]**
4/13 7/19
7/20 14/8
36/7 58/21
87/20 120/2
120/10 130/8
144/9 144/13
162/7 162/8
165/24
**count [1]**
42/17
**countries [4]**
113/17 114/5
117/12 127/12
**country [5]**
117/10 118/20
119/1 119/4
141/14
**COUNTY [3]**
162/2 163/1
164/2
**couple [2]**
94/15 101/25
**course [4]**
56/14 102/10
153/22 155/7
**court [8]** 1/1
4/10 8/9

67/21 134/19
135/2 135/6
165/22
**covered [1]**
84/14
**create [1]**
68/17
**created [10]**
9/5 9/11 9/23
17/15 20/21
46/14 47/5
47/25 144/25
145/13
**crew [20]**
42/1 43/9
43/20 49/6
50/21 79/4
80/15 81/1
81/22 82/1
93/5 99/8
99/11 99/18
128/25 129/20
131/14 138/14
142/10 151/11
**crime [10]**
12/6 12/10
82/1 82/4
82/17 83/7
83/10 83/14
117/24 127/8
**crimes [6]**
12/21 83/21
84/6 126/22
132/14 155/21
**criminal [2]**
82/9 82/18
**criteria [2]**
17/15 157/17
**Cross [1]** 3/5
**crowd [5]**
140/22 141/1
141/5 141/10
141/20
**cruise [93]**
1/8 4/6 5/6
5/7 5/10 5/12
5/17 6/10
6/17 11/4
11/15 11/17
11/18 11/20
11/21 11/25
12/1 12/13
13/24 13/24
14/3 15/21
16/13 16/13

16/15 16/18
16/23 17/1
17/2 17/3
17/5 17/7
17/16 20/7
20/24 22/4
23/2 26/1
26/12 31/19
33/23 37/21
42/8 42/12
42/12 42/15
60/17 61/24
62/4 62/8
67/16 68/3
68/17 74/19
74/21 77/10
79/21 80/9
80/13 81/14
81/18 84/5
89/1 104/9
108/7 114/14
115/10 115/14
116/6 116/11
116/15 124/3
124/9 128/17
129/6 131/8
137/15 139/2
141/1 141/4
141/11 141/22
143/21 147/9
147/16 150/12
151/8 156/9
156/19 156/23
157/24 158/1
165/8
**culmination**
**[1]** 100/22
**customs [1]**
108/13
**cut [12]** 30/1
30/5 30/18
31/12 31/22
32/24 33/7
33/21 33/25
34/3 98/6
129/17
**cuts [2]**
32/14 33/1
**cutting [9]**
21/11 21/18
28/22 28/25
29/14 29/22
30/12 32/20
98/9
**CV [2]** 1/2

**C**

CV... **[1]**
165/9
**CVSSA [47]**
13/22 15/14
16/2 16/3
16/5 16/16
18/1 18/2
18/9 19/23
47/22 79/21
82/16 84/6
105/1 105/7
105/8 105/10
118/9 118/14
119/18 120/3
120/12 128/20
128/21 129/3
129/11 130/12
132/21 133/5
133/7 136/8
136/25 137/4
137/7 139/12
139/22 140/19
155/21 156/5
156/9 156/14
156/23 157/2
158/13

**D**

**d/b/a [1]**
17/3
**DADE [1]**
164/2
**daily [2]**
104/12 155/8
**damages [3]**
21/4 63/11
159/10
**dangerous [11]**
26/8 26/24
27/3 27/6
27/11 27/12
27/14 27/15
48/25 51/22
68/17
**date [4]** 4/2
71/20 93/17
154/5
**dated [1]**
136/18
**dates [1]**
53/21
**day [23]**
22/14 44/3

55/11 56/14
57/15 63/21
64/16 66/8
85/8 93/23
95/1 95/2
95/5 97/11
108/6 110/6
142/12 142/13
155/7 160/22
162/11 163/11
164/16
**days [8]** 36/1
36/11 36/14
36/22 53/19
54/8 69/14
85/16
**deal [2]** 33/3
79/4
**dealing [2]**
35/17 117/18
**Dear [1]**
165/10
**death [2]**
12/25 18/14
**debark [1]**
143/8
**debarkation**
**[2]** 143/1
143/15
**December [2]**
136/18 156/4
**December 23rd**
**[1]** 136/18
**decision [2]**
140/7 140/10
**deck [20]**
73/24 73/25
74/1 91/20
91/22 92/7
92/9 97/20
103/7 115/14
115/22 128/24
133/4 143/6
143/11 143/11
143/21 151/17
151/18 151/25
**dedicated [1]**
91/4
**deemed [1]**
133/22
**defective [1]**
68/17
**defendant [94]**
1/9 2/9 4/18
5/5 9/5 9/24

10/14 14/2
71/3 71/16
18/7 20/7
22/25 23/2
23/8 23/20
24/10 24/14
28/9 28/20
30/9 30/17
31/10 31/18
31/21 32/1
32/3 32/11
33/5 33/16
33/24 34/20
35/3 35/8
35/13 35/19
36/7 36/16
36/19 37/16
37/22 38/5
38/23 39/17
39/18 41/4
48/4 51/16
53/7 53/14
58/23 62/3
65/15 69/13
73/1 73/14
79/16 80/9
81/14 82/13
83/6 83/13
83/18 83/19
85/5 85/10
87/9 94/25
101/8 104/24
105/5 110/11
114/24 115/9
115/16 115/17
116/6 116/14
119/15 121/15
129/25 132/2
132/8 137/16
146/22 150/3
153/25 155/1
155/20 155/25
156/12 156/22
157/24 158/14
**Defendant is**
**[1]** 39/17
**Defendant's**
**[21]** 9/11
10/25 20/18
22/12 24/3
25/3 25/5
25/11 27/13
29/24 36/16
71/8 80/1
80/18 100/20

101/2 137/4
71/2 71/16
149/16 159/9
159/12 160/2
**Defendants [2]**
38/1 38/11
**defense [83]**
20/11 20/12
20/15 20/19
21/4 21/8
21/20 21/23
21/24 22/5
22/8 23/3
23/7 23/13
23/20 24/10
24/14 25/2
25/20 25/23
25/24 27/22
28/19 30/10
34/11 48/20
48/21 48/24
49/12 50/5
51/4 51/10
51/21 52/7
53/10 57/3
57/5 58/10
59/1 59/3
59/6 60/15
60/22 61/10
61/22 62/10
62/12 63/7
63/9 63/19
63/20 63/23
63/25 64/3
64/5 64/14
65/14 67/13
67/14 68/5
68/11 68/13
68/22 68/24
72/15 72/16
75/21 75/23
76/10 76/15
76/16 77/1
77/2 77/3
77/15 77/16
77/19 77/25
78/11 79/15
84/13 85/24
98/19
**defenses [9]**
10/25 14/20
14/24 15/3
20/6 27/23
51/19 64/21
84/15
**defer [6]**

18/8 38/13
38/11 159/1
159/15 159/17
**define [1]**
51/8
**definitely [3]**
65/7 91/14
126/15
**definition [2]**
18/2 18/8
**definitively**
**[1]** 71/4
**defuse [7]**
37/10 38/2
38/11 38/15
39/8 40/14
147/12
**delay [5]**
64/15 65/3
65/9 65/16
65/20
**delays [1]**
109/3
**delineate [1]**
150/10
**delinquents**
**[1]** 129/16
**Denise [5]**
1/20 162/3
162/17 163/16
165/22
**deny [2]**
39/14 110/21
**dep [1]** 159/5
**department [5]**
133/4 133/5
143/6 143/13
157/11
**departments**
**[5]** 104/22
104/25 105/5
105/13 105/15
**depending [5]**
66/20 107/15
107/16 139/16
148/25
**depends [6]**
12/15 55/11
111/15 140/2
142/16 145/8
**depo [2]** 86/3
86/7
**deponent [1]**
165/11
**deposition**
**[32]** 1/17

deposition...
**[31]** 1/23
3/12 4/4 4/7
5/19 6/3 6/6
6/14 6/16
7/16 7/25 8/4
9/10 9/20
10/4 51/19
59/17 59/20
124/3 129/23
133/18 134/2
134/4 135/6
135/8 159/6
160/14 161/13
162/4 165/12
166/18
**describe [29]**
27/5 57/19
60/20 78/10
97/12 102/6
103/15 104/20
104/24 105/4
112/21 119/17
120/11 125/2
126/19 127/6
128/21 129/1
132/19 137/19
138/12 139/11
139/21 140/13
140/21 142/4
142/21 142/23
145/25
**described [14]**
26/25 28/17
29/7 29/21
69/25 71/1
112/1 113/9
113/14 114/7
114/17 118/4
118/22 145/18
**description
[2]** 3/11
46/1
**designated [1]**
9/22
**designation
[5]** 104/8
136/21 159/9
159/10 159/14
**designed [4]**
42/21 147/9
147/10 152/2
**desk [9]**
42/25 43/1

43/1 44/25
93/9 93/22
94/3 94/7
153/9
**despite [4]**
52/14 54/6
85/15 156/14
**detail [12]**
12/5 119/17
120/11 125/2
126/19 127/7
128/21 129/2
137/19 138/12
140/21 142/4
**details [2]**
97/13 146/9
**detain [1]**
149/20
**detection [4]**
82/4 82/17
126/21 127/9
**determent [2]**
135/12 135/24
**determination
[4]** 17/12
18/6 158/10
158/12
**determine [2]**
113/12 159/21
**deterrence [3]**
80/2 80/17
80/20
**develop [1]**
113/5
**development
[1]** 121/24
**diagram [4]**
45/21 45/23
45/24 46/2
**dial [1]**
138/2
**did [71]** 6/16
7/17 7/24 8/2
8/15 8/20 9/4
9/8 9/11 9/23
10/4 10/6
10/7 10/8
10/19 11/10
27/14 42/6
43/3 44/23
45/4 49/20
58/11 58/20
59/16 59/19
59/22 59/25
60/3 62/2

62/7 64/21
64/23 66/14
68/16 68/17
74/20 74/24
75/2 75/6
85/9 95/7
95/10 97/9
108/1 109/17
121/4 121/6
124/2 124/8
125/5 127/21
128/3 129/5
129/25 130/7
130/9 130/9
141/25 142/3
146/22 152/5
153/25 158/14
158/23 159/5
159/7 159/8
159/11 159/14
162/3
**didn't [18]**
19/22 27/7
34/15 39/19
39/22 40/6
40/22 49/3
51/14 76/6
80/21 99/12
125/22 128/10
141/21 152/10
153/18 153/19
**difference [3]**
76/20 77/16
145/17
**different [22]**
34/18 45/3
46/15 53/18
54/3 54/5
57/23 61/5
70/17 75/17
76/14 81/4
88/15 101/15
104/18 107/15
109/10 113/4
122/4 124/24
133/3 150/7
**differently
[2]** 53/25
54/2
**difficult [3]**
77/8 83/4
86/5
**dining [1]**
116/1
**direct [6]**

3/5 4/24
11/20 49/7
50/22 108/21
**directed [1]**
148/19
**direction [1]**
76/4
**directions [1]**
31/6
**directives [1]**
65/6
**director [1]**
108/7
**disabled [1]**
143/24
**disclaim [1]**
37/16
**disclosure [1]**
130/1
**discovery [4]**
36/8 48/4
133/20 136/22
**discuss [4]**
6/9 123/18
132/24 159/25
**discussed [4]**
76/25 77/25
79/24 155/2
**discusses [1]**
122/19
**discussion [2]**
8/8 94/24
**discussions
[1]** 19/9
**disembark [9]**
29/12 32/8
42/10 42/16
50/9 50/23
91/23 108/15
143/11
**disembarkation
[39]** 26/15
26/18 28/24
30/1 30/19
30/23 31/13
31/22 32/13
33/6 33/25
34/7 43/16
44/13 49/5
50/4 50/16
50/19 52/9
52/17 54/11
64/15 65/3
66/9 67/11
69/17 69/20

70/23 75/10
85/22 91/11
91/19 94/12
103/8 108/2
108/12 108/18
109/18 143/8
**dispute [1]**
53/22
**disputes [4]**
70/11 70/25
71/14 72/1
**disruptive [1]**
106/19
**DISTRICT [2]**
1/1 1/1
**disturbance
[1]** 47/5
**divided [1]**
115/22
**divulging [1]**
120/18
**do [146]** 4/23
6/25 16/14
16/25 18/11
22/4 23/4
23/19 25/1
29/5 32/13
33/10 38/5
38/9 38/12
38/16 41/14
41/16 41/21
41/24 42/6
43/5 46/13
49/21 51/2
51/2 52/3
53/25 55/10
56/8 56/18
57/7 57/7
57/25 58/11
58/20 58/25
59/8 60/5
61/17 62/6
64/6 64/14
65/8 67/16
74/1 74/24
75/14 75/17
76/20 78/20
80/23 81/13
83/20 84/1
85/7 86/9
87/9 87/11
87/22 88/10
88/15 92/11
92/12 93/12
93/14 94/14

**do... [79]**
 94/15 95/3
 101/15 101/22
 102/15 105/21
 105/21 105/23
 107/21 110/23
 111/17 114/6
 114/24 115/4
 115/25 116/3
 117/2 118/3
 118/19 118/22
 119/2 120/22
 121/6 121/23
 122/2 122/9
 122/17 122/21
 124/2 124/16
 126/18 126/24
 127/21 128/3
 129/5 130/24
 132/13 133/3
 134/15 135/10
 135/21 137/1
 137/6 137/9
 142/16 145/3
 145/7 145/24
 146/2 146/10
 146/14 146/18
 146/21 147/3
 147/12 148/10
 150/4 150/15
 151/20 152/13
 152/14 153/7
 153/7 153/10
 153/11 154/8
 154/12 154/13
 154/19 155/1
 155/12 157/12
 157/18 159/11
 159/14 159/17
 160/22 162/3
 166/17

**document [4]**
 6/5 6/6 46/12
 56/8

**documentation**
 **[3]**   144/18
 144/24 146/18

**documented [7]**
 41/9 56/22
 57/1 71/10
 71/14 139/2
 157/1

**documents [6]**
 8/15 8/20

 17/4 48/5
 130/11 155/21

**does [41]**
 11/16 11/19
 12/13 14/2
 15/21 25/13
 31/10 36/5
 36/6 37/15
 38/24 78/2
 78/5 78/5
 85/5 85/10
 86/24 88/19
 101/14 101/15
 101/18 102/3
 104/9 106/20
 106/21 114/9
 114/24 115/18
 116/7 118/7
 119/15 130/18
 136/8 137/3
 146/22 151/21
 153/12 153/16
 153/20 155/1
 155/20

**doesn't [5]**
 31/16 32/10
 70/6 117/20
 139/8

**doing [6]**
 64/9 116/18
 117/15 124/20
 138/24 151/8

**domestic [4]**
 70/11 70/25
 71/13 146/7

**don't [80]**
 9/3 14/17
 19/7 22/17
 23/24 24/4
 28/3 28/18
 30/4 30/6
 31/13 31/14
 32/12 33/2
 33/21 38/8
 38/22 39/25
 41/12 43/8
 44/17 47/15
 53/20 54/12
 56/20 58/3
 58/7 58/23
 61/20 64/9
 64/18 65/5
 66/13 66/19
 67/3 71/20
 74/15 79/10

 85/2 86/13
 87/6 87/21
 87/22 87/23
 92/5 92/6
 92/24 95/1
 97/18 98/23
 99/7 101/23
 103/25 105/22
 118/23 119/5
 129/13 130/25
 137/10 137/22
 138/18 139/4
 139/8 139/9
 139/9 141/12
 146/9 147/24
 148/17 150/10
 151/9 154/6
 154/6 154/14
 154/23 154/24
 155/6 156/8
 157/10 157/14

**done [26]**
 20/25 22/12
 24/20 25/7
 25/7 25/12
 46/8 47/7
 56/6 67/17
 74/15 88/23
 106/4 107/14
 107/23 107/24
 111/4 116/11
 119/14 123/23
 126/13 128/24
 140/2 140/24
 150/7 152/14

**double [1]**
 80/7

**down [10]**
 17/23 29/11
 47/14 54/13
 97/19 97/20
 97/22 106/10
 138/21 147/8

**downstairs [1]**
 109/23

**drafted [1]**
 159/4

**Drake [1]**
 11/12

**drills [3]**
 122/7 123/9
 133/7

**drink [2]**
 85/8 147/5

**drive [1]**

 66/4

**Driver's [1]**
 163/8

**drop [2]**
 138/24 151/1

**due [1]**
 108/14

**duly [2]**   4/21
 163/6

**DUNLEAVY [4]**
 2/11 3/5 4/17
 165/5

**during [24]**
 29/25 30/18
 31/12 31/22
 33/6 33/25
 50/9 50/16
 52/17 54/10
 69/20 85/22
 91/11 94/12
 101/4 101/9
 103/8 106/12
 108/2 109/18
 110/22 111/1
 112/12 142/25

**duty [8]**   53/8
 53/11 54/9
 79/16 83/17
 142/25 143/7
 143/14

**E**

**E-P-A-U-L-E-T-**
**T-E-S [1]**
 104/1

**each [13]**
 12/5 16/18
 16/18 20/9
 20/10 42/16
 108/10 118/19
 127/14 142/11
 143/21 143/23
 144/25

**earlier [1]**
 110/20

**earliest [1]**
 165/14

**early [3]**
 85/6 95/21
 95/23

**Earth [1]**
 32/1

**easy [1]**
 101/15

**educates [1]**

 137/20

**effect [1]**
 156/10

**eighth [2]**
 60/22 61/10

**either [8]**
 21/5 22/9
 39/12 76/4
 102/15 109/12
 134/10 141/14

**elbow [1]**
 65/22

**else [26]**
 7/18 8/23 9/1
 21/1 21/19
 25/17 25/19
 29/22 41/15
 43/11 47/1
 50/24 53/1
 53/5 53/6
 63/15 68/20
 69/11 76/2
 79/19 86/1
 90/23 95/23
 108/25 137/8
 140/5

**email [2]**
 105/20 105/24

**embarcation**
 **[1]**   95/12

**embarkation**
 **[4]**   108/8
 109/3 126/25
 142/25

**emergency [3]**
 66/15 138/1
 138/23

**employ [1]**
 109/17

**employed [3]**
 93/15 93/18
 106/8

**employee [35]**
 5/5 5/12
 30/11 32/3
 32/25 37/5
 37/11 37/17
 38/1 38/10
 38/15 38/16
 38/25 39/6
 39/18 39/23
 40/4 40/8
 40/13 41/3
 41/10 71/16
 82/16 98/20

**E**

**employee...**
**[11]** 101/4
101/9 110/22
111/1 111/4
111/13 142/12
146/8 146/17
162/7 162/8
**employees [17]**
32/7 37/7
37/9 40/22
41/18 41/20
43/14 44/5
55/23 93/20
93/21 94/25
102/24 127/19
146/23 154/20
154/24
**enacted [1]**
156/5
**encompassed**
**[2]** 14/13
15/15
**encore [1]**
109/6
**end [5]** 5/22
76/1 76/9
92/16 142/13
**enforcement**
**[4]** 140/16
141/15 149/14
154/15
**engine [3]**
115/14 115/23
128/25
**enough [1]**
156/25
**ensue [2]**
78/20 111/25
**ensued [4]**
21/12 25/16
98/10 99/22
**ensuing [1]**
111/5
**ensure [2]**
80/10 106/16
**entails [1]**
103/15
**entered [1]**
166/4
**entire [3]**
33/23 126/2
126/6
**entirely [1]**
151/1

**entities [4]**
11/19 13/15
61/4 61/13
**entity [10]**
11/7 11/24
12/5 16/6
61/19 61/19
61/25 118/6
155/23 157/1
**entourage [1]**
100/17
**environment**
**[3]** 43/19
80/15 84/2
**epaulet [2]**
103/17 103/22
**epaulettes [2]**
102/11
103/24
**errata [2]**
164/9 166/1
**escalate [1]**
111/18
**escalating [1]**
112/19
**Esq [1]** 165/5
**ESQUIRE [2]**
2/4 2/11
**established**
**[6]** 40/2
52/12 53/13
53/17 97/5
135/19
**ethics [1]**
11/8
**evaluate [1]**
111/16
**evaluated [1]**
159/2
**evaluation [3]**
142/11
142/13 159/20
**even [8]** 7/8
41/16 41/17
92/24 109/9
147/6 147/8
154/7
**evening [2]**
64/8 65/4
**events [4]**
55/11 100/7
155/7 157/18
**ever [2]** 34/9
70/23
**every [5]**

16/17 31/4
80/2 93/7
118/13
**everybody [1]**
95/23
**everyone [3]**
73/10 100/23
104/17
**everything [9]**
26/22 49/4
49/8 84/1
108/23 128/6
128/7 141/18
157/13
**evidence [22]**
38/10 38/24
39/4 39/10
39/12 39/14
39/21 40/3
40/5 59/8
60/5 60/11
62/1 62/6
65/8 82/6
82/7 82/18
92/6 101/10
140/16 140/20
**ex [1]** 102/20
**exacerbate [1]**
66/5
**exacerbated**
**[6]** 64/8
64/16 65/4
65/9 65/17
65/20
**exact [4]**
58/7 71/20
76/12 138/18
**exactly [2]**
21/25 95/1
**examination**
**[5]** 3/5 3/5
4/24 159/19
165/11
**examined [2]**
4/21 159/16
**examiner [3]**
159/2 159/16
159/20
**example [2]**
12/19 147/23
**examples [2]**
119/7 150/7
**except [1]**
132/17
**excursion [5]**

42/25 93/9
93/22 94/13
102/16
**excursions [2]**
94/10 94/11
**excuse [8]**
6/15 36/23
82/6 89/15
118/18 126/21
138/4 144/14
**executive [1]**
116/1
**exercise [2]**
122/7 123/9
**Exhibit [28]**
3/12 3/13
3/14 3/15
3/16 3/18
5/20 5/23
6/19 8/18
9/22 10/10
10/13 10/24
20/5 87/10
87/17 88/2
114/19 118/19
121/11 121/12
127/17 136/14
144/2 144/3
144/14 152/17
**Exhibit 1 [1]**
8/18
**Exhibit 2 [2]**
10/13 10/24
**Exhibit 3 [4]**
88/2 114/19
127/17 152/17
**Exhibit 4 [1]**
121/11
**Exhibit 6 [1]**
144/2
**Exhibit 8 [1]**
144/14
**exist [2]**
27/14 139/8
**existed [2]**
26/9 26/24
**exists [4]**
27/3 87/23
137/4 139/10
**exit [2]**
45/14 97/23
**expect [3]**
32/21 70/22
73/8
**expedited [1]**

160/20
**experience [1]**
67/12
**experienced**
**[1]** 113/6
**expert [5]**
59/11 59/14
60/9 64/19
64/22
**experts [1]**
59/23
**expires [2]**
163/18 164/21
**explain [2]**
52/2 57/11
**explained [2]**
124/25 125/15
**express [3]**
95/22 95/24
143/25
**extent [3]**
66/17 84/15
120/14
**extreme [2]**
17/19 147/13
**extremely [1]**
131/5
**eye [2]**
107/18 155/14
**eyewitness [1]**
98/19

**F**

**F.R.C.P [1]**
166/2
**face [10]**
68/10
**Facility [3]**
14/6 15/23
119/13
**fact [9]** 36/1
37/16 50/8
50/15 50/18
52/14 67/24
85/15 150/23
**factor [1]**
85/1
**facts [24]**
26/23 49/2
49/9 49/11
49/25 50/5
50/17 53/3
60/5 60/10
61/9 61/17
62/1 62/6

**F**

**facts... [10]**
64/6 64/13
64/14 65/8
67/8 68/6
78/20 145/24
146/4 147/24
**factual [47]**
15/4 20/10
20/15 20/19
21/7 21/20
21/23 25/23
26/3 26/9
27/5 28/1
28/2 48/20
48/23 49/16
51/3 51/20
52/6 52/8
53/8 54/8
57/4 59/2
59/5 59/8
62/11 63/8
63/19 63/24
64/2 65/2
65/19 67/1
67/14 68/12
68/14 68/23
69/6 72/15
75/22 77/2
77/24 78/10
79/15 84/17
121/17
**failed [3]**
20/13 34/12
63/11
**failing [2]**
27/24 89/14
**fair [6]**
52/21 52/23
69/21 70/7
78/6 89/6
**familiar [4]**
48/16 71/15
72/3 144/15
**familiarize
[1]** 6/18
**familiarizing
[1]** 51/18
**far [4]** 100/9
110/5 116/17
153/19
**fault [1]**
67/22
**FBI [7]** 13/17
105/9 139/13

157/16 157/22
158/9 158/21
**fear [1]**
131/11
**FEBRUARY [6]**
1/13 4/2
162/12 163/11
165/3 165/11
**February 3 [1]**
4/2
**federal [5]**
12/16 12/20
16/7 16/19
19/19
**fee [1]** 95/23
**feel [1]**
126/24
**feels [1]**
55/13
**female [3]**
102/24 103/2
103/10
**few [2]** 38/6
129/17
**fifth [7]**
51/4 51/21
53/9 76/25
77/16 77/18
77/24
**fight [5]**
25/15 41/11
67/25 98/9
129/16
**filed [6]**
1/23 6/6
10/14 11/1
20/6 87/25
**film [1]**
152/3
**financially
[1]** 162/8
**find [2]**
89/14 164/6
**fine [4]** 16/4
60/24 67/8
78/7
**finish [2]**
77/21 135/4
**first [13]**
4/21 7/5 7/6
34/1 43/10
46/1 83/4
97/1 97/9
106/21 106/23
109/12 126/23

**FISCHER [4]**
2/4 2/5 3/5
4/15
**fist [1]**
113/9
**five [3]** 86/8
93/11 136/12
**fixed [1]**
142/25
**FL [1]** 165/2
**flag [3]**
120/6 128/14
130/17
**flagged [1]**
156/15
**Flagler [1]**
165/1
**floor [1]**
91/1
**FLORIDA [14]**
1/1 1/13 1/21
1/22 2/6 2/12
4/9 63/3
162/1 162/25
163/17 164/1
164/20 165/6
**flow [3]**
108/20 108/20
109/22
**fluid [2]**
100/25 107/24
**focus [1]**
153/13
**focuses [1]**
154/25
**focusing [1]**
40/25
**follow [8]**
13/20 18/3
26/21 41/23
50/20 65/5
124/23 157/18
**followed [3]**
41/25 42/2
65/23
**following [2]**
122/3 125/19
**follows [1]**
4/22
**food [1]**
109/9
**foot [3]**
57/22 57/25
58/2
**force [5]**

117/17 117/20
147/11 147/12
156/10
**foregoing [3]**
162/5 164/5
166/18
**foreign [1]**
156/15
**forensic [1]**
140/16
**foreseeable
[13]** 69/5
69/7 69/8
69/19 69/20
69/23 70/5
84/14 84/18
84/19 85/14
85/21 132/3
**form [9]** 9/14
19/2 19/6
51/25 81/16
84/7 107/8
123/13 166/3
**formalities
[1]** 108/13
**former [2]**
117/11 117/11
**forms [1]**
116/20
**forth [12]**
31/7 61/16
81/5 108/9
108/13 115/6
119/22 120/4
129/14 131/14
155/14 164/9
**forward [2]**
97/21 143/20
**found [3]**
15/8 77/18
122/1
**four [1]** 90/3
**fourth [2]**
25/22 30/10
**FPR [3]** 162/3
162/17 165/22
**fracture [4]**
18/24 19/18
57/12 158/16
**free [1]** 98/3
**frequently [2]**
70/6 70/7
**front [6]**
8/12 30/1
30/6 53/20

98/6 98/7
**FUENTES [30]**
1/4 4/5 4/16
22/1 22/21
23/18 24/8
24/18 25/15
31/14 31/18
34/17 37/4
37/18 37/25
38/14 39/6
51/6 51/23
96/14 98/7
98/8 98/12
99/24 100/10
100/12 101/5
158/23 159/16
165/8
**full [1]**
145/21
**fully [1]**
48/18
**functions [1]**
107/21
**further [3]**
53/2 107/19
162/7

**G**

**gangway [10]**
42/15 55/2
55/3 55/22
91/14 92/3
92/10 109/6
143/19 154/16
**gave [3]**
32/18 119/7
119/10
**general [4]**
45/10 81/13
99/11 126/25
**generally [3]**
91/8 101/19
102/7
**gentlemen [1]**
84/21
**gentlemen's
[1]** 22/15
**get [26]**
22/15 34/16
40/18 45/7
48/14 51/24
70/21 79/7
80/7 86/3
91/20 93/2
95/20 95/20

**G**

**get... [12]**
95/24 114/6
126/15 132/16
138/2 146/9
149/10 151/3
153/19 153/24
156/8 161/1
**gets [1]**
139/20
**getting [5]**
50/11 66/8
69/9 129/16
157/24
**GG [1]**  163/18
**give [6]**
12/19 28/19
128/10 136/18
136/19 144/5
**given [5]**
19/22 126/6
142/10 166/5
166/18
**gives [2]**
61/2 92/2
**giving [2]**
67/5 126/2
**go [35]**  12/4
14/11 15/17
20/4 20/5
20/8 26/22
29/21 33/2
42/10 45/14
48/19 50/2
51/1 55/4
57/3 63/20
66/12 76/10
76/23 77/11
77/22 84/16
87/10 120/7
120/17 128/20
129/13 134/2
134/6 134/9
135/6 137/23
138/24 157/8
**God [1]**
153/18
**goes [7]**
14/24 27/21
56/9 75/25
121/8 140/18
141/13
**going [71]**
8/5 8/6 10/23
4/2 12/11

14/7 20/8
20/8 20/9
28/4 28/6
28/8 28/14
29/9 31/6
33/10 33/21
40/24 48/14
49/4 49/11
49/13 50/7
50/14 51/24
61/1 64/7
67/12 76/1
78/13 78/20
78/23 78/24
79/10 79/14
81/3 86/14
91/5 92/14
96/12 107/21
110/7 111/18
112/10 113/12
121/11 123/18
127/1 127/4
133/15 133/16
134/1 134/1
134/2 134/4
134/8 134/10
134/11 134/13
134/13 134/17
134/20 135/2
135/7 135/20
136/10 144/1
155/11 160/3
160/10 160/14
**gone [5]**  29/1
64/10 66/15
76/3 76/12
**Good [1]**  5/2
**got [10]**
22/21 40/15
67/18 87/21
101/25 134/3
134/8 144/6
147/18 156/9
**gotten [2]**
42/4 67/10
**government [4]**
16/19 19/19
122/20 122/21
**governmental [8]**  12/7
12/15 13/15
16/23 19/13
132/13 155/23
157/1
**Grand [12]**

7/11 7/14
12/16 12/22
14/4 72/21
97/6 106/2
133/8 135/16
144/11 144/11
**GRANT [10]**
1/17 3/4 4/4
4/20 5/4
162/4 163/5
164/14 165/4
165/10
**granted [2]**
20/14 137/13
**greater [1]**
18/17
**group [2]**
80/24 96/17
**groups [2]**
96/3 140/25
**guard [6]**
54/23 89/7
124/23 147/15
152/22 152/23
**guards [13]**
55/24 73/12
88/24 91/9
91/12 92/3
92/10 113/22
113/23 114/3
119/9 152/24
153/3
**guess [10]**
27/6 28/6
34/4 46/17
65/22 67/3
68/8 75/18
152/1 152/13
**guessing [1]**
93/12
**guest [32]**
21/10 33/20
42/16 42/24
43/1 43/4
44/24 46/22
47/1 93/7
93/22 93/23
94/5 94/7
96/12 97/16
102/16 102/18
102/23 103/9
108/10 109/12
137/23 137/25
148/4 148/5
148/6 149/6

150/5 150/10
150/14 151/3
**guests [33]**
26/11 30/22
31/5 32/21
33/10 42/13
42/17 45/7
49/8 50/22
54/13 67/18
68/18 69/9
69/24 70/1
73/8 81/4
84/2 84/21
95/15 97/16
97/18 107/16
108/21 109/2
109/5 109/7
117/18 131/24
143/24 147/4
151/21
**guidance [3]**
32/18 65/6
65/23
**guide [2]**
30/21 50/22
**guidelines [5]**
18/3 18/12
19/22 157/17
158/13
**guiding [2]**
42/9 54/15
**guise [1]**
135/20
**gun [1]**  78/25

**H**

**had [62]**  22/4
26/6 28/25
33/24 35/3
36/15 36/21
40/19 40/23
48/25 49/10
49/12 49/14
50/1 50/1
50/6 50/8
50/10 50/15
51/5 51/22
52/8 52/10
52/16 53/8
53/14 54/9
54/10 57/6
57/21 57/21
57/22 58/15
63/12 64/10
65/22 66/2

66/15 67/10
67/16 70/24
71/7 77/7
77/14 78/14
78/15 79/16
82/17 85/7
85/16 85/20
85/21 95/4
106/1 113/15
132/4 144/9
144/10 147/5
156/9 158/7
158/9
**Hadley [31]**
22/1 22/6
23/4 23/9
23/15 24/4
24/9 25/14
27/7 37/5
37/18 37/25
38/14 39/6
50/15 51/7
51/23 68/6
78/15 85/7
94/23 96/17
98/8 99/24
100/14 101/6
108/4 109/20
110/10 111/6
154/3
**Hadley's [2]**
24/22 24/24
**hallway [12]**
44/22 44/23
45/1 45/12
45/15 45/20
45/22 96/3
96/25 97/20
97/21 143/22
**hallways [1]**
97/17
**HAMILTON [2]**
2/10 165/5
**hand [8]**
22/22 108/23
113/1 113/3
121/8 121/8
162/10 163/11
**handle [3]**
29/2 29/22
33/14
**handled [1]**
29/2
**handling [2]**
117/6 136/3

**H**

**hands [1]**
147/14
**handwritten**
**[1]** 99/4
**hangs [1]**
101/25
**happen [14]**
34/5 35/11
35/13 36/5
36/6 50/14
70/10 70/19
71/2 79/11
84/25 157/14
157/18 158/4
**happened [10]**
40/11 46/1
46/1 46/12
71/6 94/22
101/1 146/1
146/4 147/25
**happening [1]**
34/9
**happens [4]**
32/2 33/11
33/22 61/20
**hard [1]**
33/20
**harm [2]**
156/24 158/1
**has [29]**
14/20 15/7
18/20 20/13
24/11 31/21
32/1 32/11
35/14 35/19
46/15 52/1
57/8 61/3
61/18 65/15
65/21 74/11
74/13 79/22
80/9 83/19
96/9 103/17
103/17 137/13
150/14 155/25
165/12
**hate [1]**
116/4
**have [228]**
**have a [1]**
73/7
**haven't [7]**
52/16 85/21
148/17 148/24
158/7 158/7

158/7
**having [5]**
4/21 52/14
54/6 128/16
161/14
**having**
**knowledge [1]**
52/14
**he [58]** 14/20
23/14 23/17
23/17 23/21
24/12 24/17
24/17 27/6
29/5 29/8
29/11 29/11
30/4 30/13
31/16 32/6
32/8 39/21
40/6 57/6
57/21 60/17
63/11 63/13
63/16 63/16
63/20 64/9
64/10 64/16
65/10 65/21
65/22 66/2
66/14 66/15
67/10 68/7
68/10 76/3
77/7 78/14
78/15 86/22
86/23 86/24
86/24 87/4
87/12 90/2
90/14 90/16
124/15 125/15
126/3 159/4
163/8
**he's [4]**
57/21 57/22
58/5 140/9
**head [3]**
24/24 47/2
143/23
**headed [1]**
84/23
**heads [2]**
22/15 35/18
**health [2]**
157/11 157/12
**heard [2]**
148/17 148/24
**held [1]**
155/17
**help [2]** 19/7

100/3
**her [30]** 43/7
95/4 95/5
**here [41]**
5/15 6/8 6/13
8/16 12/7
18/11 22/11
22/22 27/21
31/19 33/13
37/15 38/5
38/23 55/10
58/22 59/7
60/11 65/1
66/25 69/4
78/1 92/5
94/21 117/5
117/16 118/17
119/15 121/17
122/1 125/16
132/18 133/12
136/3 137/3
137/5 137/6
145/16 146/4
146/5 147/25
**hereby [3]**
162/3 164/5
166/17
**herein [1]**
166/20
**hereto [1]**
164/10
**hereunto [1]**
162/10
**hierarchy [2]**
11/19 43/21
**him [14]** 8/6
14/14 19/3
29/2 30/6
59/16 66/18
66/20 66/23
68/10 90/23
92/13 136/19
159/2
**himself [1]**
77/8
**hire [1]**
114/22
**hired [3]**
59/11 59/12
59/13
**hires [1]**
126/15
**hiring [1]**
118/6
**his [38]** 7/3

7/7 7/8 19/18
217/5 27/25
29/3 30/11
34/12 52/3
57/22 57/23
59/9 59/19
60/7 60/12
62/3 63/11
64/8 64/11
64/17 65/4
65/9 65/17
65/20 65/22
65/24 66/7
66/17 67/20
85/9 86/25
96/14 96/17
100/16 154/3
154/4 158/16
**hit [1]** 68/10
**holding [1]**
150/1
**HOLLYWOOD [1]**
2/6
**home [10]**
113/17 114/5
117/10 117/12
118/20 119/1
119/4 127/12
141/14 151/3
**homicide [2]**
13/2 18/15
**hospital [6]**
63/14 63/21
64/7 64/10
64/16 66/3
**hot [2]** 35/17
84/23
**hotel [5]**
115/25 133/5
143/6 143/11
143/13
**hours [1]**
66/14
**house [1]**
115/25
**how [74]** 7/8
11/4 24/9
24/12 27/7
28/4 28/7
28/14 28/18
30/13 31/25
32/19 33/13
33/14 41/21
41/22 41/24
42/20 47/9

56/6 57/11
60/23 66/7
66/19 67/9
74/1 74/14
76/1 78/13
78/23 79/10
81/4 85/7
93/5 93/15
93/18 93/20
94/24 95/11
95/12 95/13
97/12 97/13
97/15 98/11
99/19 104/9
104/17 104/24
105/4 105/12
105/16 107/13
107/15 108/8
111/17 111/20
124/15 124/25
129/13 133/7
135/7 137/10
137/19 137/20
138/3 138/3
139/1 142/4
142/15 143/6
143/13 155/25
157/7
**how's [1]**
112/18
**huh [16]**
19/25 41/12
47/20 55/6
72/4 75/16
88/3 89/18
89/24 90/1
91/2 102/14
105/11 111/11
113/15 153/22
**human [4]**
11/8 28/13
35/28 36/20
**humans [1]**
131/13
**hurling [1]**
111/23

**I**

**I'll [13]**
5/21 6/25
11/2 58/14
68/22 87/9
87/9 87/15
104/3 135/4
135/5 144/5

**I'll... [1]**
147/23

**I'm [132]**   7/8
8/5 9/2 9/9
9/17 10/23
12/8 14/7
20/8 20/8
20/9 20/16
22/9 23/17
24/24 25/12
26/16 31/17
31/18 33/1
33/20 34/7
35/13 36/6
37/9 37/13
37/20 38/3
38/3 38/3
38/17 39/9
39/23 40/7
40/25 42/21
43/8 44/1
44/4 45/6
48/15 53/3
53/4 56/15
56/17 61/21
61/21 64/12
65/5 65/13
67/5 67/6
67/12 67/24
67/24 69/22
71/4 71/15
72/10 72/11
72/12 72/13
75/11 76/5
77/12 77/22
80/13 87/5
87/7 87/19
89/13 89/14
89/14 91/5
92/14 93/1
93/14 102/2
103/6 104/22
106/5 106/10
106/21 107/11
112/10 112/24
112/25 113/2
114/12 116/4
119/25 120/9
120/16 123/22
126/2 126/2
126/3 126/6
126/9 126/24
127/2 127/2
127/3 130/4

130/15 131/20
131/23 132/11
132/16 133/18
134/1 134/1
134/2 134/4
134/8 134/13
134/13 134/17
134/20 136/9
139/6 141/3
141/12 142/2
144/1 148/18
148/18 151/20
153/16 153/16
157/9 160/14

**I've [13]**
10/1 14/13
20/16 36/13
39/16 41/19
47/18 50/18
103/3 110/18
120/9 125/25
144/17

**i.e [2]**   12/15
51/23

**idea [4]**
28/13 34/4
40/5 50/1

**ideal [1]**
93/21

**idealistic [1]**
93/19

**identification
[7]**   5/24
10/11 87/18
121/13 136/15
144/4 163/8

**identify [3]**
81/6 99/20
113/6

**ignoring [1]**
122/19

**imagine [2]**
129/12 131/4

**immediate [10]**
37/8 39/7
63/13 65/11
66/5 66/18
66/22 98/14
138/2 138/19

**immediately
[4]**   64/7
64/10 100/20
138/25

**immigration
[1]**   108/13

**immobilized
[2]**   66/11
66/17

**importance [2]**
81/19 83/13

**important [3]**
83/7 131/5
132/1

**imposed [1]**
150/11

**impossible [1]**
56/16

**impression [1]**
107/19

**in-house [1]**
115/25

**INC [1]**   1/8

**incidences [1]**
144/19

**incident [99]**
9/5 9/6 9/11
9/12 9/23
9/24 12/18
18/20 19/12
19/17 20/20
21/9 24/13
26/2 29/13
29/24 30/17
31/11 33/24
36/11 40/11
40/12 41/2
41/9 41/13
42/22 44/12
44/20 44/22
44/23 44/24
45/3 45/4
45/19 46/5
46/8 52/9
55/16 56/10
58/2 58/5
62/13 67/17
68/19 68/25
73/21 73/22
77/5 85/1
85/15 86/18
86/19 88/14
90/16 91/1
91/18 92/1
93/4 94/22
97/7 97/9
97/13 98/20
99/5 99/15
100/10 101/5
110/8 110/23
111/3 111/8

132/3 133/9
139/11 139/11
139/17 139/22
140/7 140/15
143/9 143/15
144/25 145/9
145/13 145/17
145/21 145/25
151/10 152/4
152/20 152/25
153/5 153/15
154/2 154/4
154/11 154/21
158/15 158/24

**incidents [14]**
3/18 16/24
18/19 26/12
69/25 71/7
79/23 105/1
105/7 139/12
140/10 144/10
146/3 156/18

**include [2]**
83/10 136/8

**included [1]**
95/20

**includes [2]**
16/17 79/25

**including [2]**
79/11 94/7

**Incorporated
[17]**   5/6
5/17 6/11
6/17 11/17
11/22 12/13
15/22 16/13
17/2 17/8
17/17 20/8
31/19 104/10
115/10 116/7

**Incorporation
[1]**   14/3

**incorrect [2]**
61/18 120/10

**India [2]**
118/24 119/4

**indicate [4]**
38/1 53/7
78/19 113/4

**indicated [1]**
34/16

**indicates [1]**
40/12

**indicating [1]**
146/19

**individual
[10]**   34/20
43/13 82/16
86/18 88/13
90/6 118/13
127/14 127/23
149/20

**individuals
[26]**   7/16
14/15 26/5
30/18 31/11
44/2 67/25
68/1 69/1
70/12 77/5
91/7 96/18
99/24 100/16
102/15 111/22
113/11 114/8
115/1 117/3
118/6 118/19
119/3 143/20
154/2

**informal [1]**
155/6

**information
[37]**   29/6
48/11 96/24
104/21 104/25
105/6 105/12
105/17 110/15
114/19 119/10
119/20 120/1
120/2 120/16
120/18 124/6
127/20 128/3
128/16 129/6
129/9 130/2
130/16 130/16
133/10 133/14
138/3 139/4
139/7 139/23
141/16 141/22
152/20 153/20
157/10 157/14

**informed [1]**
70/22

**initial [1]**
45/25

**initiate [1]**
72/17

**initiated [1]**
21/9

**injuries [15]**
57/6 57/7
57/19 57/21

**injuries...**
**[11]** 57/22
57/22 58/4
58/6 58/7
58/10 58/23
64/8 65/17
65/20 159/13
**injury [25]**
13/7 13/9
17/12 17/13
17/18 18/8
18/14 18/21
19/1 20/2
57/15 57/17
57/25 58/2
64/17 65/4
65/9 65/21
66/7 66/21
156/20 158/8
158/17 158/20
158/24
**inquire [1]**
14/14
**inquired [1]**
153/12
**inquiries [1]**
6/9
**inquiring [1]**
132/11
**inquiry [3]**
6/18 8/17
14/9
**insight [1]**
32/12
**inspection [1]**
157/12
**instance [7]**
12/1 12/16
16/14 36/21
45/18 76/5
145/10
**instances [13]**
12/6 12/15
13/16 17/6
17/11 36/8
48/7 106/10
145/1 146/12
146/20 146/24
155/2
**instead [1]**
29/2
**instigated [1]**
77/7
**instruct [1]**

**instructed [1]**
147/10
**instructing**
**[1]** 120/16
**instruction**
**[1]** 32/19
**intentional**
**[3]** 23/25
68/8 79/17
**intentionally**
**[7]** 22/6
22/13 23/21
24/5 24/20
25/7 68/6
**interacting**
**[2]** 81/5
104/17
**interaction**
**[1]** 90/15
**interested [2]**
106/10 162/9
**internally [1]**
115/25
**international**
**[17]** 11/12
14/5 15/23
62/19 62/20
62/22 62/24
114/14 116/12
116/16 119/13
124/4 124/9
124/10 129/7
141/17 141/23
**interpret [1]**
107/13
**interpreting**
**[1]** 107/11
**interrogatories [7]** 3/13
8/21 10/14
10/18 10/19
87/8 152/18
**interrogatory**
**[2]** 114/18
127/16
**intervene [4]**
40/22 41/3
55/25 101/4
**intervention**
**[4]** 149/3
149/7 149/18
158/17
**intonation [1]**
112/18

**intoxicated**
**[3]** 106/17
106/19 147/22
**investigate**
**[1]** 90/16
**investigating**
**[1]** 86/19
**investigation**
**[4]** 12/16
12/21 16/8
88/13
**invoke [1]**
60/16
**involve [1]**
117/20
**involved [12]**
40/16 40/19
67/18 70/15
79/7 100/23
115/8 140/25
141/4 146/11
146/20 146/23
**involves [1]**
117/23
**involving [5]**
9/24 13/7
19/17 94/22
106/18
**is [311]**
**isn't [2]**
34/19 81/24
**ISPA [1]**
120/7
**ISPS [20]**
3/15 15/7
15/14 15/23
47/25 48/2
48/16 119/17
120/12 120/23
121/23 123/1
123/11 123/18
125/2 125/17
126/23 127/10
128/8 133/1
**issue [6]**
30/12 32/4
32/20 76/25
85/22 146/7
**issues [1]**
46/15
**it [295]**
**it's [107]**
11/14 14/12
16/22 17/13
17/25 17/25

19/4 19/6
22/2 22/7
26/5 27/14
30/24 32/23
33/13 33/20
35/25 41/7
43/21 45/5
45/10 46/6
46/8 46/8
49/21 51/10
52/3 54/11
54/14 69/19
69/22 69/25
70/3 70/4
70/5 70/22
71/24 76/14
77/4 78/25
79/7 79/9
84/24 88/3
88/23 89/19
92/25 93/25
95/12 95/15
95/19 96/13
96/13 100/6
100/22 101/20
101/25 102/2
104/15 105/14
106/9 107/23
107/23 107/24
107/24 108/8
109/11 109/21
111/17 111/18
112/19 115/22
115/22 117/1
118/21 120/19
122/16 123/5
123/14 124/7
126/12 129/21
130/21 131/7
131/8 131/23
132/17 133/16
135/7 135/8
138/6 138/6
138/7 140/24
141/4 144/6
147/16 147/16
147/21 149/19
151/16 151/16
152/1 155/14
157/9 157/9
159/10
**itineraries**
**[1]** 54/5
**its [32]** 14/4
30/10 34/21

35/23 69/15
80/3 80/10
80/11 80/18
80/20 81/14
81/15 83/7
83/8 83/20
83/21 84/6
104/11 104/25
105/2 105/5
105/7 106/12
115/20 116/8
116/16 126/23
132/21 135/13
137/20 156/12
158/15
**itself [2]**
24/11 149/6

**J**

**jail [1]**
147/17
**January [1]**
147/23
**JEANNIE [4]**
1/12 4/8 4/12
165/1
**job [5]** 52/3
52/4 56/3
73/16 86/24
**JOHN [3]** 2/4
4/15 87/21
**JONATHAN [4]**
2/11 4/17
19/5 165/5
**Jordan [2]**
2/18 4/11
**Judge [1]**
8/13
**judgment [1]**
111/19
**July [2]**
156/5 163/18
**jurat [2]**
87/20 163/24
**just [92]**
5/21 9/9 9/19
11/2 18/13
20/20 25/6
26/25 28/17
29/20 30/8
31/8 33/20
35/6 35/25
36/11 36/14
36/22 39/16
46/12 47/2

**J**

**just... [71]**
47/16 48/15
49/20 52/22
53/19 54/8
56/25 58/21
59/7 60/23
63/17 63/18
67/6 67/12
68/16 69/13
70/7 70/11
75/24 76/13
77/1 77/25
78/1 80/8
84/22 85/15
86/14 87/9
93/1 93/11
95/11 96/2
98/17 98/25
100/6 100/25
100/25 101/24
101/24 103/6
106/25 110/3
112/1 112/2
112/9 112/9
116/17 117/15
119/7 125/5
125/10 126/3
129/15 130/21
131/7 145/15
145/14 147/4
147/12 147/18
148/1 148/18
151/9 152/2
152/10 153/12
153/16 155/14
159/24 159/24
161/1
**juvenile [1]**
129/15

**K**

**keep [11]**
49/8 70/21
86/14 96/8
97/25 98/3
110/1 130/14
146/22 147/17
155/14
**keeping [1]**
109/2
**keeps [1]**
129/19
**kept [2]**
96/13 109/14

**key [2]**
108/19 117/16
**khaki [1]**
102/21
**kind [9]**    31/8
42/3 46/13
70/25 100/25
101/20 101/24
112/5 124/22
**knew [4]**
39/19 40/6
43/2 156/17
**know [206]**
**knowing [5]**
24/25 33/9
49/14 76/1
79/18
**knowledge [35]**
8/3 9/21
23/1 24/4
24/6 31/21
31/24 31/25
32/1 32/11
32/18 34/9
35/3 35/14
35/20 35/23
36/21 37/16
39/18 40/9
41/3 41/6
41/7 52/14
53/14 54/6
79/9 96/16
98/14 98/16
98/21 100/6
110/13 118/8
152/6
**known [2]**
76/3 149/19
**knows [2]**
30/17 31/14

**L**

**land [1]**
138/1
**language [9]**
112/6 112/16
112/22 113/8
113/11 148/13
148/23 149/5
149/17
**Large [2]**
1/22 164/20
**last [12]**    6/4
7/5 7/7 7/8
43/7 71/21

84/12 94/19
95/5 95/19
105/25 107/5
**lately [1]**
151/7
**later [11]**
63/16 63/21
64/8 64/16
65/4 66/8
66/15 81/7
87/16 90/16
112/11
**law [6]**    13/19
62/16 140/16
141/15 149/14
154/15
**laws [1]**
152/12
**lawsuit [4]**
9/13 62/7
92/2 115/17
**lawyers [1]**
7/24
**lead [6]**
28/10 34/21
35/4 35/10
35/15 36/16
**leading [1]**
145/12
**learn [3]**
97/9 124/24
126/17
**learned [1]**
153/12
**least [5]**
74/2 74/3
82/1 94/2
122/3
**leave [2]**
42/14 108/12
**leaving [1]**
108/22
**led [4]**    36/3
36/10 69/14
85/17
**legal [2]**
61/1 61/3
**length [1]**
77/25
**Leonidas [2]**
86/23 88/8
**let [16]**
10/20 10/23
31/8 38/9
51/14 70/4

77/21 81/12
92/15 98/25
100/8 101/14
101/14 106/9
121/19 136/7
**let's [17]**
20/4 34/21
48/19 51/1
57/3 71/13
81/12 81/13
86/3 86/14
93/19 106/13
106/25 120/22
128/20 134/6
145/7
**letting [1]**
55/4
**level [3]**
16/11 73/24
88/23
**liable [1]**
67/19
**License [1]**
163/8
**like [32]**
11/25 13/8
17/20 20/25
35/6 52/9
67/2 70/6
77/11 78/20
78/22 79/9
81/7 81/13
97/13 99/7
99/13 101/20
101/24 102/12
104/19 110/3
110/8 112/2
116/18 117/7
126/24 138/1
142/11 147/14
157/10 160/15
**limb [3]**
17/20 18/14
18/22
**limitations
[2]**    60/18
60/20
**limited [22]**
4/6 5/6 5/17
6/11 6/17
11/17 11/21
12/13 14/3
15/21 16/13
17/2 17/7
17/16 20/8

31/19 74/4
91/8 96/2
104/10 115/10
116/7
**line [53]**    5/7
5/13 5/14
11/5 11/18
11/20 11/25
14/3 16/18
16/23 17/1
17/3 17/5
20/24 21/11
21/18 22/4
23/2 26/1
28/22 28/25
29/15 29/22
30/12 30/18
31/12 32/20
32/24 33/1
33/21 33/25
34/4 34/8
35/7 61/2
67/16 68/3
68/17 74/19
74/21 77/10
80/9 80/13
84/9 98/6
98/9 109/6
129/17 137/15
143/23 150/12
157/24 166/7
**lined [1]**
97/16
**lines [6]**
11/15 12/1
16/14 81/18
131/8 151/8
**list [19]**
3/18 17/1
36/8 36/13
36/18 46/18
53/20 71/11
71/24 71/25
72/2 127/13
133/13 144/12
144/15 144/17
145/4 145/11
145/19
**listed [8]**
16/22 88/9
122/25 123/5
123/14 127/15
146/3 153/4
**lists [2]**
122/4 148/9

**litigation [1]**
131/2
**little [2]**
76/14 104/6
**lives [1]**
131/7
**lob [1]** 154/9
**lobby [35]**
31/4 41/16
42/12 42/24
43/15 44/24
45/5 45/7
45/11 45/15
45/19 54/19
55/8 73/18
93/5 94/25
95/12 95/13
96/5 96/21
97/17 97/18
97/22 98/1
98/3 143/23
151/16 151/17
151/24 153/8
154/1 154/9
154/18 154/21
154/25
**located [3]**
4/8 151/15
151/16
**location [5]**
31/6 45/3
50/22 106/17
151/19
**locations [4]**
42/11 49/7
50/21 107/4
**log [5]** 56/8
56/16 139/2
146/22 155/20
**logs [3]**
15/13 47/21
47/25
**long [4]** 11/4
47/9 142/15
155/25
**look [8]**
69/23 87/24
104/3 107/2
112/8 112/12
112/23 153/16
**looked [2]**
45/21 154/7
**looking [6]**
66/21 112/14

112/15 113/11
118/17 151/19
**looks [1]**
81/6
**loss [4]** 13/7
17/20 18/14
18/22
**lost [3]**
60/25 60/25
61/8
**lot [13]**
56/13 56/19
56/20 60/24
61/5 70/9
70/12 70/15
107/22 147/4
147/18 152/11
158/3
**loud [4]**
46/22 46/25
106/19 147/18
**loudly [1]**
147/19
**lounge [1]**
109/7
**lounges [2]**
81/4 109/10
**LTD [1]** 1/8
**luggage [3]**
61/1 61/8
109/9
**lying [1]**
38/2

**M**

**M-A-N-G-E-S-H
[1]** 152/23
**M-A-R-A-D [1]**
139/25
**M-A-R-O [1]**
6/25
**M-O-R-A-S [1]**
83/2
**Madam [1]** 8/9
**made [25]**
21/10 21/15
21/17 24/7
25/15 34/20
35/4 38/21
46/2 66/7
67/1 67/9
67/10 78/18
98/8 98/12
99/5 99/21
107/18 109/1

110/5 133/17
146/7 164/9
166/20
**magnitude [1]**
131/20
**maintain [6]**
14/5 15/12
15/22 56/8
155/1 155/20
**maintained [4]**
16/19 26/1
47/8 48/7
**maintains [1]**
35/19
**make [19]**
9/19 28/3
28/7 31/8
38/7 38/8
41/8 61/13
74/24 80/8
101/14 106/20
109/4 116/20
152/10 155/12
159/23 159/25
166/4
**makes [3]**
17/12 106/24
108/7
**making [5]**
54/17 58/1
75/25 108/22
166/6
**male [3]**
102/24 103/2
103/3
**man [1]** 104/2
**managed [1]**
11/14
**management
[23]** 5/8
5/13 5/14
11/5 11/18
11/20 11/25
114/9 114/10
114/12 114/13
114/14 115/24
116/11 116/15
124/4 124/9
128/17 129/6
141/17 141/22
149/9 149/12
**manager [2]**
79/3 103/9
**managers [1]**
94/8

**Mangesh [1]**
152/23
**manner [3]**
23/18 62/3
78/16
**many [17]**
43/9 70/18
70/18 74/1
74/14 93/5
93/15 93/18
93/21 94/24
96/8 107/15
113/17 133/7
139/1 143/6
143/13
**MARAD [2]**
139/23 139/25
**March [1]**
109/17
**Maribel [4]**
43/6 43/7
44/6 95/3
**maritime [5]**
62/16 120/6
128/15 130/17
152/11
**mark [11]**
5/20 5/21 8/9
10/12 10/24
11/2 87/10
87/11 121/11
134/14 136/10
**marked [11]**
5/24 10/11
20/5 87/18
88/1 117/4
121/13 127/16
136/15 144/4
144/13
**marks [2]**
92/16 92/21
**Maros [1]**
6/23
**Masad [1]**
129/12
**masses [1]**
95/16
**master [1]**
88/21
**matter [9]**
4/5 116/14
129/18 129/21
131/2 131/15
136/23 137/17
165/14

**matters [1]**
105/24
**may [79]** 9/13
9/25 10/15
11/1 19/13
19/17 20/14
27/22 28/21
30/1 30/18
31/11 31/12
31/21 31/23
32/19 33/7
34/21 35/2
35/9 35/14
35/24 36/2
36/9 36/18
37/3 42/22
43/17 53/23
55/9 55/9
57/13 64/19
65/24 65/25
66/17 66/18
70/24 71/6
73/2 76/13
82/15 85/11
90/25 92/1
92/2 92/22
93/4 93/16
96/5 97/7
104/7 105/25
106/12 106/18
107/5 108/2
109/4 114/17
117/4 127/15
127/24 130/11
130/11 142/22
145/11 145/14
145/14 145/25
146/23 150/11
151/11 152/4
152/19 152/20
152/25 154/5
154/22 158/15
**May 11 [6]**
36/2 36/9
36/18 53/23
145/11 145/25
**May 13 [35]**
9/13 9/25
19/13 19/17
31/11 31/23
32/19 35/2
35/9 35/14
35/24 37/3
42/22 43/17
70/24 71/6

**M**

**May 13... [19]**
73/2 82/15
92/1 93/4
93/16 104/7
105/25 107/5
108/2 114/17
117/4 127/24
151/11 152/4
152/20 152/25
154/5 154/22
158/15

**May 2nd [2]**
10/15 11/1

**maybe [10]**
34/3 43/1
66/5 70/3
88/21 97/10
99/3 137/8
147/8 147/13

**me [98]**  6/15
10/20 10/23
12/19 14/8
19/16 20/10
20/18 21/7
21/23 23/6
25/23 28/19
31/8 36/23
40/21 45/21
46/18 48/20
49/2 49/16
51/9 51/14
52/6 53/8
53/21 57/4
57/11 57/23
58/6 59/2
60/20 62/11
63/8 63/24
67/9 67/14
68/12 68/23
70/4 71/12
72/15 73/13
77/11 77/21
78/10 82/6
84/16 89/15
89/24 93/20
98/25 100/8
101/14 101/14
102/6 103/15
103/25 104/2
104/20 104/24
105/4 106/9
112/21 117/5
118/19 119/10
119/17 120/11
121/19 122/6
123/10 124/15
124/25 125/2
125/15 126/3
126/19 126/21
127/7 128/10
128/13 128/21
129/1 136/7
136/18 137/19
138/4 142/21
144/14 146/4
150/9 161/2
163/6 164/9
164/16

**mean [28]**
25/13 42/6
42/20 51/14
51/17 57/21
57/23 58/13
61/21 64/10
66/14 73/9
76/22 77/20
86/11 96/7
101/23 103/5
105/22 112/5
130/24 142/16
145/3 146/14
152/10 154/23
158/3 159/18

**meaning [3]**
11/19 11/25
159/19

**means [5]**
25/14 30/16
32/12 36/19
116/5

**measures [3]**
106/8 109/16
109/17

**media [2]**  4/3
92/22

**medical [20]**
19/3 19/4
59/10 59/11
59/13 59/25
60/3 60/7
60/8 60/12
64/18 64/18
64/22 65/6
65/23 133/5
138/23 159/2
159/15 159/20

**meet [2]**
97/22 155/7

**meeting [2]**
42/14 53/1

**meetings [2]**
15/13 155/17

**member [4]**
82/1 99/8
99/11 99/18

**members [5]**
42/1 43/20
50/21 93/6
142/10

**mentioned [4]**
17/10 75/2
97/2 150/22

**method [1]**
124/22

**MIAMI [4]**
2/12 164/2
165/2 165/6

**MIAMI-DADE [1]**
164/2

**might [6]**
63/23 64/11
76/11 78/14
78/15 137/11

**military [5]**
113/18 117/11
118/21 141/15
147/7

**MILLER [2]**
2/10 165/5

**mind [1]**
130/14

**minimal [3]**
117/17 147/11
147/12

**minute [2]**
66/4 94/19

**minutes [4]**
66/16 86/8
86/9 155/2

**misconduct [1]**
150/20

**misstated [1]**
126/1

**mistaken [1]**
133/18

**mitigate [1]**
63/11

**moment [5]**
11/3 48/15
66/21 72/1
122/19

**moments [2]**
39/1 41/10

**Monday [1]**
160/25

**money [3]**
60/6 60/11
60/11

**monies [1]**
59/9

**monitor [1]**
155/13

**monitoring [1]**
107/19

**months [3]**
47/10 47/16
142/20

**Moras [6]**
82/22 82/24
86/21 86/22
89/17 152/22

**more [10]**
66/22 68/8
112/6 113/5
117/1 126/17
131/16 131/23
134/9 155/14

**morning [5]**
5/2 85/6
93/25 108/14
108/18

**most [6]**  43/9
96/13 118/23
119/20 140/25
143/10

**mostly [1]**
124/19

**motivation [1]**
24/6

**mouth [2]**
28/7 78/12

**move [2]**  63/6
129/25

**moved [1]**
68/18

**moving [3]**
68/11 75/21
113/3

**MR [2]**  3/5
3/5

**Mr. [48]**  22/1
22/1 22/21
23/18 24/8
24/18 24/22
24/24 25/14
25/15 27/7
31/14 31/18
37/5 37/18

**37/18 37/25**
37/25 38/14
38/14 39/6
39/6 50/15
51/7 51/23
51/23 78/18
85/7 88/12
91/5 94/23
96/14 96/17
98/7 98/8
98/8 98/12
100/10 100/14
101/5 101/6
108/4 109/20
110/10 111/6
154/3 158/23
159/16

**Mr. Fuentes**
**[21]**  22/1
22/21 23/18
24/8 24/18
25/15 31/14
31/18 37/18
39/6 51/23
96/14 98/7
98/8 98/12
100/10 101/5
158/23 159/16

**Mr. Hadley**
**[23]**  22/1
25/14 27/7
37/5 37/18
37/25 38/14
39/6 50/15
51/7 51/23
78/18 85/7
94/23 96/17
98/8 100/14
101/6 108/4
109/20 110/10
111/6 154/3

**Mr. Hadley's**
**[2]**  24/22
24/24

**Mr. Patrinos**
**[1]**  88/12

**Mr. Per [1]**
91/5

**Mrs. [1]**
100/12

**Mrs. Fuentes**
**[1]**  100/12

**much [7]**  8/24
8/25 60/25

## M

**much... [4]**
66/23 85/7
98/11 147/5
**multiple [5]**
32/7 41/19
42/19 50/19
126/13
**multitude [1]**
14/11
**must [1]**
91/22
**my [71]**  6/25
9/12 9/24
19/9 19/17
29/20 30/16
32/10 34/9
43/25 47/2
49/24 51/10
52/3 59/9
60/6 63/10
65/13 67/5
67/12 68/14
72/12 77/13
77/13 88/12
93/2 94/22
96/16 96/22
97/15 98/14
98/21 99/21
107/12 108/4
109/19 110/10
110/13 111/5
119/23 120/10
121/3 121/4
125/1 125/22
127/3 127/6
128/5 130/10
134/4 135/4
135/8 135/21
146/16 152/6
155/4 158/16
158/23 159/10
159/13 159/24
160/2 161/10
162/5 162/10
162/11 163/11
163/18 164/20
164/21 166/18
**my client [1]**
94/22
**myself [3]**
41/13 49/22
104/23

## N

**name [15]**  5/3
7/3 7/5 7/5
7/6 7/7 7/8
38/16 43/5
43/7 83/4
86/25 87/6
88/9 166/23
**named [3]**
61/4 61/13
115/17
**names [3]**
43/10 88/7
152/21
**nature [14]**
12/17 28/14
35/25 36/20
48/13 50/3
66/20 78/2
111/16 112/7
120/20 120/23
122/22 139/16
**navigable [3]**
62/19 62/22
63/1
**Navy [1]**
102/12
**nearby [2]**
55/17 55/18
**necessarily
[2]**  38/19
112/2
**necessary [1]**
117/13
**need [28]**
28/6 31/9
42/10 49/21
49/24 50/23
51/20 54/17
55/13 59/5
61/2 61/4
61/4 61/11
72/18 87/11
89/14 108/15
108/22 108/23
109/5 110/4
146/9 152/12
155/12 160/20
160/22 161/9
**needed [3]**
91/16 137/21
156/18
**needs [2]**
95/24 158/20
**negatives [1]**

80/7
**negligence [4]**
21/6 24/13
27/24 67/23
**negligent [1]**
23/9
**negligently
[7]**  22/7
22/13 23/14
23/21 24/21
25/7 68/7
**neither [1]**
39/12
**never [11]**
33/24 44/15
44/15 50/8
50/15 52/8
54/10 78/13
78/22 78/22
78/24
**new [5]**  80/24
124/21 126/12
126/15 142/12
**news [2]**
131/10 151/7
**next [4]**  21/3
86/24 97/11
122/15
**ninth [2]**
62/10 62/11
**no [214]**
9/3 11/2
11/16 11/24
12/12 19/2
31/10 31/20
37/3 44/11
47/2 51/1
65/22 86/3
92/20 103/5
120/9 121/1
122/19 132/16
134/7 135/3
148/3
**No. [6]**  5/23
10/10 87/17
121/12 136/14
144/3
**No. 1 [1]**
5/23
**No. 2 [1]**
10/10
**No. 3 [1]**
87/17
**No. 4 [1]**
121/12
**No. 5 [1]**
136/14
**No. 6 [1]**
144/3
**none [1]**
153/3
**nonparty [1]**
67/22
**Normally [1]**
16/9
**not [193]**
**Notary [3]**

1/22 163/17
164/19
**noted [3]**
8/18 99/3
137/12
**notes [2]**
99/10 162/6
**nothing [9]**
20/24 22/4
53/6 53/12
67/16 70/19
84/24 110/6
124/8
**notice [24]**
1/23 3/12 6/2
14/8 14/20
41/2 48/25
49/3 49/10
49/13 50/6
50/12 50/13
51/1 51/5
51/8 51/22
52/14 52/18
53/4 61/3
76/25 77/14
77/23
**notified [1]**
61/11
**notify [1]**
62/2
**now [24]**  4/1
9/3 11/2
11/16 11/24
12/12 19/2
31/10 31/20
37/3 44/11
47/2 51/1
65/22 86/3
92/20 103/5
120/9 121/1
122/19 132/16
134/7 135/3
148/3
**number [10]**
66/14 93/20
105/1 105/6
106/16 118/18
123/2 126/13
138/1 144/6
**numbers [1]**
6/9

## O

**o'clock [1]**
92/21

**oath [3]**
38/22 162/24
165/12
**object [4]**
8/5 14/7 19/6
58/14
**objected [1]**
133/19
**objection [44]**
9/14 13/13
19/2 23/10
23/22 24/15
25/8 27/18
28/12 29/16
30/3 30/20
32/5 32/15
33/8 33/17
34/2 34/23
44/8 49/18
51/25 52/19
56/23 66/11
81/16 83/23
123/13 123/21
124/12 125/8
125/21 127/25
130/3 130/13
131/19 133/24
134/19 135/2
139/14 141/24
157/3 158/2
158/18 158/25
**objectionable
[1]**  58/18
**obligation [3]**
12/14 80/2
80/10
**obtain [3]**
74/20 128/3
141/22
**obvious [5]**
27/4 76/18
77/18 78/2
78/9
**obviously [5]**
46/20 61/7
80/23 147/17
152/11
**occur [13]**
32/11 44/23
45/4 49/11
49/13 49/15
50/7 52/17
70/6 70/13
105/1 105/7
158/1

**occurred [36]**
9/12 29/13
37/12 37/19
39/1 40/23
41/1 41/11
42/22 44/12
44/20 44/21
44/22 44/24
45/19 52/16
53/15 53/23
54/7 55/16
57/8 62/13
62/21 73/21
73/22 73/23
91/1 94/23
97/14 97/15
100/20 104/7
108/3 139/3
154/22 156/24
**occurring [7]**
36/21 37/17
41/5 45/3
109/19 110/12
110/14
**occurs [1]**
70/6
**off [19]**
30/24 42/17
45/7 45/15
47/2 54/24
55/4 69/9
91/20 92/17
95/21 95/22
97/17 108/24
109/12 112/3
129/17 151/2
161/7
**offensive [3]**
148/13 148/23
149/17
**office [6]**
94/8 130/10
130/22 161/10
162/11 165/15
**officer [14]**
54/22 89/11
89/11 89/17
89/20 89/21
90/3 102/3
102/4 102/13
127/14 142/24
152/22 166/5
**officers [40]**
17/14 55/4

55/24 89/16
90/4 90/7
90/11 90/12
92/7 101/15
102/5 102/7
103/1 103/2
103/3 103/16
113/16 113/21
117/11 119/19
120/13 121/6
123/12 124/14
125/4 125/18
126/17 127/3
127/8 127/23
128/23 129/3
129/25 132/20
133/1 140/23
143/6 143/13
143/19 160/9
**official [3]**
33/3 162/11
163/11
**often [1]**
104/9
**Oh [2]** 95/6
153/22
**okay [414]**
**on be [1]**
4/11
**onboard [32]**
17/14 62/13
71/18 73/10
74/5 79/4
80/25 84/20
85/9 85/10
97/6 106/8
107/22 117/13
117/15 118/11
128/25 131/12
133/8 138/16
138/17 140/3
140/18 140/24
141/2 141/3
142/10 142/19
147/17 155/2
157/12 158/4
**once [1]**
45/25
**one [70]** 4/3
6/4 6/4 9/2
12/5 20/9
20/9 21/3
26/7 34/14
35/4 36/9
36/16 39/25

43/13 46/20
69/15 69/15
71/15 74/2
76/12 77/7
79/3 79/24
81/5 82/1
84/12 84/15
87/22 87/23
87/23 89/6
91/4 92/1
92/17 96/5
101/3 104/18
106/13 106/22
106/23 106/25
109/24 111/23
114/11 115/17
115/17 117/16
118/19 119/9
121/6 124/14
126/16 136/19
136/21 140/9
144/5 145/1
145/14 146/5
146/6 146/13
146/14 146/15
148/1 148/12
151/13 151/17
156/17 159/8
**ones [6]** 61/7
72/3 105/9
127/19 153/5
157/21
**ongoing [3]**
104/12 115/2
116/17
**online [1]**
157/8
**only [14]**
18/20 43/13
44/6 77/16
91/20 92/2
100/9 103/3
111/10 125/16
146/5 151/12
152/24 153/5
**open [8]** 27/4
28/7 76/18
77/17 78/2
78/9 78/12
109/7
**operating [4]**
5/10 75/12
115/18 156/1
**operation [3]**
14/4 33/23

54/1
**operations [2]**
11/15 11/21
**operator [26]**
1/8 4/6 5/6
5/10 5/17
6/10 6/17
11/17 11/21
12/13 14/3
15/21 16/13
16/15 17/2
17/7 17/16
20/7 31/19
33/6 37/22
61/24 104/9
115/10 116/6
137/15
**opinion [1]**
67/5
**oral [1]**
47/17
**order [2]**
130/1 147/17
**ordering [1]**
160/18
**orderly [4]**
49/4 49/8
50/3 50/23
**organize [1]**
108/21
**organized [7]**
26/15 43/22
54/14 69/9
70/21 108/5
110/1
**other [45]**
9/2 24/7
26/11 26/12
26/23 27/23
30/1 31/12
31/22 33/7
33/10 40/1
40/4 42/11
42/13 49/9
49/11 49/25
50/5 50/8
50/17 53/3
57/14 76/24
92/7 92/9
95/5 98/24
100/16 101/3
106/15 109/7
111/3 113/10
116/21 125/19
134/9 146/18

149/9 149/12
150/7 150/20
153/3 154/20
154/24
**others [2]**
67/18 91/16
**Otherwise [1]**
118/10
**our [18]** 7/19
8/7 15/2
32/21 36/11
42/13 58/21
64/18 70/2
74/15 80/15
81/17 84/2
103/9 103/9
120/1 131/24
132/6
**ourselves [1]**
50/12
**out [10]**
22/22 30/11
56/9 67/25
68/18 76/5
78/25 97/25
108/11 147/8
**outcome [1]**
67/19
**outside [1]**
147/16
**over [6]** 13/6
30/14 57/23
90/10 101/24
156/10
**oversight [2]**
142/5 142/7
**own [9]** 20/21
21/5 27/25
29/3 34/12
67/12 127/12
149/16 151/3
**owned [2]**
74/17 74/17
**ownership [1]**
74/16

**P**

**P-E-R-E-I-R-A [1]** 91/6
**p.m [1]**
161/13
**PA [1]** 109/14
**page [13]** 3/3
3/11 87/21
88/6 118/18

**P**

**page...** **[8]**
118/18 122/16
136/23 152/18
163/24 164/9
166/5 166/7
**Page 5** **[1]**
136/23
**Page 8** **[1]**
88/6
**PAGE/LINE** **[1]**
166/7
**pages** **[3]**
122/16 162/5
164/6
**paid** **[4]**   59/9
60/6 60/8
60/12
**PALM** **[7]**   1/13
4/9 62/18
62/23 94/15
162/2 163/1
**pants** **[1]**
101/20
**Paradise** **[13]**
5/7 5/12 11/4
11/18 11/20
11/24 12/1
16/23 17/1
17/3 17/5
131/7 137/15
**paragraph** **[1]**
122/22
**paramedics** **[2]**
63/12 100/4
**part** **[29]**
3/15 13/7
15/9 16/16
17/25 21/5
22/11 24/22
30/9 45/5
46/5 48/2
48/16 81/24
95/19 96/13
96/14 96/18
106/21 107/2
120/7 120/23
121/24 123/1
123/7 123/11
123/19 128/9
166/2
**partake** **[1]**
109/10
**particular**
**[24]**   21/9

22/14 44/11
47/11 55/7
56/9 57/17
64/25 67/17
96/6 107/17
110/6 115/16
122/23 126/18
146/11 146/13
146/14 146/19
151/14 151/24
152/25 154/9
155/13
**particulars**
**[1]**   120/5
**parties'** **[2]**
162/7 162/8
**parts** **[2]**
57/23 70/4
**pass** **[3]**
95/22 95/24
143/25
**passed** **[1]**
98/11
**passenger** **[16]**
32/14 32/14
35/4 44/18
54/3 80/10
99/1 99/5
99/19 104/16
137/20 138/14
143/7 143/14
148/9 151/11
**passenger's**
**[2]**   73/3
73/16
**passengers**
**[41]**   20/21
31/12 31/21
31/22 32/12
33/7 33/7
34/22 42/23
43/15 44/12
47/3 53/15
53/18 56/18
70/25 71/7
80/3 80/15
80/24 81/2
81/3 81/15
81/22 83/8
83/20 83/22
84/3 89/4
91/21 91/22
96/4 98/24
106/19 107/5
129/20 131/13

131/18 138/4
146/9 146/19
**Patrinos** **[3]**
86/23 88/12
89/25
**Patrinos'** **[1]**
88/9
**patrols** **[1]**
142/24
**patterns** **[1]**
104/18
**pay** **[2]**   60/25
95/23
**PCLO** **[4]**
137/12 137/14
137/14 137/15
**people** **[38]**
26/21 28/14
28/18 28/23
29/8 29/9
29/14 29/17
29/25 30/2
30/14 30/21
31/4 41/17
42/10 42/19
54/14 54/16
55/4 70/20
78/23 89/7
93/15 94/2
94/14 94/18
95/16 106/16
107/22 108/19
112/2 126/13
127/1 143/10
143/16 143/22
**per** **[3]**   24/6
91/5 113/13
**perceived** **[1]**
21/11
**percentage** **[2]**
67/22 70/1
**Pereira** **[1]**
91/6
**performance**
**[5]**   119/18
125/3 128/22
132/25 142/5
**performed** **[3]**
88/13 107/7
127/5
**period** **[3]**
48/8 99/20
138/18
**permanent** **[1]**

158/24
**permitted** **[1]**
148/9
**person** **[8]**
28/21 43/13
44/6 78/14
98/9 112/25
113/3 124/21
**personally** **[2]**
97/6 163/6
**personnel** **[27]**
14/23 88/8
90/4 92/9
99/19 107/3
114/16 114/22
115/14 115/19
116/8 116/16
117/21 117/24
119/12 123/20
124/5 124/11
125/19 126/20
137/21 141/9
142/6 149/9
149/12 154/10
155/17
**persons** **[1]**
90/15
**pertaining** **[1]**
141/18
**pertains** **[1]**
136/24
**phone** **[1]**
138/8
**phrase** **[2]**
157/4 157/7
**physical** **[63]**
15/7 28/10
35/10 35/15
35/21 36/3
36/10 36/17
36/22 36/24
37/11 37/17
37/19 39/1
40/23 41/4
46/25 49/10
49/13 49/14
50/6 50/9
50/10 50/13
50/16 51/6
51/24 52/10
52/15 53/14
53/17 54/7
55/25 56/18
69/6 69/15
78/19 79/11

80/3 80/17
80/20 83/10
85/17 94/23
98/12 99/21
104/6 108/3
109/18 110/11
111/5 111/13
111/25 112/13
113/13 117/7
131/17 135/12
135/24 136/3
145/12 156/19
156/23
**physically** **[1]**
80/11
**pick** **[1]**
113/6
**placard** **[2]**
138/9 138/11
**place** **[12]**
14/16 26/22
37/23 43/20
44/2 49/6
49/7 108/6
111/7 111/14
151/22 153/15
**placed** **[1]**
108/19
**placement** **[2]**
73/12 151/24
**Plaintiff** **[29]**
1/6 2/3 4/16
20/13 21/15
27/4 27/24
29/21 30/10
32/2 32/19
33/14 34/12
50/14 57/8
58/1 60/17
61/18 62/2
62/7 63/11
64/7 75/24
76/18 77/6
78/10 78/19
130/10 154/4
**plaintiff's**
**[24]**   3/16
5/20 5/23
6/19 8/18
9/22 10/10
10/13 10/24
11/1 20/5
21/4 59/23
87/17 88/2
114/18 121/11

**P**

plaintiff's...
**[7]** 121/12
127/16 136/14
136/17 144/3
144/13 152/17
**plan [26]**
69/9 75/15
75/15 75/16
75/20 119/21
120/24 121/2
121/9 121/19
121/25 122/3
122/8 122/12
123/8 123/9
128/6 133/11
133/14 135/11
135/15 135/23
136/8 160/1
160/2 160/4
**plans [1]**
121/5
**please [32]**
4/13 5/2 9/18
12/8 19/7
20/14 20/17
21/7 21/23
46/16 51/8
57/4 57/19
58/6 59/2
62/11 63/7
97/12 105/3
125/2 125/25
126/19 127/13
128/21 129/1
139/11 139/21
140/13 140/21
142/4 165/12
165/14
**pleasure [1]**
147/16
**plenty [1]**
28/23
**PLLC [1]** 2/4
**PLUMMER [10]**
1/17 3/4 4/4
4/20 5/4
162/4 163/5
164/14 165/4
165/10
**plus [1]** 89/3
**pockets [1]**
101/25
**point [3]**
42/14 67/9

122/6
**points [2]**
108/11 153/8
**police [7]**
8/21 40/20
110/18 113/18
117/11 118/22
151/12
**policies [8]**
14/16 15/5
15/9 49/6
135/10 135/22
136/2 138/13
**policy [16]**
47/12 47/13
47/17 50/13
140/18 148/3
148/5 148/6
148/8 149/6
149/11 149/16
150/5 150/10
150/14 151/4
**polite [2]**
76/4 78/24
**polo [1]**
102/21
**port [9]** 14/6
15/23 62/18
62/23 66/3
66/16 119/13
131/5 151/2
**portion [7]**
76/24 77/3
78/8 101/5
110/22 111/2
122/12
**ports [2]**
103/18 131/3
**position [21]**
22/12 24/3
25/5 25/11
27/15 65/15
80/1 80/9
80/18 100/20
101/2 120/9
123/17 131/25
132/2 133/15
142/16 158/15
159/9 159/12
159/13
**positioned [9]**
90/7 90/9
90/10 90/21
91/12 143/18
143/21 152/2

152/3
**positioning**
**[1]** 107/3
**positions [3]**
143/7 143/11
143/14
**positive [1]**
102/2
**possess [1]**
9/21
**possession [3]**
35/23 74/23
152/7
**possible [2]**
138/20 138/23
**Possibly [1]**
90/24
**posted [7]**
29/7 29/9
29/14 30/14
50/21 54/20
55/8
**posts [1]**
88/25
**potential [5]**
51/5 111/24
113/7 131/11
150/16
**potentially**
**[3]** 35/6
113/5 147/1
**precipitate**
**[2]** 112/13
113/13
**precipitated**
**[3]** 22/21
24/7 84/22
**predecessor**
**[1]** 144/9
**predicted [2]**
84/25 84/25
**preexisting**
**[9]** 57/6
57/12 57/13
57/14 57/20
58/6 58/8
58/11 58/24
**preparation**
**[13]** 6/13
7/16 7/25
8/11 8/16 9/4
9/20 10/1
10/3 51/19
59/17 59/19
64/20

**prepare [3]**
58/11 58/20
159/14
**prepared [4]**
6/8 28/7
132/18 132/24
**prescribed [1]**
62/8
**presence [1]**
28/23
**present [16]**
2/17 38/25
39/7 40/13
41/10 44/5
88/25 90/25
91/9 93/15
95/7 108/23
110/22 111/1
117/4 154/20
**presented [1]**
152/21
**preservation**
**[3]** 82/7
82/18 140/20
**preserve [1]**
19/7
**president [1]**
11/8
**pretty [4]**
8/24 8/25
79/9 157/9
**prevent [10]**
20/25 79/16
83/21 84/5
108/3 109/18
110/11 111/4
111/13 130/1
**preventing [2]**
83/14 131/1
**prevention**
**[20]** 15/6
80/2 80/17
80/19 82/2
82/6 82/17
83/7 83/10
104/6 117/6
117/23 126/21
126/22 127/9
131/17 132/14
135/12 135/23
136/2
**previously [5]**
74/18 82/12
85/13 85/20
127/18

**print [1]**
60/24
**prior [32]**
3/18 5/19 6/5
9/9 11/10
30/17 31/11
31/23 34/10
35/9 35/14
35/24 36/1
36/21 37/17
41/4 57/15
71/22 74/15
85/16 87/20
104/5 105/25
107/5 124/2
129/5 129/23
133/8 154/2
154/4 157/23
159/5
**privilege [2]**
8/7 8/10
**probably [4]**
46/3 106/9
131/10 161/1
**problem [2]**
30/8 66/6
**problematic**
**[1]** 81/7
**procedure [13]**
30/1 30/19
31/13 31/23
32/13 33/6
34/1 34/8
50/4 50/16
85/22 91/11
91/19
**procedures**
**[12]** 14/16
15/6 15/10
49/6 75/10
75/12 123/8
135/10 135/22
136/2 138/13
143/1
**proceed [2]**
92/22 111/20
**proceeded [1]**
66/19
**process [24]**
26/15 26/17
26/21 28/24
30/23 41/23
41/24 49/5
50/9 50/20
50/23 52/17

**P**

process...
**[12]** 54/11
54/15 69/20
70/20 94/12
103/8 108/2
108/6 108/8
109/3 109/18
142/24
**produced [1]**
163/8
**production [5]**
3/17 133/25
136/17 136/23
144/10
**Professional
[2]** 1/21
1/21
**professionals
[2]** 65/7
65/24
**program [3]**
95/18 95/19
126/7
**programs [1]**
127/22
**progress [1]**
109/14
**proof [1]**
25/3
**proper [4]**
19/7 30/22
31/6 61/13
**proprietary
[1]** 130/15
**protective [1]**
130/1
**protocol [2]**
14/13 106/16
**protocols [1]**
130/12
**protruding [1]**
18/25
**provide [33]**
20/10 20/18
21/7 21/23
25/23 32/12
46/18 48/20
49/2 49/16
52/6 53/8
57/4 59/2
61/3 62/11
63/8 63/24
67/14 68/12
68/23 72/15

73/4 80/14
81/14 84/1
84/16 85/16
114/25 115/11
115/13 115/18
116/7
**provided [27]**
6/2 36/7
71/12 72/2
73/19 104/21
117/8 117/10
118/8 119/3
120/3 123/12
123/19 124/5
126/20 127/2
127/14 129/2
129/24 132/12
132/19 132/20
133/4 141/10
144/13 144/16
160/8
**provides [6]**
73/5 104/25
105/5 116/16
142/5 166/2
**providing [2]**
73/2 73/11
**provision [2]**
120/8 140/15
**provisions [3]**
14/22 14/23
15/7
**public [8]**
1/22 129/22
157/10 157/11
157/11 157/14
163/17 164/19
**pull [2]**
78/24 101/24
**pull-over [1]**
101/24
**purchased [1]**
95/18
**purpose [3]**
8/16 46/10
80/8
**purposes [9]**
8/4 10/21
43/16 76/24
77/24 83/19
91/19 102/23
152/9
**pursuant [12]**
1/23 47/11
81/25 123/18

129/3 129/10
132/22 133/5
133/23 144/23
150/5 155/21
**put [6]** 5/21
66/18 87/12
87/15 147/15
152/8

**Q**

**Quarantine [1]**
149/22
**quarter [1]**
16/17
**question [31]**
9/17 12/8
19/6 20/17
29/20 30/16
32/10 34/19
43/25 48/22
49/24 55/18
64/1 65/13
77/13 85/13
86/18 96/9
100/8 105/3
116/5 119/24
119/25 120/10
121/4 125/1
127/3 127/6
133/16 135/14
135/21
**questions [20]**
31/5 53/2
58/12 70/21
86/4 86/6
86/7 94/14
121/1 129/24
133/13 134/3
135/5 135/20
136/1 136/5
160/4 160/11
160/15 160/16
**quick [2]**
77/21 92/13
**quickly [1]**
138/22
**quietly [1]**
109/8

**R**

**R.P.R.,F.P.R
[1]** 163/16
**racial [3]**
111/23 148/15
148/18

**radar [2]**
81/9 84/21
**radio [3]**
56/7 56/9
56/13
**raises [2]**
113/1 113/2
**raising [2]**
23/2 113/9
**rather [2]**
65/22 147/10
**RE [1]** 165/7
**react [9]**
27/7 28/4
28/8 28/14
28/18 78/13
78/15 78/23
138/22
**reacted [1]**
76/9
**reaction [1]**
84/23
**read [10]**
18/13 20/16
97/4 110/18
120/9 120/22
133/20 160/17
164/5 166/17
**reading [3]**
41/12 150/14
161/14
**ready [1]**
109/11
**real [4]**
77/21 81/13
90/14 92/13
**realize [1]**
27/7
**really [6]**
31/9 34/16
96/8 107/4
113/9 132/16
**reask [1]**
116/5
**reason [5]**
16/25 48/3
53/22 64/25
166/7
**reasonably
[12]** 69/5
69/7 69/8
69/18 69/19
69/22 69/22
70/5 84/14
84/17 85/14

85/21
**reasons [4]**
70/9 70/13
70/18 166/5
**recall [2]**
9/3 110/23
**recap [1]**
155/6
**receive [1]**
31/5
**received [9]**
59/9 60/6
76/7 87/20
117/6 120/1
124/6 127/23
131/2
**reception [2]**
43/1 153/8
**recess [1]**
92/18
**recognize [1]**
87/6
**recognizes [1]**
83/6
**recommended
[1]** 63/13
**record [20]**
4/2 5/3 10/21
80/8 92/17
92/21 145/2
145/3 145/6
145/15 145/18
145/19 146/10
146/10 146/25
147/2 159/25
161/8 162/5
165/24
**recorded [1]**
155/21
**records [2]**
48/6 60/3
**REDAVID [1]**
2/4
**redundant [1]**
126/24
**refer [5]**
16/2 17/4
17/6 45/23
106/6
**reference [1]**
165/11
**referred [1]**
71/11
**referring [10]**
34/13 45/24

**R**

**referring...
[8]** 67/23
67/24 87/5
87/7 106/5
114/12 122/11
125/14
**refuse [3]**
123/18 160/3
160/10
**refusing [2]**
119/23 119/25
**refute [4]**
38/24 39/4
39/11 40/5
**regard [4]**
16/5 17/5
18/2 50/13
**regarding [36]**
8/17 9/12
12/21 15/6
17/11 23/3
25/6 25/19
28/21 48/7
48/16 53/4
60/10 72/2
75/5 76/24
77/22 85/15
99/5 117/6
120/23 121/2
121/17 121/18
121/24 124/4
124/10 135/16
136/1 145/24
148/3 159/10
159/12 159/13
160/4 160/7
**regards [3]**
19/24 28/19
65/13
**Registered [1]**
1/20
**regularity [3]**
156/25
157/15 157/19
**regulations
[1]** 152/16
**regulatory [1]**
12/3
**reincorporate
[2]** 77/1
78/1
**REINIER [6]**
1/4 4/5 4/16
34/17 37/4

51/6

**related [12]**
71/7 72/1
128/6 129/24
130/11 133/7
133/11 133/13
136/2 138/14
140/15 152/20
**relates [6]**
58/4 58/14
69/19 112/11
133/1 141/20
**relation [1]**
94/7
**relations [12]**
43/4 93/7
93/22 93/23
94/5 96/12
102/16 102/18
102/23 103/9
137/23 137/25
**relative [3]**
8/3 162/7
162/8
**relatively [1]**
95/15
**relayed [1]**
138/4
**release [1]**
120/15
**released [2]**
130/18 130/25
**releasing [1]**
131/1
**relied [1]**
138/3
**relief [1]**
20/14
**remain [1]**
95/14
**remarks [1]**
22/21
**remember [5]**
9/2 25/1
40/15 41/12
71/20
**reminded [1]**
38/6
**reminding [1]**
109/5
**remove [1]**
150/23
**renovations
[1]** 74/11
**rep [2]** 44/1

113/2

**repeat [2]**
20/17 49/22
**rephrase [3]**
52/1 72/25
135/14
**report [42]**
8/22 9/5 9/6
9/11 9/23
10/2 12/14
33/3 40/10
40/12 41/2
41/9 41/13
43/21 45/25
46/4 46/5
46/6 46/7
46/8 46/11
56/3 88/19
97/1 98/17
98/18 110/18
110/19 140/7
140/11 144/25
145/13 145/18
145/21 145/22
147/2 151/12
158/9 158/15
159/4 159/5
162/4
**reportable [3]**
12/24 19/25
155/22
**reported [13]**
12/20 13/10
13/16 16/12
19/13 19/19
79/24 105/9
139/20 156/18
157/16 157/21
158/20
**reporter [6]**
1/21 1/21
4/10 8/9
161/24 165/22
**reporting [19]**
1/12 4/8
4/12 12/6
15/11 16/1
16/5 16/7
16/18 17/11
18/5 48/6
48/17 73/12
82/9 82/18
139/12 139/22
165/1
**reports [12]**

42/1 42/3

42/4 42/6
46/14 47/6
47/25 59/19
59/22 88/16
110/17 140/9
**represent [1]**
4/14
**representation
[1]** 61/3
**representative
[14]** 5/16
6/3 6/14 6/15
7/17 8/4 8/12
9/10 9/21
22/25 30/9
31/20 51/17
121/16
**represented
[1]** 94/20
**request [6]**
3/17 133/24
136/17 136/23
136/24 138/15
**requested [1]**
162/5
**requesting [1]**
48/10
**requests [1]**
139/1
**require [4]**
14/22 107/19
120/15 132/13
**required [10]**
13/16 14/15
15/13 55/24
74/9 81/25
117/13 152/13
152/14 157/1
**requirement
[3]** 47/21
47/24 48/6
**requirements
[21]** 15/12
16/2 16/6
18/9 48/17
118/9 118/14
119/11 119/19
120/13 125/3
127/7 128/22
129/3 129/10
132/20 132/21
132/25 140/22
156/13 160/9
**requiring [1]**

158/16

**requisite [2]**
118/2 118/3
**reservations
[1]** 74/24
**resources [1]**
11/8
**respect [19]**
16/1 17/10
25/22 47/25
52/13 56/21
58/9 63/18
64/5 64/12
75/10 78/8
89/13 89/16
90/6 107/20
109/16 136/22
144/19
**respond [1]**
79/10
**responded [3]**
14/12 152/25
153/4
**responding [5]**
138/14
140/16 154/10
154/11 154/15
**response [6]**
3/16 34/16
72/12 107/12
136/16 136/24
**responses [8]**
3/14 28/18
28/20 34/18
48/4 87/24
127/16 136/22
**responsibiliti
es [1]** 124/24
**responsibility
[17]** 12/14
23/1 24/12
72/20 72/22
72/23 73/3
73/10 73/13
80/14 80/16
80/19 83/19
84/5 139/12
139/22 140/14
**responsible
[8]** 11/19
12/5 16/6
68/1 69/3
73/1 86/19
91/7
**restroom [1]**

**R**

**restroom...**
[1] 92/15
**result [9]**
21/12 22/2
35/20 58/2
149/1 149/2
149/7 149/17
158/24
**resulted [2]**
36/23 36/24
**resulting [1]**
18/14
**resumes [1]**
109/13
**retention [1]**
47/16
**review [18]**
8/15 8/20 9/5
9/11 9/23
10/4 10/6
10/7 10/8
41/1 59/19
59/22 59/25
60/3 85/9
104/16 159/5
162/4
**reviewed [2]**
9/1 120/24
**right [115]**
5/15 5/19 9/3
10/9 10/20
12/12 13/18
14/2 19/5
20/4 21/3
22/5 24/9
25/1 27/2
27/10 27/16
28/9 29/10
30/2 32/25
33/7 36/1
36/17 36/24
39/19 39/20
40/1 40/6
40/25 44/7
44/9 45/9
45/13 45/16
46/13 46/16
48/12 48/19
55/6 60/5
62/25 63/6
63/22 64/12
65/12 66/2
69/4 72/14
75/21 76/15

77/20 79/14
79/19 81/12
81/24 82/13
82/14 83/8
83/17 84/9
86/3 89/10
89/17 89/23
89/25 90/18
92/5 92/12
92/24 92/25
94/9 94/9
94/13 97/24
100/10 100/17
102/12 103/23
104/5 105/11
110/20 112/21
117/23 118/1
118/7 118/17
119/2 120/22
121/1 122/11
125/25 126/19
134/7 135/3
136/13 140/10
140/13 145/7
147/20 147/25
148/6 149/3
149/9 149/18
149/20 149/24
150/5 150/16
150/17 151/13
153/14 157/23
159/24 160/13
**rise [2]** 92/2
111/24
**risk [1]**
72/18
**Riviera [1]**
62/14
**roaming [1]**
137/22
**role [1]** 11/7
**room [12]**
54/22 54/23
54/24 55/7
55/15 55/19
55/20 66/15
90/8 90/18
90/21 116/2
**roughly [1]**
89/6
**rounds [1]**
116/21
**routinely [1]**
93/18
**RPR [3]** 162/3

162/17 165/22
**rude [1]**
72/13
**RULE [1]**
166/2
**run [2]** 53/25
54/2

**S**

**safe [3]** 73/9
80/14 81/14
**safest [1]**
84/2
**safety [19]**
13/20 13/25
73/9 75/14
75/15 75/20
79/21 79/22
80/10 81/18
81/22 81/24
83/8 83/20
89/11 89/20
107/4 131/24
160/1
**said [57]** 7/2
10/18 17/19
23/25 28/17
29/21 30/8
30/14 34/12
37/7 39/16
39/21 42/5
43/2 44/5
49/4 50/1
52/22 52/25
60/8 65/10
65/12 66/13
68/16 69/4
69/5 75/7
76/5 77/15
78/12 81/17
84/19 85/20
86/5 89/3
99/11 101/10
107/16 111/17
111/17 112/15
113/21 116/18
116/24 117/10
120/19 123/22
123/23 124/13
125/11 125/23
127/11 128/19
130/25 137/12
143/18 159/15
**sailing [1]**
107/16

**same [14]**
33/4 33/15
45/10 55/18
63/24 64/4
65/25 76/12
76/16 77/15
85/23 126/14
160/11 164/6
**save [2]**
76/11 76/23
**saw [5]** 40/10
45/21 45/25
91/5 131/10
**say [46]** 8/25
10/19 16/10
33/13 33/20
34/21 38/8
39/22 39/25
41/7 41/8
44/4 51/17
53/20 75/6
75/18 77/23
78/15 78/22
79/1 79/10
80/5 80/6
80/21 83/18
86/24 88/3
91/5 101/3
101/22 103/5
103/14 106/3
106/13 108/18
110/3 115/7
118/1 133/16
145/3 146/14
147/6 153/25
155/6 156/8
159/17
**saying [31]**
15/1 23/8
23/13 23/17
25/12 27/11
31/20 32/23
33/1 33/20
34/17 35/12
38/3 38/3
41/2 41/8
48/15 52/16
64/12 65/5
67/1 69/22
70/3 80/13
93/14 103/22
126/2 130/15
131/20 131/23
132/17
**says [21]**

15/2 20/20
22/10 25/25
27/2 27/14
27/21 27/24
28/15 53/7
59/7 62/21
63/10 67/9
76/17 77/17
87/3 89/19
136/24 137/13
147/22
**scenario [1]**
12/22
**schedule [1]**
93/23
**se [2]** 24/7
165/6
**seal [2]**
162/11 163/11
**second [4]**
3/16 21/3
107/1 136/17
**section [9]**
48/3 48/16
121/18 122/6
122/8 122/16
122/25 123/2
123/15
**sections [3]**
12/4 121/23
122/23
**secure [3]**
114/25 129/20
129/20
**security [198]**

**see [20]** 23/4
23/5 76/19
76/20 76/21
77/6 88/10
121/23 122/2
122/9 122/17
122/21 136/24
137/1 137/5
137/22 151/7
154/1 154/2
157/8
**seeing [1]**
81/4
**seek [3]**
63/13 65/10
130/9
**seem [2]** 78/3
78/5
**seen [8]** 6/5

**S**

**seen... [7]**
10/1 29/8
29/11 36/13
103/3 107/17
144/17
**sell [2]**
94/15 95/21
**senior [1]**
126/17
**sense [10]**
30/11 32/22
32/23 33/5
33/14 33/15
34/13 34/14
106/20 106/24
**senses [2]**
27/25 34/12
**separate [4]**
135/11 135/22
135/25 166/4
**September [2]**
11/6 11/10
**September 2017
[1]** 11/10
**serious [24]**
13/7 13/9
17/11 17/13
17/17 17/19
17/22 18/7
18/21 19/1
19/24 20/1
65/21 65/24
129/18 129/21
131/14 131/16
131/24 156/19
156/24 157/25
158/8 158/17
**service [2]**
113/18 118/21
**services [4]**
42/24 42/25
43/1 44/25
**set [4]** 95/12
95/13 162/10
164/9
**settle [1]**
26/6
**seven [1]**
131/13
**seventh [3]**
59/1 59/2
59/5
**several [1]**
57/21

**severity [2]**
139/17 145/8
**Sexual [1]**
13/4
**shadow [1]**
126/11
**shadowing [4]**
124/22 125/13
125/19 126/16
**shall [2]**
122/3 166/4
**she [6]** 95/7
95/7 95/10
103/12 103/17
103/17
**SHEET [1]**
166/1
**SHERIDAN [1]**
2/5
**ship [66]**
14/5 15/23
16/9 16/10
29/12 30/15
33/3 33/5
36/2 36/9
42/14 42/17
43/19 45/16
47/8 54/7
56/19 56/20
79/4 85/16
104/22 104/25
105/13 105/14
108/22 109/11
109/23 117/24
119/19 120/13
121/19 121/24
123/8 123/12
124/5 124/10
124/25 125/4
125/18 126/12
126/14 126/18
126/20 127/3
127/8 128/23
129/25 131/13
133/1 135/15
135/23 136/7
137/20 139/2
140/23 142/6
142/18 142/24
142/25 144/12
147/9 152/15
156/15 156/19
158/1 160/8
**ship's [13]**
105/5 106/15

**120/24 121/2**
121/5 117/6
123/19 130/12
135/11 139/12
139/22 140/14
160/4
**shipboard [2]**
96/10 129/2
**Shipping [1]**
119/13
**ships [5]**
53/25 54/2
93/13 131/8
156/23
**shirt [4]**
101/13 101/24
102/8 102/22
**shore [9]**
11/14 42/24
93/9 93/22
94/9 94/11
94/13 102/16
102/20
**shoreside [4]**
40/20 100/1
109/22 154/15
**short [3]**
13/22 15/24
16/3
**shortcut [1]**
77/12
**SHORTHAND [1]**
161/24
**Shortly [1]**
97/10
**shorts [1]**
102/21
**should [12]**
12/20 30/10
32/24 34/17
65/10 67/21
76/3 81/14
93/21 111/4
111/12 112/14
**shoulder [1]**
65/22
**show [3]**
10/23 14/8
108/7
**showed [1]**
154/10
**sic [2]** 74/25
120/7
**side [2]**
115/23 115/25

**signature [1]**
165/13
**signing [1]**
161/14
**similar [4]**
102/12 102/14
103/16 138/23
**similarly [1]**
68/4
**simple [1]**
147/21
**simply [3]**
39/5 52/16
78/1
**since [7]**
11/6 74/12
87/22 121/15
152/15 156/4
158/14
**Sincerely [1]**
165/17
**single [1]**
118/13
**sir [14]** 5/2
23/4 33/13
34/19 36/12
38/17 88/10
121/21 122/9
122/15 122/17
123/5 123/10
137/1
**sister [5]**
36/2 36/8
54/7 85/16
144/12
**sit [25]** 6/8
18/11 22/11
33/13 37/15
38/23 55/10
58/22 60/11
65/1 66/25
92/5 94/21
117/4 118/17
119/15 125/16
126/8 132/18
133/12 136/3
137/3 137/6
145/16 147/25
**situation [11]**
33/15 37/10
38/2 38/11
38/15 39/8
40/14 77/8
100/3 140/2
147/12

**situations [1]**
106/18
**six [7]** 47/10
47/16 86/9
91/8 93/11
142/19 156/10
**sixth [1]**
58/9
**slacks [1]**
103/18
**slur [4]**
148/15 148/17
148/19 148/24
**slurs [1]**
111/23
**small [1]**
69/25
**Smeralda [1]**
131/11
**smock [2]**
101/20 101/22
**smoothly [1]**
26/22
**so [242]**
**So as [1]**
126/8
**solely [1]**
63/20
**some [16]**
11/15 12/24
22/21 26/6
27/23 48/3
48/10 71/12
94/18 100/6
112/2 112/14
112/21 133/21
134/2 156/13
**somebody [31]**
21/18 28/3
28/8 28/25
29/1 30/5
32/3 34/3
41/15 43/4
72/18 76/4
76/6 78/13
78/23 94/20
96/9 98/6
98/7 113/1
113/2 126/12
129/17 129/17
147/8 147/8
147/15 147/18
150/4 150/24
153/20
**somebody's [1]**
147/14

**S**

**someone [11]**
28/15 28/24
29/22 30/12
32/20 32/24
33/1 33/25
34/18 79/10
93/24

**something [27]**
9/1 13/8
17/19 17/22
20/25 28/15
34/17 47/17
57/14 57/15
70/18 70/22
75/17 79/1
79/11 84/22
88/15 95/21
100/24 101/15
111/24 113/5
129/19 137/8
145/9 147/14
157/16

**sometimes [7]**
33/21 35/8
44/13 61/20
79/1 79/7
80/7

**somewhat [1]**
98/14

**SOP [5]**  75/3
75/4 75/5
75/6 75/7

**SOPs [1]**
43/19

**sorry [11]**
9/17 12/8
20/16 26/16
43/8 45/6
72/7 76/5
123/23 127/2
142/2

**sought [2]**
30/11 66/2

**sounds [1]**
77/11

**SOUTHEAST [1]**
2/11

**SOUTHERN [1]**
1/1

**speak [12]**
6/16 7/17
7/24 37/18
42/7 43/3
64/21 88/20

99/23 100/4
124/3 124/8

**speaking [3]**
7/15 111/15
155/4

**special [1]**
107/21

**specific [17]**
29/20 36/21
42/21 48/22
49/7 54/13
65/13 79/23
95/1 95/2
95/16 106/12
112/10 115/11
127/6 141/7
160/7

**specifically
[13]**  29/14
35/13 44/19
61/21 86/17
90/11 93/5
93/14 93/17
105/10 117/7
142/17 152/17

**specifics [1]**
160/1

**spectrum [1]**
28/20

**spell [3]**
6/24 7/8
103/25

**spend [1]**
124/21

**split [1]**
115/22

**spoke [12]**
6/20 42/4
42/6 43/3
43/11 43/14
44/5 44/7
95/5 95/11
124/13 124/15

**spoken [1]**
95/4

**spot [3]**
107/24 151/23
152/1

**spots [1]**
108/19

**spouse [1]**
154/4

**spout [1]**
112/3

**spouted [1]**

129/16
**SSP [4]**  75/3
75/6 75/14
75/18

**SSPs [1]**
73/11

**staff [25]**
6/20 6/22 7/9
16/11 42/8
42/9 42/11
42/12 87/1
87/2 87/4
88/9 88/17
88/19 88/19
88/25 89/25
90/12 104/15
141/1 141/4
142/7 143/12
143/21 155/8

**staircase [2]**
97/20 97/21

**stairwells [3]**
31/3 42/9
143/20

**stand [1]**
109/5

**standard [1]**
75/11

**start [5]**
49/9 71/13
81/13 93/19
113/3

**started [1]**
51/12

**starting [3]**
20/12 145/10
156/12

**starts [2]**
108/6 108/16

**state [14]**
1/22 5/2
20/13 20/14
63/3 67/20
120/6 128/14
130/17 162/1
162/25 163/17
164/1 164/20

**stated [3]**
41/19 50/18
127/18

**statement [17]**
26/4 28/22
31/10 34/20
35/4 38/21
50/12 69/21

70/5 70/8
78/18 89/6
98/12 99/20
100/19 118/12
166/5

**statements
[10]**  98/23
99/1 99/3
99/4 99/8
99/18 99/18
100/21 145/22
151/10

**stateroom [1]**
149/24

**states [7]**
1/1 12/7
62/16 63/3
84/13 122/2
131/3

**stating [2]**
22/9 44/1

**station [1]**
147/15

**stations [1]**
142/25

**statistical
[3]**  16/17
16/23 17/6

**stenographic
[1]**  162/5

**stenographical
ly [1]**  162/4

**step [2]**  31/4
108/24

**steps [3]**
108/1 110/10
111/12

**steward [2]**
101/18 108/10

**stewards [3]**
101/16 101/16
116/1

**stick [2]**
12/12 106/25

**sticker [2]**
5/22 87/15

**still [4]**
27/22 85/23
96/20 123/18

**stopping [1]**
132/4

**stops [1]**
109/13

**store [1]**
79/3

**straight [1]**
101/29

**strategic [3]**
42/11 49/7
50/21

**strategically
[1]**  108/19

**STREET [2]**
2/5 165/1

**strike [9]**
51/2 84/11
89/11 89/15
91/18 92/8
104/22 119/16
145/16

**stripes [1]**
103/17

**strongly [1]**
63/12

**structure [1]**
18/5

**structured [8]**
43/19 43/22
49/5 49/21
54/14 54/14
70/20 97/19

**stuff [1]**
134/9

**styled [2]**
1/24 165/11

**subcategories
[1]**  122/4

**subject [3]**
9/13 60/18
89/1

**subscribed [1]**
164/16

**substance [1]**
166/3

**succession [1]**
20/9

**such [12]**
67/22 69/9
76/18 83/14
83/21 97/19
120/2 126/22
127/9 132/14
133/4 156/25

**suggest [8]**
38/10 61/17
62/2 62/7
64/6 65/9
92/6 165/14

**suitable [1]**
165/15

**S**

**SUITE [5]**
1/12 2/5 2/12
165/1 165/6
**summation [1]**
52/24
**supermarket [1]** 35/7
**supersedes [1]**
24/13
**supplied [1]**
128/25
**support [5]**
49/2 49/12
50/5 61/9
64/14
**supporting [1]**
15/5
**suppose [1]**
148/24
**supposed [4]**
48/7 51/11
72/10 72/12
**sure [45]** 7/8
9/19 12/10
15/19 18/18
20/18 22/16
22/19 33/4
38/7 38/8
56/17 61/13
67/6 72/20
73/1 80/8
81/12 85/7
87/7 87/19
96/11 100/8
101/2 105/4
106/21 108/22
109/16 110/9
119/8 126/6
126/10 130/4
130/23 131/9
131/16 132/16
134/15 135/15
141/12 150/19
151/20 157/9
157/20 161/11
**surgery [1]**
66/18
**surgical [1]**
158/17
**surrounding [4]** 9/24
88/13 135/23
146/24
**suspend [10]**

134/1 134/3
134/6 134/11
134/11 134/21
135/3 135/3
135/5 160/14
**suspended [1]**
161/13
**suspicious [2]**
13/2 18/14
**sustain [1]**
158/24
**sustained [3]**
13/10 19/18
58/5
**swipe [1]**
42/15
**sworn [3]**
4/21 163/6
164/16
**system [1]**
42/20

**T**

**take [17]**
8/12 33/2
61/1 76/6
79/3 79/3
86/9 87/24
92/13 97/20
97/21 97/21
108/1 110/3
147/7 147/8
147/23
**taken [11]**
1/20 4/4
47/22 65/15
92/19 110/10
111/12 130/5
132/2 159/12
165/11
**takes [1]**
80/13
**taking [4]**
1/23 37/23
111/14 145/22
**talk [7]**
54/12 59/16
86/17 104/5
107/2 121/4
155/11
**talked [1]**
36/20
**talking [21]**
31/17 31/18
34/7 35/13

36/6 37/9
71/11 42/2
42/22 56/12
56/15 56/17
75/9 105/8
106/7 111/7
121/7 129/14
131/6 141/1
141/3 147/19
157/15
**talks [3]**
78/9 122/7
122/22
**tasked [2]**
51/16 51/18
**taught [1]**
147/11
**technical [2]**
114/13 115/24
**technique [1]**
126/16
**telephone [1]**
165/14
**tell [11]**
23/6 58/6
93/17 93/20
95/7 95/10
117/5 137/11
146/4 153/18
161/10
**telling [3]**
126/3 126/9
128/17
**ten [5]** 66/3
66/16 88/24
88/25 90/4
**terminal [1]**
109/23
**terms [20]**
7/24 9/20
10/3 11/16
11/18 12/3
12/10 18/6
23/6 54/1
60/16 60/18
60/21 61/9
71/13 73/11
80/16 89/10
103/1 107/1
**territorial [1]** 63/2
**terrorism [2]**
129/15 129/19
**testified [4]**
4/22 82/12
110/20 111/3

**testify [3]**
8/17 9/4
121/17
**testimony [9]**
8/16 41/5
65/16 101/9
110/24 125/20
125/23 126/1
136/4
**than [8]**
18/17 24/7
50/8 66/5
101/16 104/2
113/10 131/16
**Thank [1]**
83/3
**that [760]**
**that's [86]**
7/6 8/6 14/15
16/4 16/19
27/9 32/16
34/14 39/16
42/13 42/25
44/9 47/2
47/17 47/18
48/13 50/1
52/17 52/22
52/23 52/23
52/25 58/17
62/21 67/8
71/5 72/2
72/2 73/13
73/16 75/11
76/19 76/19
78/7 78/25
81/9 87/3
90/2 95/19
95/20 97/4
97/25 101/10
101/10 106/7
109/24 111/20
111/20 114/14
115/23 116/2
116/3 116/11
119/14 119/14
120/5 122/8
124/25 125/13
125/13 125/15
125/22 127/3
128/19 129/2
130/23 130/25
131/16 133/10
135/7 137/12
137/16 140/1
140/2 140/7

140/11 141/16
143/13 144/15
150/21 154/17
157/16 158/10
158/12 160/8
160/12
**theft [2]**
13/6 18/17
**their [35]**
4/13 20/21
22/2 30/24
43/5 54/1
56/3 69/3
76/7 81/9
96/9 102/5
107/18 107/18
107/20 109/8
111/19 111/19
113/1 113/3
113/17 114/5
116/20 117/10
117/12 118/20
119/1 119/4
127/12 141/13
141/14 147/9
147/15 151/3
157/12
**them [39]**
14/11 26/13
29/11 29/22
33/3 38/18
42/4 42/6
42/7 43/3
43/8 43/9
47/7 54/15
54/17 56/16
70/21 70/21
71/15 79/4
85/11 97/25
107/19 108/21
108/21 113/25
114/1 118/10
118/23 124/22
126/16 137/22
137/25 148/12
149/22 149/24
150/1 151/2
166/6
**themself [1]**
26/6
**themselves [1]**
100/24
**then [46]**
14/17 27/21
30/16 32/2

**then... [42]**
33/4 36/18
40/19 45/11
45/14 51/12
62/6 71/6
72/1 72/14
72/18 78/1
81/9 84/12
87/4 88/18
88/19 91/4
91/16 95/23
97/22 98/9
99/10 99/17
99/19 100/8
108/18 109/3
109/13 110/3
125/1 125/25
128/20 134/20
135/3 135/5
135/6 140/13
141/5 142/13
143/22 147/1
**there [166]**
8/10 9/1 9/2
11/24 15/8
15/11 16/16
17/15 20/24
22/14 22/24
24/1 25/25
26/11 26/12
26/24 27/11
27/15 29/25
36/2 36/10
37/4 37/5
37/5 37/6
37/10 37/11
37/13 38/10
38/10 38/14
38/24 39/5
39/6 39/7
39/24 40/4
40/4 40/8
40/12 40/18
41/2 41/9
41/15 41/15
41/17 41/19
43/3 43/14
43/19 44/4
44/12 44/17
47/21 47/24
48/25 49/25
50/4 53/5
53/17 54/16
54/16 54/16

54/20 54/21
55/8 55/8
55/9 55/13
55/14 55/15
57/13 60/24
61/5 61/5
62/1 64/1
64/1 68/18
69/14 70/9
70/9 70/12
70/18 71/9
71/12 73/19
73/20 74/11
74/13 77/6
84/4 87/13
89/3 90/3
90/15 90/18
90/20 91/14
92/2 92/7
92/25 93/7
93/9 93/11
93/11 93/18
93/20 93/24
94/2 94/18
94/20 94/24
95/3 96/7
96/8 97/16
98/19 99/10
99/16 99/23
99/25 100/4
101/9 101/9
102/24 103/1
105/22 106/18
107/16 107/22
108/16 109/3
110/6 110/7
110/21 111/1
111/9 113/4
119/11 120/12
121/20 121/21
131/11 131/11
131/12 137/7
140/18 143/16
144/18 144/25
145/14 146/25
147/1 147/1
149/2 150/17
150/18 150/20
150/20 152/18
154/6 154/23
154/24 155/13
157/16
**there were [1]**
92/7
**there's [51]**

13/6 13/20
15/11 15/22
27/12 28/23
30/14 42/24
43/20 43/20
45/9 45/11
45/11 45/12
48/6 52/18
53/11 54/20
54/22 55/1
60/23 61/7
65/7 66/3
67/8 70/15
74/2 74/4
74/4 75/16
81/6 91/1
93/24 94/19
94/19 101/8
107/17 109/5
115/8 124/21
138/1 145/2
145/4 145/4
145/6 145/9
146/25 147/2
148/8 150/3
151/23
**there's a [1]**
45/9
**thereafter [1]**
97/10
**therein [1]**
60/19
**thereof [1]**
15/5
**Thereupon [1]**
4/19
**these [39]**
7/15 22/12
22/15 42/3
47/6 48/7
54/13 58/10
58/12 70/10
70/10 70/11
80/7 84/21
89/11 90/6
106/17 112/8
114/7 115/1
118/6 118/19
119/3 127/18
144/19 145/1
146/3 146/11
146/20 146/24
147/4 149/1
150/15 150/15
152/24 153/5

157/9 157/13
157/14
**they [169]**
**they'll [1]**
108/11
**they're [55]**
28/4 47/8
54/5 55/3
56/2 56/25
61/1 67/19
67/19 78/13
78/24 80/25
81/2 81/3
81/3 81/9
81/11 84/20
90/10 96/12
102/20 102/20
108/11 109/14
112/6 112/7
112/11 112/15
112/22 112/24
113/5 113/17
116/21 117/9
117/11 117/14
117/17 117/17
118/5 118/8
118/23 126/15
127/19 138/24
141/7 142/11
142/19 143/11
143/18 147/5
147/6 147/7
147/9 147/10
155/22
**they've [7]**
33/24 44/15
65/12 113/15
117/5 138/25
141/4
**thing [4]**   9/3
77/15 101/21
116/21
**things [31]**
8/2 12/19
12/24 46/13
57/14 61/5
70/10 70/13
70/17 79/23
104/19 106/17
112/7 112/8
112/14 113/4
115/23 116/18
117/2 117/16
117/16 124/20
147/4 148/9

150/7 157/9
150/19 157/9
158/3
**think [20]**
14/23 32/21
48/10 50/11
57/22 58/3
71/11 81/6
87/13 102/2
102/20 103/17
106/9 111/18
121/7 133/17
136/12 142/19
154/14 157/9
**thinking [1]**
22/17
**third [4]**
21/22 22/5
23/7 23/19
**this [144]**
4/3 4/7 5/20
6/3 6/5 6/15
10/16 10/16
12/22 14/9
14/21 21/9
21/19 25/6
26/1 29/13
29/24 30/17
31/8 32/1
32/11 34/1
38/9 38/25
40/3 41/16
43/13 43/15
43/18 44/12
45/18 46/2
46/5 46/20
52/9 54/19
55/16 57/8
57/17 58/2
58/5 58/20
59/23 60/1
60/21 61/8
61/22 61/22
65/16 67/17
67/21 68/25
70/19 73/18
73/23 76/5
76/15 76/17
78/14 84/17
84/22 85/1
85/6 85/13
85/15 87/25
88/14 91/17
92/1 92/2

**this... [74]**
92/16 92/21
98/19 98/19
100/8 100/24
101/10 106/17
110/8 110/23
111/3 112/6
112/10 113/19
114/1 114/6
114/6 114/24
115/9 115/16
116/6 116/14
116/21 117/20
117/23 120/2
120/22 121/11
121/15 128/3
129/8 129/18
129/18 129/21
130/14 130/15
130/16 131/14
132/3 133/8
134/14 136/7
136/11 136/13
136/16 136/22
137/16 138/9
143/9 144/1
144/12 144/15
144/17 145/4
145/7 145/22
146/10 147/18
148/8 152/4
152/25 153/15
154/9 158/15
159/4 159/11
159/13 160/13
160/19 162/11
163/11 164/16
165/14 165/14

**those [34]**
12/14 13/16
14/23 15/8
15/9 18/12
18/12 18/19
44/2 46/18
46/19 56/19
56/20 56/21
56/22 67/25
70/25 71/10
71/14 84/5
92/10 96/2
96/5 96/15
100/21 105/10
111/20 113/6
113/6 136/5

150/8 150/21
157/18 160/10
**though [4]**
71/24 87/6
147/6 153/21
**thought [2]**
51/12 75/9
**thoughts [1]**
93/2
**thousands [2]**
131/6 131/7
**threat [12]**
104/10 104/13
106/1 106/3
106/6 106/11
106/14 107/2
107/6 107/11
107/13 113/7
**three [2]**
94/2 152/21
**through [25]**
6/10 12/5
14/11 20/6
20/9 45/14
45/15 76/13
76/23 77/12
77/22 84/16
85/13 97/23
100/7 105/20
105/24 115/24
116/11 120/7
127/4 133/21
134/2 134/9
162/5
**throughout [4]**
28/24 54/15
56/13 155/7
**ticket [5]**
60/17 60/23
61/9 62/4
62/8
**tie [1]**
147/13
**tied [1]**
62/14
**til [2]**   63/16
63/21
**time [60]**   4/3
6/4 22/18
31/16 34/1
37/3 38/25
39/5 39/24
40/8 41/1
41/13 42/22
48/8 55/16

61/2 62/8
63/12 69/15
65/3 66/8
67/10 76/11
76/24 80/24
86/14 91/17
91/25 92/1
93/4 93/25
94/21 95/8
97/7 98/11
99/20 99/23
105/25 107/5
108/9 108/14
109/11 110/14
111/9 124/22
126/25 134/4
138/18 143/8
143/15 149/18
151/7 151/21
152/16 154/21
156/8 156/12
156/17 160/14
160/19
**timeliness [1]**
138/13
**timely [1]**
62/3
**times [6]**
38/6 50/19
70/15 74/14
106/17 107/4
**title [1]**
86/24
**today [45]**
6/8 6/14 7/16
8/16 9/4 9/20
18/11 22/11
22/22 37/15
38/23 51/19
55/10 58/22
59/16 59/20
60/11 65/1
65/25 66/25
78/24 92/6
94/21 117/5
118/17 119/16
123/17 124/3
125/16 127/21
129/5 129/7
129/23 132/18
132/18 133/12
133/15 136/3
137/3 137/6
145/16 147/25
159/11 160/24

160/25
**today's [8]**
4/2 5/19 6/6
7/25 8/4 9/10
28/2 159/6
**together [3]**
70/12 147/14
166/19
**told [7]**
47/18 126/3
128/5 128/13
128/13 129/8
129/11
**too [4]**   92/15
147/5 160/21
161/10
**took [5]**   26/5
74/23 151/22
152/7 153/15
**top [1]**   47/2
**tortfeasors
[1]**   67/23
**total [1]**
106/12
**tours [1]**
94/15
**toward [2]**
23/18 113/3
**towards [4]**
8/3 59/9
60/12 153/8
**train [2]**
126/16 129/13
**trained [16]**
55/25 65/6
65/23 82/1
112/8 112/12
112/22 112/24
112/25 113/16
113/17 115/3
116/22 117/17
147/6 147/7
**training [78]**
14/14 82/17
111/19 112/1
112/11 113/8
113/14 113/15
113/19 114/1
114/4 114/4
114/6 114/7
114/15 114/25
115/2 115/8
115/11 115/19
116/8 116/15
116/17 117/1

117/5 117/8
117/9 117/9
117/14 118/2
118/4 118/7
118/14 119/3
119/11 119/18
119/21 119/21
120/12 121/5
121/8 122/7
123/9 123/11
123/19 123/23
124/4 124/10
124/16 124/25
125/3 125/17
126/3 126/7
126/20 127/2
127/7 127/12
127/14 127/22
128/22 128/24
129/10 129/24
130/12 132/11
132/19 132/19
132/25 133/4
133/13 140/22
141/10 141/13
141/21 147/7
147/9 160/8
**transcribed
[1]**   165/12
**transcript [6]**
160/19 162/4
162/5 164/5
165/12 166/18
**transcription
[1]**   155/16
**traveling [4]**
69/24 70/1
70/12 98/7
**treated [1]**
63/12
**treatment [10]**
59/9 60/7
60/12 63/13
65/3 65/11
65/16 66/2
66/5 66/8
**trial [1]**
25/3
**tried [1]**
40/18
**trousers [1]**
102/8
**true [10]**
16/20 33/5
39/15 81/25

**T**

**true... [6]**
88/1 88/4
148/4 162/5
164/6 166/20
**trust [1]**
53/21
**try [2]** 106/9
109/22
**trying [8]**
9/2 38/11
67/6 72/11
72/13 77/12
93/1 153/17
**turn [3]**
30/24 68/22
121/18
**turned [1]**
76/5
**Turning [3]**
21/22 60/15
88/6
**two [38]** 7/15
20/21 26/5
28/14 35/17
36/1 36/11
36/14 36/22
53/19 54/8
55/3 67/17
67/18 67/25
67/25 68/25
69/14 70/3
70/11 71/23
77/5 84/21
85/15 91/14
92/3 92/10
92/22 99/24
103/17 105/6
119/7 122/16
129/15 140/24
140/24 140/25
143/19
**twofold [1]**
106/9
**type [18]**
26/6 32/12
102/21 102/21
104/13 105/1
105/7 106/13
107/6 110/7
113/19 116/15
119/2 141/10
144/24 146/18
157/18 158/19
**types [3]**

12/24 18/19
150/20
**Typically [1]**
93/24

**U**

**uh [16]** 19/25
41/12 47/20
55/6 72/4
75/16 88/3
89/18 89/24
90/1 91/2
102/14 105/11
111/11 113/15
153/22
**uh-huh [16]**
19/25 41/12
47/20 55/6
72/4 75/16
88/3 89/18
89/24 90/1
91/2 102/14
105/11 111/11
113/15 153/22
**unaware [4]**
37/20 37/21
37/22 38/3
**unclear [1]**
22/7
**uncommon [1]**
96/4
**under [20]**
14/15 14/23
15/14 38/22
51/2 51/4
51/21 104/7
122/8 123/1
123/7 123/11
127/10 132/12
135/20 149/6
149/16 150/10
152/19 165/11
**undersigned**
**[1]** 163/5
**understand**
**[18]** 5/15
25/2 35/12
38/4 38/5
42/20 51/2
65/12 65/15
72/8 84/4
106/18 107/1
117/19 121/4
131/5 131/25
153/17

**understanding**
**[12]**
57/9 87/10
88/12 96/22
97/12 97/15
106/5 121/3
139/11 139/21
140/14 155/4
160/3
**understands**
**[1]** 83/13
**unhappy [1]**
33/2
**uniform [4]**
102/7 102/18
103/13 103/14
**uniforms [1]**
102/5
**UNITED [5]**
1/1 12/7
62/16 63/3
131/3
**unless [4]**
33/22 53/2
90/15 91/1
**unruly [3]**
46/22 46/25
106/18
**until [8]**
30/24 33/10
40/22 64/15
109/11 109/12
109/13 134/5
**up [15]** 34/15
37/14 51/15
62/14 70/4
76/1 86/13
90/13 95/12
95/13 97/17
104/3 113/6
140/8 140/11
**upon [35]**
13/18 19/21
21/12 26/5
33/2 60/17
83/21 98/15
98/17 100/21
100/22 108/14
110/16 110/17
111/19 111/25
112/22 112/24
112/25 118/2
120/5 128/8
128/10 128/14
128/14 128/17
130/23 131/1

143/3 156/14
158/10 158/12
160/6 160/11
166/4
**us [10]** 7/21
7/21 76/11
76/23 113/16
113/20 114/3
127/11 130/21
149/19
**use [10]** 15/8
27/25 34/12
92/14 111/18
111/19 117/17
126/16 147/11
149/5
**used [2]**
30/11 117/20
**using [2]**
12/22 131/3
**Usually [1]**
90/22
**utmost [1]**
81/18

**V**

**VALLE [2]** 1/2
165/9
**various [17]**
12/4 12/6
14/21 14/22
15/11 36/8
104/22 105/13
105/14 106/11
106/17 107/3
132/12 144/10
148/8 150/3
152/12
**verb [1]**
148/20
**verbal [32]**
28/9 28/21
34/21 35/5
35/9 35/14
35/20 36/2
36/10 36/15
36/23 37/4
39/5 55/25
56/17 69/14
85/17 94/24
101/4 101/10
110/9 110/22
111/2 111/9
112/12 113/12
145/12 148/12

150/8 150/8
150/11 150/18
**verbally [5]**
148/16 148/20
149/5 149/17
150/4
**verify [1]**
118/5
**versed [4]**
48/18 112/6
112/7 120/9
**versus [3]**
4/5 64/8 66/8
**very [29]**
17/19 17/22
26/15 29/20
34/18 35/18
43/18 43/21
43/22 49/5
49/21 54/11
54/14 54/14
65/13 65/21
69/25 70/19
74/4 74/4
83/4 100/25
103/16 107/24
108/5 127/6
129/18 129/21
131/14
**vesicle [1]**
13/24
**vessel [88]**
5/11 7/10
7/13 12/11
12/22 13/20
13/24 16/18
26/25 29/9
42/10 50/22
52/11 53/18
55/4 60/18
62/14 69/10
71/17 71/18
72/21 73/2
73/5 73/5
74/5 74/9
74/12 74/17
74/20 74/24
74/25 79/21
81/15 81/23
82/15 83/22
88/8 89/16
90/7 90/9
90/10 90/19
91/13 91/20
91/23 97/23

**V**

**vessel... [42]**
101/12 103/2
105/15 105/23
106/11 106/13
114/8 114/13
114/16 115/4
115/18 115/20
115/21 117/7
118/13 125/20
127/5 127/15
127/24 129/19
131/6 131/17
135/16 137/4
138/5 140/8
141/2 141/3
141/10 146/20
148/4 148/10
150/24 152/5
152/8 152/9
155/3 155/12
155/18 156/14
158/4 160/2
**vessels [27]**
36/16 52/15
53/15 69/15
70/2 71/1
71/8 80/4
80/12 80/18
80/20 83/7
84/6 104/11
105/2 105/6
105/7 105/16
105/18 114/23
115/15 116/8
119/12 126/23
132/21 135/13
158/1
**via [2]**
109/14 109/14
**Vice [1]** 11/8
**vicinity [1]**
39/7
**video [12]**
4/1 4/4 73/12
86/10 92/14
92/17 99/15
151/24 154/1
154/9 154/19
161/7
**videographer
[2]** 2/18
4/11
**videos [1]**
74/1

**VIDEOTAPED [1]**
1/17
**view [1]**
151/21
**views [1]**
151/20
**VILLAGE [2]**
1/12 4/8
**violate [1]**
151/3
**violently [1]**
76/9
**virus [1]**
131/12
**visible [2]**
54/16 111/2
**visibly [1]**
150/4
**voice [1]**
112/18
**voyage [4]**
106/4 106/4
107/14 107/14
**VSS [1]** 17/25

**W**

**wait [3]**
30/22 30/23
109/8
**waited [2]**
63/16 63/20
**waiters [1]**
116/2
**waiting [1]**
32/8
**waived [1]**
161/15
**walking [3]**
81/3 90/8
91/8
**want [36]**
9/19 10/12
10/23 11/2
15/16 20/5
34/15 38/7
38/7 41/8
68/14 76/10
76/13 77/11
80/8 80/14
84/16 86/9
86/13 86/17
92/13 95/22
96/8 97/18
104/5 121/10
129/22 130/18

130/25 132/17
147/12 155/6
155/13 156/8
159/24 159/25
**wanted [1]**
75/8
**wants [1]**
166/4
**warn [4]** 53/8
53/11 53/12
54/9
**was [222]**
**wasn't [5]**
37/6 37/11
38/10 41/9
76/6
**waste [1]**
134/4
**waters [4]**
62/19 62/22
63/1 63/2
**way [28]** 22/9
24/24 29/9
31/5 32/8
33/9 39/12
39/13 39/25
49/14 54/16
71/10 71/14
79/18 97/25
101/3 109/24
115/3 115/21
116/18 117/2
117/15 124/19
126/17 132/4
151/3 153/16
157/5
**ways [1]**
104/20
**we [167]**
**we'll [8]**
5/20 8/12
12/12 49/9
60/25 71/25
135/7 160/16
**we're [20]**
4/1 12/4
12/11 12/22
22/22 35/12
42/17 48/14
48/14 50/11
54/12 54/17
69/3 92/17
92/20 121/10
129/14 131/6
136/10 161/7

**we've [17]**
20/5 42/4
50/8 52/8
52/12 53/13
54/10 76/12
76/25 79/24
88/1 97/5
107/17 133/21
135/19 144/13
158/9
**wear [5]**
101/15 101/18
102/4 102/6
102/7
**wearing [2]**
101/11 102/17
**wears [1]**
101/12
**Wednesday [2]**
161/2 161/9
**week [2]** 95/5
95/6
**well [105]**
6/3 10/6
14/10 14/12
14/24 20/20
21/25 22/10
22/23 26/11
27/6 28/2
28/17 29/8
34/3 34/7
34/14 35/18
38/4 38/7
38/9 38/23
39/25 41/8
43/22 43/22
45/5 48/14
49/24 49/24
50/11 51/14
53/3 53/17
55/10 55/18
57/13 59/7
59/11 61/21
62/13 62/23
63/3 64/9
65/10 67/16
68/16 69/9
72/17 75/24
76/6 76/6
77/9 78/12
80/7 81/12
81/18 82/20
88/16 89/11
90/12 91/3
91/5 93/7

93/14 96/22
99/23 101/14
102/17 105/8
106/3 106/5
106/25 107/11
108/5 109/21
110/20 111/8
111/15 112/7
112/15 112/24
113/22 115/11
115/13 118/5
121/8 122/16
123/14 124/6
125/15 131/4
134/10 134/15
142/7 143/23
143/24 145/4
145/5 145/16
150/6 150/21
158/12 159/4
161/5
**went [5]**
29/11 50/1
64/16 85/13
133/21
**were [80]**
20/6 21/5
22/12 22/17
23/24 26/11
26/12 36/7
37/9 41/19
42/23 43/2
43/14 43/15
44/2 45/1
45/18 45/22
48/5 48/10
51/10 51/11
51/16 51/17
51/23 53/17
55/17 55/18
55/20 55/22
57/14 66/21
72/3 77/6
84/21 88/24
88/25 89/3
90/3 91/9
92/7 93/6
93/15 94/25
96/20 96/22
96/25 97/16
99/4 99/10
99/23 99/25
100/3 100/16
101/11 110/10
110/13 111/7

**W**

**were... [22]**
114/16 117/4
120/3 122/11
127/15 129/11
131/12 133/8
139/2 143/7
143/14 143/16
146/19 146/23
151/21 152/8
152/13 152/21
152/24 153/4
154/20 156/13

**weren't [3]**
22/24 97/6
99/4

**WEST [11]**
1/13 1/20 4/9
4/10 62/18
94/15 162/3
162/17 163/16
165/1 165/22

**what [182]**
**what's [21]**
7/7 19/25
26/9 28/1
43/7 46/7
46/10 47/7
48/22 48/23
51/3 64/2
67/2 69/5
75/22 79/15
111/17 114/10
145/17 155/11
160/24

**whatever [3]**
72/19 141/13
147/11

**wheelchair [1]**
95/25

**when [56]**
8/25 12/10
16/10 28/3
30/13 32/13
34/11 38/8
38/21 41/7
42/5 42/6
42/6 42/16
42/16 44/4
45/23 51/16
56/9 64/16
65/5 67/20
67/20 69/23
71/19 74/10
74/20 74/23

78/12 80/6
81/15 97/9
99/25 101/22
103/5 103/14
105/25 106/6
107/5 108/15
110/9 115/7
116/20 117/17
118/1 121/19
126/25 129/23
133/20 145/3
146/10 146/14
152/7 153/25
155/2 159/17

**where [60]**
11/10 13/9
14/8 15/2
22/22 27/13
29/12 32/8
33/24 36/22
36/23 41/16
42/10 42/23
42/24 43/15
44/11 44/20
44/24 45/4
45/7 45/19
50/22 54/13
55/7 63/10
73/21 73/22
88/8 90/8
91/12 92/24
94/8 95/15
96/24 97/4
97/22 106/12
107/2 107/22
108/9 108/11
108/15 108/21
109/2 118/20
122/7 122/19
122/22 124/23
138/7 138/8
138/25 150/10
151/14 151/17
151/21 153/15
154/24 155/21

**Whereas [1]**
145/21

**WHEREOF [1]**
162/10

**Whereupon [7]**
5/23 10/10
87/17 92/18
121/12 136/14
144/3

**whether [22]**

15/12 17/13
19/3 20/4
23/20 24/4
30/13 38/14
41/17 43/14
58/1 68/5
85/4 101/3
110/21 118/21
137/7 151/11
154/3 154/8
154/19 155/22

**which [38]**
10/24 12/5
12/10 15/13
16/6 20/14
24/10 24/13
27/22 36/9
44/19 48/6
60/17 60/24
61/2 61/7
61/11 76/12
76/23 77/15
77/18 79/25
84/13 87/24
99/20 104/21
113/9 114/18
120/8 121/6
125/6 125/7
125/10 131/2
139/3 151/17
152/21 153/16

**while [3]**
83/22 138/16
138/17

**white [13]**
101/11 101/12
101/13 102/5
102/8 102/8
102/13 102/17
102/18 103/12
103/14 103/18
103/20

**who [44]**   6/16
6/22 17/12
19/17 29/1
31/19 42/13
43/3 43/21
46/2 54/16
55/1 74/17
74/17 82/15
82/21 82/23
86/18 86/23
86/23 88/13
89/20 90/21
95/18 95/24

96/9 97/16
98/7 99/11
100/23 101/12
107/18 115/9
126/13 127/19
140/9 143/10
146/19 147/18
150/4 159/2
159/2 159/16
159/16

**whole [6]**
21/5 22/10
41/22 54/15
68/25 133/11

**whom [3]**   4/14
61/4 113/17

**whose [5]**
7/20 72/20
72/21 72/23
118/2

**why [18]**
16/25 19/12
50/1 52/17
56/12 56/21
64/24 70/10
70/13 70/18
74/6 74/6
74/7 78/25
144/21 144/22
150/21 152/8

**wife [1]**
96/14

**will [8]**   4/13
12/8 20/16
28/18 55/14
95/16 107/12
136/4

**WILLIAMS [2]**
1/2 165/9

**wish [1]**
153/18

**within [5]**
66/3 71/21
90/9 105/14
117/10

**without [3]**
68/18 99/17
120/18

**witness [14]**
3/3 19/8 52/1
98/23 99/1
99/8 99/9
99/18 147/1
162/10 163/11
166/3 166/6

166/23
**witnessed [1]**
99/12

**witnesses [6]**
40/4 100/9
100/21 111/3
146/23 151/10

**won't [1]**
83/5

**word [1]**
89/14

**words [1]**
129/17

**work [6]**
11/11 11/17
42/21 102/15
114/11 117/13

**worked [1]**
118/13

**working [1]**
114/8

**works [1]**
115/21

**world [1]**
28/3

**worry [1]**
151/2

**worse [2]**
66/7 67/10

**would [117]**
12/24 12/25
13/10 14/17
15/9 15/14
16/12 16/25
17/6 17/17
18/8 18/20
18/21 18/25
19/10 19/16
27/7 29/8
29/11 30/4
30/5 30/13
31/25 32/2
32/6 33/4
33/5 38/2
38/13 38/17
40/21 46/20
47/3 49/15
50/25 51/8
56/16 57/14
62/25 63/2
66/4 66/19
66/23 68/8
70/23 72/2
73/12 75/18
76/22 76/22

**W**

would... **[67]**
77/1 77/6
78/18 80/5
83/6 83/10
83/18 83/18
83/25 84/25
86/20 86/21
87/4 88/3
88/18 89/17
90/13 91/8
93/20 94/2
96/2 102/16
102/18 103/12
105/9 106/13
106/15 111/23
111/24 111/25
112/13 114/19
117/15 117/19
118/5 120/15
122/12 123/10
125/18 129/12
131/4 135/14
137/10 138/19
138/23 141/17
142/7 145/21
147/13 148/15
148/19 148/21
148/22 149/10
150/8 150/9
150/12 152/13
152/14 152/14
154/16 154/23
157/7 159/11
159/14 159/21
165/14
wouldn't **[4]**
90/14 118/10
150/6 157/4
write **[1]**
99/12
writing **[1]**
47/15
written **[6]**
17/23 47/14
138/21 144/18
144/24 151/10

**Y**

Y-A-D-A-V **[1]**
90/2
Yadav **[1]**
90/2
yeah **[14]**
62/21 64/2

74/8 75/16
81/11 83/4
93/1 113/23
115/21 132/7
134/23 144/23
156/3 160/20
year **[1]**
71/21
years **[3]**
57/23 71/23
156/10
yes **[104]**   5/7
5/18 6/7 6/12
8/1 8/19 10/7
10/8 11/23
12/2 13/23
14/1 16/21
18/10 18/23
19/15 20/3
23/5 23/16
25/4 27/17
29/23 31/9
36/18 37/1
37/2 38/6
40/2 44/7
47/18 52/12
52/24 52/25
57/10 63/5
65/7 65/18
68/15 71/3
71/5 71/9
72/5 72/6
73/15 74/13
75/13 76/21
82/2 82/3
82/5 82/8
83/9 83/16
84/10 88/11
89/2 89/5
89/9 89/18
89/22 90/1
90/5 91/21
92/4 100/11
100/13 100/14
100/15 100/18
101/17 102/25
103/24 114/20
116/13 118/10
118/16 121/22
122/1 122/5
122/10 122/14
122/18 122/24
132/10 132/22
133/17 137/2
141/18 144/17

146/13 146/16
148/7 148/14
148/25 149/4
149/15 149/21
149/23 149/25
153/2 153/6
156/16 160/6
161/6
you **[618]**
you'd **[2]**
159/17 160/15
you're **[47]**
5/12 5/15
14/19 15/1
19/3 21/14
22/24 27/10
27/11 28/6
32/23 33/1
35/7 35/17
36/14 38/4
41/2 41/7
41/8 48/2
48/2 52/16
67/23 70/3
72/18 77/13
91/25 103/22
105/8 107/12
107/13 108/14
112/22 121/19
125/13 132/17
134/10 134/11
135/2 135/19
139/7 143/4
150/6 151/13
157/15 157/15
157/24
you've **[10]**
14/11 38/6
50/15 71/1
82/12 118/4
118/22 120/1
132/12 145/18
your **[92]**   5/3
6/13 7/16
7/24 7/25 8/3
8/15 8/16 9/4
9/20 11/7
14/8 14/10
14/19 14/24
23/7 28/7
31/10 36/7
41/1 41/5
44/7 48/4
48/22 50/12
51/4 51/13

51/20 51/21
52/6 52/15
53/9 53/15
54/8 54/12
57/4 58/15
59/2 59/5
59/17 59/20
61/22 63/8
64/20 65/14
65/16 66/25
68/23 69/18
70/4 71/24
78/12 80/9
87/8 87/25
97/12 106/5
118/8 118/12
118/12 119/19
119/25 120/9
120/11 120/13
121/5 123/10
123/17 125/3
125/18 125/20
126/1 127/3
127/7 127/16
128/16 128/22
130/21 132/20
132/25 133/14
136/4 136/7
137/13 137/19
139/11 139/21
139/21 140/14
140/22 165/12
165/14
yours **[2]**
161/9 165/17
yourself **[6]**
6/18 33/2
51/18 79/8
97/5 165/11
youth **[2]**
42/9 42/11

**Z**

zero **[1]**
42/17