UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-60883-CIV-WILLIAMS

REINIER FUENTES,

    Plaintiff,

vs.

CLASSICA CRUISE OPERATOR LTD. INC.

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation (DE 75) on Defendant's motion for summary judgment (DE 35). The Report recommends that Defendant's motion for summary judgment be granted. On September 24, 2020, Plaintiff filed objections to the Report (DE 76) and on October 16, 2020, Defendant filed a response (DE 85). Upon an independent review of the Report, the objections, the response, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 75) are **AFFIRMED AND ADOPTED**.

2. Defendant's motion for summary judgment (DE 35) is **GRANTED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 16th day of November 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE